*Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.*

MAY 11, 2006
BRUCE RIFKIN, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR06 0157 MJP |
| Plaintiff, | NO. |
| v. | INDICTMENT |
| HENRY C. ROSENAU, | |
| Defendant. | 06-CR-00157-INDI |

The Grand Jury charges that:

## COUNT 1

(Conspiracy to Import Marijuana)

Beginning at a time unknown, but within the last five (5) years, and continuing through on or about September 21, 2005, within the Western District of Washington, and elsewhere, HENRY C. ROSENAU did knowingly and intentionally conspire with others, known and unknown, to import into the United States from a place outside thereof, being Canada, marijuana, a substance controlled under Schedule I, Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense involved one hundred (100) kilograms or more of a mixture and substance containing marijuana.

All in violation of Title 21, United States Code, Sections 952, 960(a)(1),

INDICTMENT — 1

960(b)(2)(G), and 963.

## COUNT 2

(Conspiracy to Distribute Marijuana)

Beginning at a time unknown, but within the last five (5) years, and continuing through on or about September 21, 2005, within the Western District of Washington, and elsewhere, HENRY C. ROSENAU did knowingly and intentionally conspire with others, known and unknown, to distribute marijuana, a substance controlled under Schedule I, Title 21, United States Code, Section 812.

It is further alleged that this offense involved (100) kilograms or more of a mixture and substance containing marijuana.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

## COUNT 3

(Possession of Marijuana With Intent to Distribute)

On or about September 21, 2005, within the Western District of Washington, HENRY C. ROSENAU knowingly and intentionally aided, abetted, induced, and willfully caused the possession with intent to distribute of marijuana, a substance controlled under Schedule I, Title 21, United States Code, Section 812.

It is further alleged that this offense involved (100) kilograms or more of a mixture and substance containing marijuana.

It is further alleged that this offense was committed during and in furtherance of the conspiracy charged in Counts 1 and 2 above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

Pursuant to Title 21, United States Code, Section 853, the Grand Jury alleges that, as a result of the felony offenses listed above, punishable by imprisonment for more than one year, the above named defendant shall forfeit to the United States of

INDICTMENT — 2

UNITED STATES ATTORNEY
UNITED STATES COURTHOUSE
7TH & STEWART
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  America any and all interest in property, real or personal, constituting, or derived
2  from, and proceeds obtained, directly or indirectly, as the result of said criminal
3  offenses, and shall further forfeit any and all interest in property, real or personal, used
4  or intended to be used, in any manner or part to commit, and to facilitate the
5  commission of such felony offenses. If any of the forfeitable property, as a result of
6  any act or omission of the defendant cannot be located upon the exercise of due
7  diligence, has been transferred or sold to, or deposited with, a third person, has been
8  placed beyond the jurisdiction of the Court, has been substantially diminished in value,
9  ///
10 ///
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT — 3
UNITED STATES ATTORNEY
United States Courthouse
7ᵀᴴ & Stewart
Seattle, Washington 98101
(206) 553-7970

1  or has been commingled with other property which cannot be subdivided without
2  difficulty, it is the intent of the United States, pursuant to Title 21, United States Code,
3  Section 853(p), to seek the forfeiture of any property of the defendant, up to the value
4  of the forfeitable properties.

A TRUE BILL

DATED: May 11, 2006

_Redacted Pursuant to Judicial Policy_
**FOREPERSON**

_[signature]_
JOHN McKAY
UNITED STATES ATTORNEY

_[signature]_
DOUGLAS B. WHALLEY
ASSISTANT UNITED STATES ATTORNEY

_[signature]_
RONALD J. FRIEDMAN
ASSISTANT UNITED STATES ATTORNEY

_[signature]_
SUSAN M. ROE
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT — 4