DEFENDANT STATUS SHEET                     I. CASE STATUS
(One for each defendant)
NAME OF DEFENDANT  HENRY Rosenau           USAO# 2006R00426

_/ MAGISTRATE'S NO. _____    _/ DOCKET NO. (If Superseding Indictment) CR _____

## II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _/ yes   X/ no

IF YES:    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
           _/ A DETENTION ORDER HAS BEEN ENTERED.
           ***  _/ TEMPORARY DETENTION   *IF A PERMANENT DETENTION ORDER IS FILED -- IT IS CRITICAL THAT YOU LET THE GJ CLERK KNOW ASAP TO ENSURE THAT THE CORRECT ORDERS ARE FILED WITH THE COURT*
           ***  _/ PERMANENT DETENTION
           _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
   _/ SERVING A FEDERAL SENTENCE AT _____
   _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____
   _/ PENDING STATE CHARGES AT _____

## III. ARRAIGNMENT

✓ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ (Date) CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
   DEFENDANT'S ADDRESS: _____

_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____
   DEFENSE ATTORNEY'S NAME: _____
   DEFENSE ATTORNEY'S ADDRESS: _____     06-CR-00157-STMT

_/ TO BE ARRAIGNED AT DETENTION / PRELIM / INITIAL APPEARANCE HEARING?   ____ YES   ____ NO

## IV. CONDITIONS OF RELEASE

✓ NOT PREVIOUSLY SET, SHOULD BE:   DETENTION
                                   [e.g., P.R.; BAIL (listing conditions); DETENTION]

_/ PREVIOUSLY SET, SHOULD BE:
   _/ CONTINUE CONDITIONS OF RELEASE
   _/ CONTINUE TEMPORARY DETENTION   *IF A PERMANENT DETENTION ORDER IS FILED -- IT IS CRITICAL THAT YOU LET THE GJ CLERK KNOW ASAP TO ENSURE THAT THE CORRECT ORDERS ARE FILED WITH THE COURT*
   _/ CONTINUE DETENTION
   _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

HAS THE FPD represented any subject or witness in this case?   _/ Yes   _/ No

THE ESTIMATED TRIAL TIME IS _____ TRIAL DAYS.

(Date Form filled out) _____
(Revised AUGUST 2003)