```
____ FILED      ____ ENTERED
____ LODGED    ____ RECEIVED

       MAY 11 2006

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT OF WASHINGTON
                         DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR06 0157MJP |
| Plaintiff, ) | CASE NO. |
| v. ) | ORDER ISSUING BENCH WARRANT |
| HENRY C. ROSENAU, ) | |
| Defendant. ) | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release, if any, shall be fixed at or subsequent to the initial appearance in this case.

The United States Attorney's Office has indicated that it will request a Detention Hearing based on the defendant being a flight risk.

DATED this 11th day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

SECRET: YES XX  NO __

06-CR-00157-ORD

Order Issuing Bench Warrant - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970