# United States District Court

WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

HENRY C. ROSENAU

**WARRANT FOR ARREST**

CASE NUMBER: CR06-157 MJP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**HENRY C. ROSENAU**_____ and bring him or her forthwith to the nearest magistrate judge to answer a(n) **INDICTMENT** charging him or her with:

| | |
|---|---|
| Count 1: | Conspiracy to Import Marijuana
21:952, 960(a)(1), 960(b)(G) & 963 |
| Count 2: | Conspiracy to Distribute Marijuana
21:841(a)(1), 841(b)(1)(B), & 846 |
| Count 3: | Possession of Marijuana with Intent to Distribute
21:841(a)(1), 841(b)(1)(B), & 18:2 |

By _____
Deputy Clerk

James Kelly
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

May 12, 2006 at Seattle, Washington
Date and Location

Bail fixed at _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

06-CR-00157-WRNT

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |