**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Henry Rosenau                USAO#_____

_/ MAGISTRATE'S NO. _____    X / DOCKET NO. (If Superseding Indictment) CR 06-~~255~~ /157 MJP

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _/ yes  ✓/ no
IF YES:
    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
\*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.
    _/ A DETENTION ORDER HAS BEEN ENTERED.
    \*\*\*  _/ TEMPORARY DETENTION
    \*\*\*  _/ PERMANENT DETENTION
        _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
        (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
    _/ SERVING A FEDERAL SENTENCE AT _____
    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____
    _/ PENDING STATE CHARGES AT _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

✓/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE...)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____

    DEFENDANT'S ADDRESS: _____

_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____

    DEFENSE ATTORNEY'S NAME: _____
    DEFENSE ATTORNEY'S ADDRESS: _____

[barcode: 06-CR-00157-STMT]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

_/ NOT PREVIOUSLY SET, SHOULD BE: Detention
        [e.g., P.R.; BAIL (listing conditions); DETENTION]

_/ PREVIOUSLY SET, SHOULD BE:
    _/ CONTINUE CONDITIONS OF RELEASE
    _/ CONTINUE DETENTION
    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?  ✓/ Yes  _/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  4  TRIAL DAYS.     _____
                                                         (Date Form filled out)

(Revised June 2000)