```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

      SEP 1 7 2008

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, )
                                      Plaintiff, )
                                      v. )
HENRY C. ROSENAU, )
                                      Defendant. )

CASE NO. CR06-157MJP

ORDER ISSUING BENCH WARRANT

SUPERSEDING INDICTMENT

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 17th day of September, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

**06-CR-00157-ORD**

**SECRET:** YES ___ NO XX

Order Issuing Bench Warrant - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970