# United States District Court
WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| **HENRY C. ROSENAU** | CASE NUMBER: **CR06-157 MJP** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **HENRY C. ROSENAU**   and bring him or her forthwith to the nearest magistrate judge to answer a(n) **SUPERSEDING INDICTMENT** charging him or her with:

**Count 1:** **Conspiracy to Import Marijuana**
21:952, 960(a)(1), 960(b)(1)(G) & 963

**Count 2:** **Conspiracy to Distribute Marijuana**
21:841(a)(1), 841(b)(1)(A), & 846

**Count 3:** **Possession of Marijuana with Intent to Distribute**
21:841(a)(1), 841(b)(1)(B), & 18:2

in violation of Title ____ United States Code, Section(s) _____

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____

James Kelly
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

[[Initials of MJ (if any)]]
Bail fixed at _____ by _____

September 17, 2008 at Seattle, Washington
Date and Location

**06-CR-00157-WRNT**

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |