Magistrate Judge Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | NO.   CR06-157MJP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION FOR DETENTION ORDER |
| HENRY C. ROSENAU, | ) | |
| Defendant. | ) | |

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.    Eligibility of Case.  This case is eligible for a detention order because this case involves (check all that apply):

___    Crime of violence (18 U.S.C. § 3156)

___    Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

___    Crime with a maximum sentence of life imprisonment or death

_X_    Drug offense with a maximum sentence of ten years or more

___    Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

___    Felony offense involving a minor victim other than a crime of violence

MOTION FOR DETENTION
ORDER/ROSENAU - 1
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    ___    Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon

2

3    ___    Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)

4

5    _X_    Serious risk the defendant will flee

6    ___    Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

7    2.    <u>Reason for Detention</u>.  The Court should detain defendant because there are

8    no conditions of release which will reasonably assure (check one or both):

9    _X_    Defendant's appearance as required

10    _X_    Safety of any other person and the community

11    3.    <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable

12    presumption against defendant under § 3142(e). The presumption applies because:

13    ___    Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

14

15    _X_    Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

16

17    ___    Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

18

19    ___    Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

20

21    //

22    //

23    //

24    //

25    //

26

27

28

1    4.    <u>Time for Detention Hearing</u>.  The United States requests the Court conduct

2  the detention hearing:

3    __    At the initial appearance

4    _X_    After continuance of __3__ days (not more than 3)

5    5.    <u>Other matters</u>

6

7  DATED this __28th__ day of __April__, 2011.

8

9                                          Respectfully submitted,

                                           JENNY A. DURKAN
10                                         United States Attorney

11

12                                         FRANCIS FRANZE-NAKAMURA
                                           Assistant United States Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR DETENTION
ORDER/ROSENAU - 3
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970