# United States District Court
WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| **HENRY C. ROSENAU** | CASE NUMBER: **CR06-157 MJP** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **HENRY C. ROSENAU** and bring him or her forthwith to the nearest magistrate judge to answer a(n) **SUPERSEDING INDICTMENT** charging him or her with:

**Count 1:** Conspiracy to Import Marijuana
21:952, 960(a)(1), 960(b)(1)(G) & 963

**Count 2:** Conspiracy to Distribute Marijuana
21:841(a)(1), 841(b)(1)(A), & 846

**Count 3:** Possession of Marijuana with Intent to Distribute
21:841(a)(1), 841(b)(1)(B), & 18:2

in violation of Title ____ United States Code, Section(s) _____

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 06 2011 LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

| James Kelly | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | September 17, 2008 at Seattle, Washington |
| [[Initials of MJ (if any)]] | Date and Location |
| Bail fixed at _____ by _____ | |

06-CR-00157-RCPT

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

POE @ Blaine WA (Peace Arch)

| DATE RECEIVED 9/17/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/28/11 | K. Celaya SDUSM | |