


```
____FILED
____LODGED    MAIL
____RECEIVED
```

DOMINION OF CANADA

PROVINCE OF
BRITISH COLUMBIA

MAY 16 2011



AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

IN THE MATTER OF
HENRY CARL ROSENAU

TO WIT:

I, Henry Carl Rosenau 4605 Cariboo Highway 97 South, Quesnel British Columbia
DO SOLEMNLY DECLARE that.

1. I possess an expired Canadian Passport but am not able to locate it.

2. I will not apply for any travel documents during the pendency of docket number CR06-157MJP

AND I make this solemn declaration conscientiously believing it to be true and knowing that it is of the same force and effect as if made under oath.

DECLARED BEFORE ME
At the City of Quesnel in the Province of
British Columbia this 11th day of
May, 2011

_____
A Notary Public For British Columbia

_____
Henry Carl Rosenau



JANET BYRD
4A - 345 St. Laurent Ave
Quesnel, BC V2J 2E1
Notary Public
Permanent Commission



06-CR-00157-NTC