Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-157MJP |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | |
| HENRY ROSENAU, | |
| Defendant. | |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Susan M. Roe, Assistant United States Attorney for said District, submits the following notice.

The government has learned substantially more about the facts of the case since the original indictment in 2006 and, as a result, now know that the above-captioned cause is directly related to several cases previously adjudicated or presently pending within this District. Those cases include:

   1. *United States v. Braydon & Zachary Miraback, CR05-5704 FDB* - case completed;

   2. *United States v. Birgis Brooks*, CR05-176, transferred to FDB - case completed;

   3. *United States v. Schouten & Fews,* CR05-406, transferred to FDB - pending case. Schouten is a fugitive;

   4. *United States v. Whelpley,* CR05-407 RSM - case completed but government anticipates Whelpley will be called as a government witness in current case;

NOTICE OF RELATED CASES/ROSENAU - 1
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1       5. *United States v. Alexander Swanson, CR05-408, transferred to FDB*  - case
2  completed but government anticipates Swanson will be called as a government witness in
3  current case;

4       6. *United States v. Timothy Smith*, CR06-052 JCC - case completed but Smith may be
5  called as a government witness in the current case;

6       7. *United States v. David Mendoza*, CR06-466TSZ -  case completed but witnesses
7  from this case may be called as government witnesses in the current case; and

8       8. *United States v. Renner, Zylstra & Sanders*, CR07-331JCC - pending case.  Zylstra
9  is a fugitive and Sanders may be called as a government witness in the current case.

10      At least three currently sitting United States District Judges are already familiar with
11 the defendant's conduct, as well as with defendants and witnesses from the other cases listed
12 above.  Because the conduct giving rise to the charges in the current is similar and, indeed, is
13 inextricably interwoven with conduct in the other cases, the government believe the cases are
14 "related cases" such that a consolidation of this case with one or more of the pending and/or
15 prior cases would be in the interests of judicial efficiency.

16      DATED this 17th day of May, 2011.

17                                                  Respectfully submitted,

18                                                  JENNY A. DURKAN
                                                    United States Attorney
19

20
                                                    *s/Susan M. Roe*
21                                                  SUSAN M. ROE
                                                    Assistant United States Attorney
22                                                  United States Attorney's Office
                                                    700 Stewart Street, Suite 5220
23                                                  Seattle, WA 98101-1271
                                                    Telephone:   (206) 553-1077
24                                                  Fax:         (206) 553-0755
                                                    E-mail:      susan.roe@usdoj.gov
25

26

27

28

NOTICE OF RELATED CASES/ROSENAU - 2
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on May 17, 2011, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the |
| 4 | attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) |
| 5 | of record for the defendant(s) that are non CM/ECF participants via telefax. |

*s/Rachel Lynch*
RACHEL LYNCH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4214
FAX:   (206) 553-0755
E-mail: rachel.lynch@usdoj.gov

NOTICE OF RELATED CASES/ROSENAU - 3
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970