WA/WD PTS-SUM
(7/02)

# United States District Court
## for
## Western District of Washington

### Petition for Summons for Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| **Rosenau, Henry** | June 24, 2011 |
| Name of Judicial Officer | Case Number |
| The Honorable Brian A. Tsuchida, U.S. Magistrate Judge | CR06-0157 |
| Original Offense | Date Supervision Commenced |
| Conspiracy to Import Marijuana, Conspiracy to Distribute Marijuana, and Possession of Marijuana with Intent to Distribute | May 4, 2011 |

**Bond Conditions Imposed:**

8. Travel is restricted to British Columbia, Canada, and the Western District of Washington, or as directed by Pretrial Services.
15. Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.
16. Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
18. You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.
31. Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.
35. You are financially responsible for the costs of any treatment or testing services obtained in Canada.
42. Contact Pretrial Services within 24 hours of your release from custody. Call Pretrial Services weekly as directed. Report to your local community corrections office and comply with all directives of their office. Report to Pretrial Services at the U.S. Customs office in Blaine, Washington, monthly as directed. You shall report to U.S. Pretrial Services any time you enter the Western District of Washington.
44. You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.
49. You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.
53. Defendant must post with the Clerk of Court all his pilot licenses. No operation of aircraft of any type.

### PETITIONING THE COURT

☒ **To issue a summons**

The Pretrial Services Officer believes the defendant has violated the following condition(s) of supervision:

Petition for Summons  
for Defendant Under Supervision

Page 2

### Nature of Noncompliance

1. Henry Rosenau has violated a standard condition of his Appearance Bond that he not possess any controlled substances by possessing marijuana since his release to supervision on May 4, 2011.

**U.S. Pretrial Services Officer Recommendation:**
☒ Issue Summons

The U.S. Attorney's office has been notified of this violation and:
☒ Concurs with recommendation.
☐ Does not concur with recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of June, 2011.

*[signature]*
Julie M. Busic
Supervising U.S. Probation Officer
Pretrial Services Unit

Approved By: *cms via phone*
Connie Smith
Chief U.S. Probation and
Pretrial Services Officer

Brenda L. Amundson
Supervising U.S. Probation Officer
Pretrial Services Unit

**THE COURT DIRECTS:**
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☒ **The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)**
☐ Other

*[signature]*
Brian A. Tsuchida, U.S. Magistrate Judge

6/28/2011
Date