The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR06-157 MJP |
| v. | |
| HENRY C. ROSENAU, | [PROPOSED] ORDER AUTHORIZING WITNESS DEPOSITION |
| Defendant. | |

This matter having come on before the undersigned Court on motion of the Government for authorization to permit the taking of a witness deposition.

Having considered the files and records herein, and pleadings of the parties, the Court grants the government's motion to authorize foreign deposition, and holds that, pursuant to Federal Rule of Criminal Procedure 15 and in the interest of justice,

the government is authorized to take the deposition of witness Kip John Whelpley in the above-entitled matter,

that the government will provide reasonable prior notice of the time and place of the deposition to defense counsel and the Court,

that the government will pay the cost of the deposition including reasonable costs for travel and expenses for the defendant and his counsel, the witness and his counsel,

the government and defense counsel shall be permitted to conduct examination of the witness to preserve the testimony for trial,

//

//

ORDER AUTHORIZING
WITNESS DEPOSITION
ROSENAU/CR06-157

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1
2  that the deposition shall be taken and filed in the manner provided in Rule 15, provided
3  that the scope and manner of examination and cross-examination is such as would be allowed
   at trial.
4
5      SO ORDERED this   _____ day of August, 2011.
6
7
8                                          _____
                                           MARSHA J. PECHMAN
9                                          United States District Court Judge
10
11
12 Presented by:
13 *s/ Susan M. Roe*
   SUSAN M. ROE
14 Assistant United States Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER AUTHORIZING
WITNESS DEPOSITION
ROSENAU/CR06-157

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970