The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HENRY C. ROSENAU<br><br>　　　　　　　　Defendant. | NO. CR06-157MJP<br><br>[PROPOSED]<br>ORDER DENYING<br>WITNESS DEPOSITION |

　　　　This matter having come on before the undersigned Court on motion of the Government for authorization to permit the taking of a witness deposition.

　　　　Having considered the files and records herein, and pleadings of the parties, the Court denies the government's motion to authorize foreign deposition, and holds that, pursuant to Federal Rule of Criminal Procedure 15 and in the interests of justice, the government is denied authorization to take the deposition of witness Kip John Whelpley in the above-entitled matter.

　　　　SO ORDERED this _____ day of August, 2011.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MARSHA J. PECHMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

ORDER DENYING
WITNESS DEPOSITION
ROSENAU/CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323

Presented by:

*s/ Craig Platt*
CRAIG PLATT
Attorney for Defendant

ORDER DENYING
WITNESS DEPOSITION
ROSENAU/CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323