The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>HENRY C. ROSENAU<br><br>                    Defendant. | NO. CR06-157MJP<br><br>[PROPOSED] ORDER GRANTING MOTION TO CONTINUE FILING DEADLINE |

This matter having come on before the undersigned Court on motion of the Defendant for an Order extending time within which to file pretrial motions pursuant to Fed. R. Crim. P. 45(b).

Having considered the files and records herein, and pleadings of the parties, the Court hereby grants the Defendant's motion to continue filing deadline. The Court, in its discretion, hereby Orders the deadline for pre-trial motions shall be continued to: the _____ day of _____, 2011.

SO ORDERED this _____ day of September, 2011.

_____
MARSHA J. PECHMAN
United States District Court Judge

ORDER GRANTING MOTION TO
CONTINUE FILING DEADLINE
ROSENAU/CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323

Presented by:

*s/ Craig Platt*
CRAIG PLATT
Attorney for Defendant

ORDER GRANTING MOTION TO
CONTINUE FILING DEADLINE

ROSENAU/CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323