The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HENRY C. ROSENAU<br><br>　　　　　　　Defendant. | NO. CR06-157MJP<br><br>[PROPOSED] ORDER GRANTING MOTION TO COMPEL PRODUCTION OF DISCOVERY |

This matter having come on before the undersigned Court on motion of the Defendant for an Order extending time within which to file pretrial motions pursuant to Fed. R. Crim. P. 16.

Having considered the files and records herein, and pleadings of the parties, the Court hereby grants the Defendant's motion to compel production of discovery. The Government is Ordered to produce the following materials and provide them to the Defendant:

　1. Full copies of all RCMP reports prepared in conjunction with the investigation;

　2. Viewable copies of all photographs contained in the Discovery provided to the defendant to date, or to be provided;

ORDER GRANTING MOTION TO
COMPEL PRODUCTION OF DISCOVERY
ROSENAU/CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323

3. Copies of all reports prepared by Anne Minden, in conjunction with the investigation of this case;

4. A Witness List of all witnesses the Government intends to call at trial;

5. Any and all Interagency or Joint Operating Agreements in existence, relevant to the investigation conducted in this case.

SO ORDERED this _____ day of September, 2011.

_____
MARSHA J. PECHMAN
United States District Court Judge

Presented by:

*s/ Craig Platt*
CRAIG PLATT
Attorney for Defendant

ORDER GRANTING MOTION TO
COMPEL PRODUCTION OF DISCOVERY
ROSENAU/CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323