The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | No. CR06-157MJP |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING MOTION FOR BILL OF PARTICULARS |
| HENRY ROSENAU | |
| Defendant. | |

This matter having come on before the undersigned Court on motion of the Defendant for an Order granting the Defendant a Bill of Particulars pursuant to Federal Rule of Criminal Procedure 7(f).

Having considered the files and records herein, and pleadings of the parties, the Court hereby grants the Defendant's motion for Bill of Particulars and requires the Government to provide the defendant, Henry Rosenau, with a Bill of Particulars, stating the following:

1. With respect to Counts One and Two, the date of the earliest statement and/or event upon which the prosecution will rely to prove that the conspiracy existed.

2. With respect to Counts One and Two, the nature of any and all statements and/or events upon which the prosecution intends to rely to prove that the conspiracy existed.

ORDER GRANTING MOTION FOR BILL OF PARTICULARS
ROSENAU/CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323

3. With respect to Counts One and Two, the date and nature of the earliest statement and/or event upon which the prosecution will rely to establish when each defendant joined the conspiracy.

4. With respect to Counts One and Two, the date and nature of the earliest statement and/or event upon which the prosecution will rely to establish when Henry Rosenau joined the conspiracy.

5. With respect to Counts One and Two, the names of all members of the conspiracy, the nature of the activities in which they engaged which constituted an overt act, and the nature of the criminal activity is which they engaged in furtherance of the conspiracy.

SO ORDERED this _____ day of September, 2011.

_____
MARSHA J. PECHMAN
United States District Court Judge

Presented by:

*s/ Craig Platt*
CRAIG PLATT
Attorney for Defendant

ORDER GRANTING MOTION FOR BILL OF PARTICULARS
ROSENAU/CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323