The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HENRY C. ROSENAU <br><br> Defendant. | NO. CR06-157MJP <br><br> [PROPOSED] ORDER GRANTING MOTION TO INVOKE RULE OF SPECIALTY |

This matter having come on before the undersigned Court on motion of the Defendant for an Order Invoking the Rule of Specialty within which to file pretrial motions.

Having considered the files and records herein, and pleadings of the parties, the Court hereby grants the Defendant's Motion to Invoke the Rule of Specialty and hereby Orders the dismissal of all offenses or suppression of all evidence contained within the Record of the Case dated April 9, 2007 of which the Supreme Court of British Columbia did not extradite Mr. Rosenau as evidenced by its Reasons for Judgment entered on June 17, 2009.  Further, it is hereby Ordered that the case may only proceed based upon those offenses of which the Supreme Court of British Columbia considered and for which Mr. Rosenau was extradited as set forth

ORDER GRANTING MOTION TO
INVOKE RULE OF SPECIALTY
ROSENAU/CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323

within the Supplemental Record of the Case dated October 7, 2008 and the Second Supplemental Record of the Case dated February 5, 2009.

    SO ORDERED this _____ day of September, 2011.

    MARSHA J. PECHMAN
    United States District Court Judge

Presented by:

*s/ Craig Platt*
CRAIG PLATT
Attorney for Defendant

ORDER GRANTING MOTION TO
INVOKE RULE OF SPECIALTY

ROSENAU/CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323