Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENRY C. ROSENAU, ) <br> ) <br> ) <br> Defendant. ) <br> _____) | CR06-157 MJP <br><br> [PROPOSED] <br> ORDER EXTENDING TIME <br> FOR MOTION RESPONSES |

This matter having come on before the undersigned Court on motion of the Government for an extension of time to respond to four defense motions,

Having considered the files and records herein, and the basis set out in the government's motion, and considering the fact that the one week extension shall not affect the current trial date, the Court hereby

GRANTS the motion. The government's responses are due on September 20, 2011.

So ordered this _____ day of September, 2011.

_____
MARSHA J. PECHMAN
United States Chief Judge

ORDER EXTENDING TIME
FOR MOTION RESPONSES
ROSENAU/CR06-157

UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101-1291
(206) 553-7970