Chief Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-157MJP |
| Plaintiff, | GOVERNMENT'S SURREPLY |
| v. | |
| HENRY ROSENAU, | |
| Defendant. | |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Susan M. Roe, Assistant United States Attorney for said District, files this surreply, which is a transcript of the referenced testimony of Special Agent Jesse Miller. This is provided to give the Court a complete picture of the

//

//

//

//

//

GOVERNMENT'S SUR-REPLY/ ROSENAU- 1
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 | context of remarks noted in the defense pleadings.

2 |     DATED this 29th day of September, 2011.

    Respectfully submitted,

    JENNY A. DURKAN
    United States Attorney

    *s/Susan M. Roe*
    SUSAN M. ROE
    Assistant United States Attorney
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, WA 98101-1271
    Telephone:  (206) 553-1077
    Fax:  (206) 553-0755
    E-mail:  susan.roe@usdoj.gov

GOVERNMENT'S SUR-REPLY/ ROSENAU- 2
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

*s/ Lissette Duran-Leutz*
Lissette Duran-Leutz
Legal Assistant
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7234
Fax: (206) 553-2502
E-mail: Lissette.I.Duran-Leutz@usdoj.gov