**BEFORE THE FEDERAL GRAND JURY**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **INDICTMENT** |
| Plaintiff, | )Taken at:  Third Floor |
| | )U.S. Courthouse |
| v. | )Seattle, Washington |
| | ) |
| | ) |
| HENRY C. ROSENAU, | )**Grand Jury 05-1** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

COPY

TRANSCRIPT OF GRAND JURY PROCEEDINGS

TESTIMONY OF

**JESSE MILLER**

| | |
|---|---|
| **DATE TAKEN:** | **May 11, 2006** |
| | **10:19 a.m.** |

| | |
|---|---|
| APPEARANCES: | **RON FRIEDMAN, ESQ.** |
| | Assistant United States Attorney |
| | 700 Stewart Street, Suite 5220 |
| | Seattle, Washington 98101 |
| Court Reporter | **DONNA HUNTER, RPR** |
| | Vernon & Associates Court Reporters |
| | #801 Washington Building |
| | 1019 Pacific Avenue |
| | Tacoma, Washington 98402 |

1        WHEREUPON, the following proceedings were had and

2   done, to wit:

3        **JESSE MILLER,** after having been duly sworn in by the

4   Grand Jury Foreperson testified as follows:

5                        **EXAMINATION**

6   BY MR. FRIEDMAN:

7        Q.   Would you state your full name and spell your last

8   name for the record.

9        A.   Jessie Miller, M-I-L-L-E-R.

10       Q.   And how you are employed?

11       A.   I'm a special agent with Immigration and Customs

12   Enforcement.

13       Q.   Called ICE?

14       A.   Yeah, called ICE.

15       Q.   And where are you assigned?

16       A.   Bellingham, Washington.

17       Q.   How long have you been with them?

18       A.   For about five years.

19       Q.   Are you the case in this investigation?

20       A.   Yes, I am.

21       Q.   Then please tell us who Fat Boy is.

22       A.   I would love to, but I don't know.

23       Q.   Is it fair to say that the investigation to date has

24   failed to fully disclosed the identity of this person?

25       A.   Yes.

1          Q.    Let's talk about a fellow named Henry Rosenau.  He

2    is charged with the conspiracy to import marijuana beginning

3    at a time within the last five years, continuing through on or

4    about September 21, he conspired with others to import into

5    the U.S. from Canada marijuana.  It's alleged more than 100

6    kilograms of marijuana are involved.  That's the conspiracy to

7    import.  That's one crime.

8          Count 2, same events but we just refer to it as a

9    conspiracy to distribute marijuana.  That's the same, to come

10   into the United States and thereafter be distributed, again,

11   100 kilo grams or more.  The possession of marijuana with

12   intent to distribute would refer to the September 21 seizure.

13   And then forfeiture allegation.  The Grand Jury has heard from

14   Mr. Miraback this morning.

15         Can you just provide a quick summary of the events

16   of September 21 first, and then we'll go back and -- I guess

17   not a quick summary, a summary of the events of September 21,

18   including any observations made by the RCMP regarding a

19   helicopter coming into the United States, a helicopter that

20   had -- I'm putting up on the board Grand Jury Exhibit No. 8.

21   It's a helicopter, that R-44 helicopter that looks like its

22   tail letters are CF -- well, in fact, it's an R that has tape

23   on the bottom of it to make it look more like a B; is that

24   correct?

25         A.    That's correct.

1    Q.    And a K and an M; is that correct?

2    A.    That's correct.

3    Q.    And that's Grand Jury Exhibit No. 8.  Are you

4    familiar with that helicopter?

5    A.    Yes.

6    Q.    Is that the one we're going to be talking about?

7    A.    Yes, it is.

8    Q.    And is that the one that the Canadians were

9    watching?

10   A.    Yes, it is.

11   Q.    Then if you would, can you start with the early

12   morning hours of September 21 and tell us what RCMP was

13   seeing.

14   A.    Yes, we were conducting an operation, obviously over

15   there on the other side of the mountains along with the RCMP

16   who were embedded up into the Pasayten Valley on the Canadian

17   around in the mountain range.  Around 7:30 in the morning they

18   observed this helicopter flying back northbound into Canada

19   empty, just flying by itself, so they figured it may have

20   already ran a load.

21         Shortly thereafter, the helicopter was then seen

22   flying southbound with actually a long line attached to

23   numerous hockey bags underneath.

