WA/WD PTS-SUM
(7/02)

# United States District Court
## for
## Western District of Washington

**Petition for Summons for Defendant Under
Pretrial Services Supervision**

| Name of Defendant | Date |
|---|---|
| Rosenau, Henry | October 24, 2011 |
| **Name of Judicial Officer** | **Case Number** |
| The Honorable Brian A. Tsuchida, U.S. Magistrate Judge | CR06-0157 |
| **Original Offense** | **Date Supervision Commenced** |
| Conspiracy to Import Marijuana | May 4, 2011 |

Petition for Summons

Page 2

for Defendant Under Supervision

---

**Bond Conditions Imposed:**

8. Travel is restricted to British Columbia, Canada, and the Western District of Washington, or as directed by Pretrial Services.

15. Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

16. Maintain residence as directed.  Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

18. You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

31. Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.

35. You are financially responsible for the costs of any treatment or testing services obtained in Canada.

42. Contact Pretrial Services within 24 hours of your release from custody.  Call Pretrial Services weekly as directed.  Report to your local community corrections office and comply with all directives of their office.  Report to Pretrial Services at the U.S. Customs office in Blaine, Washington, monthly as directed.  You shall report to U.S. Pretrial Services any time you enter the Western District of Washington.

44. You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.

49. You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.

53. Defendant must post with the Clerk of Court all his pilot licenses.  No operation of aircraft of any type.

**Added on 7/21/2011:**

Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held devices, as directed by Pretrial Services.  You shall not use, consume or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services.  Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.

---

PETITIONING THE COURT

☒**To issue a summons**

The Pretrial Services Officer believes the defendant has violated the following condition(s) of supervision:

**Nature of Noncompliance**

1. Henry Rosenau has violated a special condition of his bond prohibiting him from having any indirect contact with any existing and/or future witness in this case by having indirect contact with Kip Whelpley on October 20, 2011.

Petition for Summons
for Defendant Under Supervision

**U.S. Pretrial Services Officer Recommendation:**

☒  Issue summons

The U.S. Attorney's office has been notified of this violation and:

☒  Concurs with recommendation.
☐  Does not concur with recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of October, 2011.

Julie M. Busic
Supervising U.S. Probation Officer
Pretrial Services Unit

Approved By:
Connie Smith
Chief U.S. Probation and
Pretrial Services Officer

Brenda L. Amundson
Supervising U.S. Probation Officer
Pretrial Services Unit

Petition for Summons
for Defendant Under Supervision

**THE COURT DIRECTS:**

☐ **The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)**

☒ **The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)**

☐ **Other**

_____

Brian A. Tsuchida, U.S. Magistrate Judge

_____
Date