# Exhibit 6
# RCMP Summary

The following report was prepared by Cpl. Therese Cochlin
Royal Canadian Mounted Police - Integrated Border Enforcement Team, Surrey, BC

**Summary of First Meeting with Mr. Glen Stewart:**

On Thursday October 18, 2011, Cst. Bali and I attended Glen Stewart's residence located at 21386 Lakeview Crescent in Hope, British Columbia (BC) to ask if he would be willing to be a witness for the United States (US) in the prosecution involving Henry ROSENAU.

Mr. Stewart and his wife welcomed us into their home where we visited for approximately one hour. During this time Mr. Stewart said that he would be willing be a witness and agreed to meet with the Assistant US Attorney (AUSA) on October 25, 2011. During the course of the conversation, Mr. Stewart said that he had an agreement with "Henry" to sell him his property in Yale, but the deal had fallen through after the police attended the property. I asked him if he had any documents relating to the proposed sale, and Mr. Stewart responded "no" that he did most of his deals with a handshake.

Prior to departing, I let Mr. Stewart know that I would be back in touch with him to confirm the date and time of the meeting and he provided me with a business card with all of his contact information.

**Summary of Second Meeting with Mr. Glen Stewart:**

On Thursday October 20, 2011, Cst. Bali and I returned to Glen Stewart's residence in Hope, BC to set the date and time of the meeting with the AUSA for Wednesday, October 26, 2011 at 10am. Mr. Stewart indicated he would be able to attend. He also asked me a few questions about the extradition process, and, while I provided a general overview of the process, I suggested that he ask the AUSA any specific questions he had the following week.

Once again, Mr. Stewart and his wife welcomed us into their home, and other than a brief discussion about the ROSENAU case, we had a very light and pleasant chat about several topics not related to law enforcement (i.e. hiking, kayaking and wildlife). Upon departing, I confirmed the date and time of the meeting with Mr. Stewart and he seemed prepared to attend. Mr. Stewart and his wife also encouraged us to take and apple that had been picked at a local orchard for the drive home.

**Summary of Telephone call from Mr. Glen Stewart:**

On October 25, 2011 at approximately 1648 hours, Mr. Glen Stewart called and said he had spoken to his lawyer and had decided he would not be a witness for the ROSENAU case. I asked Mr. Stewart who his lawyer is and he said he couldn't remember. When I asked him further about it, he simply said he had been advised not to speak with the U. S. attorneys.

I asked Mr. Stewart if anyone had contacted him about this case and, once again, all he said is he had been "advised" not to talk to the U.S. and said he "...just didn't want to get into that." The total length of the call was only 3 or 4 minutes and it seemed to me like he wanted to deliver the news and hang up, which is in sharp contrast to how personable and hospitable he and his wife had been on the two occasions I met with them to set up the interview.