The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENRY C. ROSENAU, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CR06-157 MJP <br><br> [PROPOSED] <br> ORDER AUTHORIZING <br> WITNESS DEPOSITION |

This matter having come on before the undersigned Court on renewed Motion of the Government for Authorization to permit the taking of a Witness Deposition.

Having considered the files and records herein, and pleadings of the parties, the Court grants the government's motion to authorize foreign deposition, and holds that, pursuant to Federal Rule of Criminal Procedure 15 and in the interest of justice,

the government is authorized to take the deposition of witness Kip John Whelpley in the above-entitled matter,

that the government will provide reasonable prior notice of the time and place of the deposition to defense counsel and the Court,

the government and defense counsel shall be permitted to conduct examination of the witness to preserve the testimony for trial,

that the defendant will pay the costs of the deposition,

//

//

Order Authorizing Witness Deposition
United States v. Rosenau, CR06-157 - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  that the deposition shall be taken and filed in the manner provided in Rule 15, provided
2  that the scope and manner of examination and cross-examination is such as would be allowed
3  at trial.
4      So ordered this  _____ day of _____, 2011.
5
6
7                                              MARSHA J. PECHMAN
8                                              Chief Judge, United States District Court
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Authorizing Witness Deposition
United States v. Rosenau, CR06-157 - 2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970