Chief Judge Marshal J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> HENRY CARL ROSENAU, <br> Defendant. | NO. CR06-157MJP <br><br> PRAECIPE TO ATTACH DOCUMENT TO GOVERNMENT'S MOTION TO CONTINUE |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Susan M. Roe, Assistant United States Attorneys, files this praecipe to attach document to the above-referenced case.

Please take note that the attached document is Exhibit 2a to Government's Motion to Continue Trial (Dkt. 54). Exhibit 2a contains additional correspondence of Les Rose, Counsel, Royal Canadian Mounted Police.

DATED this 1st day of November, 2011.

Respectfully submitted,
JENNY A. DURKAN
United States Attorney

s/ Susan M. Roe
SUSAN M. ROE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-1077
Facsimile: (206) 553-4659
E-Mail: susan.roe@usdoj.gov

Praecipe To Attach Document
*United States v. Henry Rosenau*/CR06-157MJP- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/Tove Rogers*
TOVE ROGERS
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4214
FAX:   (206) 553-0755
E-mail: tove.rogers@usdoj.gov

Praecipe To Attach Document
*United States v. Henry Rosenau*/CR06-157MJP- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970