# Exhibit 2a
# Correspondence of Les Rose Counsel, Royal Canadian Mounted Police

Royal Canadian Mounted Police   Gendarmerie royale du Canada

Security Classification / Designation
Classification / Désignation sécuritaire

October 31, 2011

Your file    Votre référence

Our file    Notre référence

Susan M. Roe
AUSA – WDWA
700 Stewart Street, #5220
Seattle, Washington 98101
206-553-1077

Re: Regina v Henry Carl Rosenau File #2502 Vancouver [BC] Registry

Dear Ms Roe:

In reference to our tele-discussion on Friday, Oct 28, 2011, as well as correspondence forwarded to you on that date with respect to the Rosenau matter, I can confirm that the RCMP has been responding to requests from the United Stated in preparation of its prosecution of Mr. Rosenau; but since October 25, 2011 and in light of Mr. Rosenau's Notice of Application, noted above, I have advised the RCMP not to testify in, or provide evidence for the U.S. prosecution pending the determination of the Rosenau matter in the Supreme Court of British Columbia or unless authorized to do so by way of MLAT process.

Should you require further assistance regarding this matter, do not hesitate to contact me.

Regards,

Les Rose, Counsel
Legal Advisory Section
RCMP – Criminal Operations
Department of Justice

