The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR06-157MJP |
| Plaintiff, | [PROPOSED] ORDER DENYING MOTION TO CONTINUE TRIAL |
| v. | |
| HENRY ROSENAU, | |
| Defendant. | |

    This matter having come on before the undersigned Court on motion of the government for a continuance of the trial date,

    Having considered the files and records herein, the Government's Motion and the Defendant's Response, and the facts contained therein, and Title 18 United States Code §3161,

    Now, therefore, the Court DENIES, the Government's Emergency Motion for a Continuance of the Trial Date and further ORDERS that the trial remain scheduled for November 7, 2011.

    Dated this _____ day of _____, 2011.

_____
MARSHA J. PECHMAN
Chief Judge, United States District Court

PROPOSED ORDER DENYING MOTION
TO CONTINUE TRIAL/ROSENAU-1
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

PROPOSED ORDER DENYING MOTION
TO CONTINUE TRIAL/ROSENAU-2
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323