The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY ROSENAU<br><br>    Defendant. | No. CR06-157MJP<br><br>PRAECIPE TO ATTACH DOCUMENTS TO MOTION TO REVOKE DETENTION ORDER |

The DEFENDANT, by and through his counsel of record, Craig A. Platt, respectfully submits this praecipe to attach documents to the above-referenced case.

Please take note that the attached documents are to supplement the Defendant's Motion for Revocation of Detention Order (Dkt No. 60). The following Exhibits include:

(1) Exhibit 2—Letter from Jaclyn Gagnon

(2) Exhibit 3—Letter from Rosenau Family

(3) Exhibit 4—Rosenau and Family Picture

(4) Exhibit 5—Rosenau and Family Picture

(5) Exhibit 6—Rosenau and Family Picture

(6) Exhibit 7—Rosenau and Family Picture

PRAECIPE TO
ATTACH DOCUMENTS/ROSENAU-1
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

Respectfully submitted this 8th day of November, 2011.

           PLATT & BUESCHER

           *s/Craig Platt*_____
           Craig Platt
           Attorney for Defendant
           WSBA #12396
           P.O. Box 727
           Coupeville, Washington 98239-0727
           Telephone: (360) 678-6777
           Fax: (360) 678-0323
           Email: craig@plattbuescher.com

PRAECIPE TO
ATTACH DOCUMENTS/ROSENAU-2
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

CERTIFICATE OF SERVICE

I hereby certify that on 11/8/2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telephax.

s/Craig Platt_____
Craig Platt
Attorney for Defendant
WSBA #12396
P.O. Box 727
Coupeville, Washington 98239-0727
Telephone: (360) 678-6777
Fax: (360) 678-0323
Email: craig@plattbuescher.com

PRAECIPE TO
ATTACH DOCUMENTS/ROSENAU-3
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

PRAECIPE TO
ATTACH DOCUMENTS/ROSENAU-4
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323