Im writing this letter in hopes that you find empathy for my dad. I want you to see him for what he is and not for what he accused of.

What he is, is a husband, a friend, a father, a grandfather, a hard working, tax paying, law abiding man who is missing his home and family, and whose family misses him.

His biggest fear was that his 94 year old mother, my grandma, would die while he was in prison for a crime he did not commit. On November 4th at 3 pm she suffered a massive heart attack and died. He was not there to say goodbye. His biggest fear became real. He lost something he can't ever get back. It was taken away from him.

 I hope that you can understand where we are all coming from when we ask you to let him come home to us now. If there will be a long wait until trial begins please let him come home until then. He is no threat to anyone. He has shown up to every single meeting he has been asked to attend in the last 4+ years. Regardless of what was happening in his life, no matter how terrifying it was for him and all of us. We all know he is innocent. We are just hoping and praying  all of you can see that too - sooner than later.

Believe me when I say we want him here so much more than you want him there.

Thank you,

Jaclyn Gagnon
And family.