24   Q.    Grand Jury Exhibit No. 5, what is that a photograph

25   of?

1    A.    That is a photograph of the suspect helicopter with

2    numerous hockey bags attached to it.   This then raised the

3    suspicion of the RCMP to make them think they were doing

4    something illegal.

5    Q.    That is Grand Jury Exhibit No. 5 for the record.

6    All right.   What are they -- then see, that is about 8:00

7    o'clock in -- what happens after that?

8    A.    At about 8:39 a.m., then the helicopter is seen

9    coming back north without hockey bags underneath.   Shortly

10   thereafter, about 9:00 a.m., the helicopter was seen again

11   southbound with hockey bags underneath it, except this time it

12   was a short line.

13   Q.    Grand Jury No. 6.

14   A.    At this time, you know, the helicopter is coming

15   back down to the States.   U.S. agents on the ground observed

16   the helicopter around the Land Butte (phonetically spelled)

17   area, which is in -- north of Winthrop where other helicopter

18   loads have been taken and arrested.   And the helicopter is

19   seen --  the helicopter is then seen flying back northbound

20   empty.   Shortly thereafter two vehicles are coming down from

21   the landing zone area.   Those vehicles, was a white van and a

22   red Toyota pickup truck, and the white van was driven by

23   Zachary Miraback and the red Toyota pickup truck was driven by

24   Braydon Miraback.   And the red pickup truck as you recall was

25   used in a previous load, the red Toyota pickup truck.

1          The vehicles were then surveilled back to the

2   Seattle area where then Seattle agents made contact with the

3   Miraback brothers at a residence in Seattle where they then

4   recovered I believe it was 23 hockey bags of marijuana.  And

5   as -- on that day, you know, two loads were seen, the first

6   helicopter sighting though was back north, so you know, it's

7   safe to say that that helicopter had already flown south with

8   the hockey bags, so basically three loads were delivered that

9   day to the van.

10          Q.   And who -- this was a residence in Puyallup where

11   the drugs were driven to?

12          A.   Yes, it was.

13          Q.   And who was found at that residence?

14          A.   At that residence a gentleman by the name of Birgis

15   Brooks, nicknamed Cappy was located there, or he was inside

16   the residence.  When the van pulled in, the van actually

17   backed up towards the garage.

18          Q.   And Grand Jury Exhibit No. 12, who is that?

19          A.   That is Birgis Brooks.

20          Q.   And the marijuana seized -- and am I correct that

21   Birgis was at the house with his brother and then a female as

22   well?

23          A.   Yes.

24          Q.   And Birgis indicated no knowledge there was some

25   discussion with the occupants of the house and they indicated

1    no knowledge of any money or marijuana trafficking; is that

2    correct?

3         A.    Right, he stated he had no idea why these people

4    would pull into his driveway.

5         Q.    And what happened then on the Canadian side of

6    things?

7         A.    On the Canadian side after the third load and the

8    helicopter went back north, we had already known basically

9    where he was keeping this helicopter, so we already had RCMP

10   personnel at the hanger where they kept the helicopter.  The

11   helicopter flew to that location within the timeframe of

12   basically as soon as he was last seen, that's how it would

13   take him to fly directly to that location.  He then landed.

14   RCMP personnel constables contacted the pilot as the

15   helicopter was shutting down, the pilot was getting out.  He

16   was the sole person inside.  They contacted him, and it was

17   Henry Rosenau was the individual flying the helicopter.

18        Q.    And did they take his picture?

19        A.    Yes, they did.

20        Q.    Is that it?

21        A.    Yes.

22        Q.    This is Grand Jury Exhibit No. 7, and this is right

23   after he got out of the helicopter?

24        A.    That's correct.

25        Q.    Okay.

1    A.    The RCMP constables were able to observe the tail

2 number was taped over.

3    Q.    All right.  No. 9, and up close you can make it out

4 better than from the air; correct?

5    A.    That's correct.

6    Q.    All right.  And here is No. 10, the tape being

7 peeled away?

8    A.    Yes.

9    Q.    All right.

10    A.    Also inside the helicopter was a bag that had a

11 couple of satellite phones, some night vision goggles, I

12 believe a GPS too, or there was a GPS inside the helicopter,

13 which on that GPS there were plots -- well, one was titled

14 *entrance,* and that is basically the entrance where they fly in

15 the U.S. was the plot of what valley to fly into.  And there

16 was also the plot of where he did the landing zone and land to

17 do the off-load of the marijuana, and also a plot on there

18 named *shop,* and that's where his hanger was.  There was also a

19 .44 magnum handgun, loaded, in the helicopter.

20    Q.    All right.  Let's call that 12.  Is that a

21 photograph of the --

22    A.    Yes, it is.

23    Q.    Let me make sure that my numbers are okay.  All

24 right.  I'm going to refer to that as Grand Jury Exhibit No.

25 13.

1      A.    The RCMP also spoke to this gentleman who arrived

2   who stated he was actually the owner of the hanger.  He stated

3   that Rosenau was renting the hanger from him, and that was --

4   basically he has seen Rosenau leave there numerous times all

5   different days and hours in that helicopter.

6      Q.    What is 11?

7      A.    This is Rosenau's residence, and actually you can

8   see in the garage there, there is also another little

9   helicopter, and that is an R22, and that's basically the

10  helicopter that we had seized here a while back, that size.

11  It's a smaller version than the R44, had that.  And then to

12  the right there you can see a little bit of construction where

13  they're actually building a hanger to house more aircraft.

14     Q.    And did later that day did this helicopter end up at

15  this residence?

16     A.    Yes, later on the day after the RCMP made contact

17  and then left, Mr. Rosenau -- shortly thereafter that

18  helicopter ended up at his residence.

19     Q.    Got any background information on Rosenau?

20     A.    Henry Rosenau has been seen piloting this aircraft

21  and other aircraft numerous times.  He also does not actually

22  have a valid pilot's license due to the fact he has Type II

23  diabetes.  He tried to finagle by going to a different medical

24  doctor, but they were able to locate that, but -- so he does

25  not have a valid pilot's license, but he does fly all the

1    time.

2        Q.    Inside the Tundra, am I correct that on September 21

3    was found some pieces of paper giving directions to the

4    landing zone?

5        A.    That is correct.

6        Q.    And would that be what I marked as Grand Jury

7    Exhibit No. 3 and 4?

8        A.    Yes, it is.

9        Q.    All right.  And those directions are consistent with

10   making entrance to and leaving that landing zone?

11       A.    That's correct, to the Land Butte (sp) area.

12       Q.    And this is the Tundra?

13       A.    That's correct.  This photo was taken by Special

14   Agent Chad Boucher that works with me, and this picture was

15   actually taken of the day of the Alexander Swanson load where

16   Birgis Brooks was actually driving this vehicle in the blocker

17   position while Alexander Swanson was the catcher.  After we

18   took off Alexander Swanson, if you recall, Birgis Brooks then

19   drove around the interstate several times on by, and at one

20   point got out of his vehicle, and according to our pilot just

21   stated, *looks like he's freaking out*.  He is throwing his

22   hands up, he's on the phone like he didn't know what to do.

23   He then also at one point --

24       Q.    And when was that Swanson, do you remember when that

25   was?

1    A.    That was August 12, 2005.

2    Q.    So you -- so you got the August 12th and this -- and

3    Braydon is coming down on August 20th approximately, according

4    to the Amtrak ticket?

5    A.    Let me recheck this.  Yeah, it was August 12, 2005,

6    yes.

7    Q.    Okay.  And Braydon is coming around, coming down

8    just a few weeks later?

9    A.    Shortly thereafter.

10    Q.    But something interesting.  Am I correct that Chad

11    Boucher was able to look into the car at some point?  I don't

12    where Birgis is.

13    A.    Well, after the arrest of Alexander Swanson, after

14    Birgis Brooks got done basically freaking out, he then also

15    pulled off and tried to run up into the woods where we believe

16    he was going to stash his phones, but then he changed his

17    mind, he ran back into the woods, got in his vehicle, and then

18    he just off to Seattle and -- where he then went to a

19    residence near the residence where the Mirabacks were

20    eventually arrested.

21         He parked his vehicle.  He then got in with a blue

22    mini van, which the blue mini van was at the residence when

23    the Mirabacks were arrested, and then he went to this

24    residence where the Mirabacks were arrested.  That's when

25    Agent Boucher took a photograph of the vehicle, walked up to

1  the side, looked into the vehicle and then took a photograph

2  of a notepad that had the same notes that were given to the

3  Mirabacks.  If you notice, even at the bottom it has the same

4  writing, it's basically the same notes, except in regards to

5  the Mirabacks, Birgis Brooks ripped off -- ripped it off the

6  notebook and actually handed it to the Mirabacks for

7  navigation up to the same landing zone

8       Q.   So this photograph is taken then on what date?

9       A.   On August 12th.

10      Q.   All right.  And this is while Birgis Brooks is still

11 in possession of the directions to the landing zone?

12      A.   Correct.

13      Q.   And is Stanley Swanson, is that the guy's name?

14      A.   Alexander Swanson.

15      Q.   All right.  Alexander Swanson, is that -- was his

16 landing zone similar to the landing zone that was...

17      A.   Yeah, right up in the exact same area.

18           MR. FRIEDMAN:  Yes.  All right.  Like I said, we're

19 holding off on Brooks because we didn't want to multi task.

20 And we will return on that, but at this point, we're

21 presenting you with the indictment, the proposed indictment on

22 the pilot.  Any further questions?

23           GRAND JUROR:  So he wasn't arrested in Canada after

24 he was being observed carrying the marijuana to the U.S. and

25 back?  They don't arrest him up there?

1          THE WITNESS:  No.  We'd like that, but --

2          GRAND JUROR:  Why do they bother even observing

3  then?

4          THE WITNESS:  Those are very good questions.

5      Q.   Well, in fact, they're working --

6      A.   They're working with us, and they're a very

7  important part, like you know, without their observations, it

8  would be very hard for us to ID the pilot.

9      Q.   Is it fair to say their -- the law enforcement end

10 of things is conducting law enforcement, but they often in

11 these kinds of cases leave it to the U.S. to do the

12 prosecutions?

13     A.   Yes, that's correct, because of the sentencing, it's

14 a lot more strict down here.

15         GRAND JUROR:  So will they extradite him?

16         MR. FRIEDMAN:  If he is in Canada, we will be -- and

17 he doesn't want to come down, and we don't find him down here,

18 we will move to extradite him from Canada and, yes, Canada

19 extradites.

20         THE WITNESS:  Yes, they do cooperate with us in that

21 regard, and like I had said, the RCMP does do a really good

22 job in regards to gathering the facts to help us with our

23 cases down here.

24         GRAND JUROR:  You mentioned that the owner of the

25 hanger that Rosenau was leasing from noticed him leaving and

```
 1  coming back from that numerous times.  Did he have loads with

 2  him when he was leaving?

 3              THE WITNESS:  No, usually -- usually in almost all

 4  these situations they don't actually leave from the hangers

 5  with their loads.  What they do is they fly from the hangers

 6  up into remote areas where then they'll pick up the load,

 7  usually near the border, and then they'll fly to a remote

 8  area, and in that, you know, they're not really setting

 9  themselves up by where they take off from.

10              GRAND JUROR:  Is he -- I'm sure he is aware that the

11  Mirabacks have been arrested here?

12              THE WITNESS:  (Witness nodded.)

13              GRAND JUROR:  So he is still flying loads back and

14  forth then, even though he is not arrested?

15              THE WITNESS:  We believe he is, but what they do is

16  they just shift their operation to another area.

17              GRAND JUROR:  Are the Canadian authorities at all

18  concerned that he is flying without a valid medical?  I mean,

19  they don't want him dropping down everywhere.

20              THE WITNESS:  Right.  Yeah, I mean, they are

21  concerned about that.

22              MS. ROE:  Are they any more questions?

23              THE FOREPERSON:  You may be excused if everyone is

24  through with their line of questioning.

25              (Proceedings concluded 10:38 a.m.)
```

```
 1                    C E R T I F I C A T E

 2   STATE OF WASHINGTON  )

 3                        ) SS

 4   COUNTY OF KING       )

 5            I, Donna Hunter, Certified Court Reporter and Notary

 6   Public duly and qualified in and for the State of Washington

 7   do hereby certify that the foregoing transcript is a true and

 8   correct transcript of my original stenographic notes.

 9            I further certify that I am neither attorney or

10   counsel for, nor related to or employed by any of the parties

11   to the action in which this testimony is taken; and

12   furthermore, that I am not a relative or employee of any

13   attorney or counsel employed by the parties hereto or

14   financially interested in the action.

15            IN WITNESS WHEREOF, I have hereunto set my hand and

16   affixed my Notarial Seal this _____ day of _____,

17   _____.

18

19

20

21

22

23                              _____

24                              NOTARY IN AND FOR THE STATE OF

25                              WASHINGTON, RESIDING IN SEATTLE
```