A little background info on Henry Rosenau

Henry was born on Dec 14th 1950 to Otto and Bessie Rosenau. He lived in the Cariboo area, schooled in 100 Mile House then started working at 16yrs old for the highway Dept, and drove truck for the mines for a few years. Married his childhood friend in 1969. In 1974 he bought his own truck and went hauling logs in Houston BC and Cariboo area. In 1982 his first and only child, a daughter was born. In 1988 he bought a log sort yard and ran it for the next 10 years. When the company he worked for went bankrupt he sold the eqiuipment to pay his employees and paid his bills in order to make sure everyone was paid up in full, even though his company was not paid out by the bankruptcy company.

From there he went to Atlin in search of gold for a summer. Then spent some time in Chile to look for logging opportunity there. After returning to BC he spent time clearing land and construction work to get by. Then bought a mini storage in the Okanogan. 2 years later he sold it and went back to construction work and buying and selling equipment. Between 2003 and 2007 his 3 grandchildren were born, each of which he made sure to come and meet as soon as they arrived.

He always made time for fishing trips, holidays, special occasions and family gatherings to celebrate birthdays, Christmas etc. The biggest one was to celebrate his mothers 90th birthday party, where people from all over BC came to celebrate.

Henry works lots, but comes to visit his daughter and 3 grandkids when time permitts the travelling between Quesnel and Terrace BC, an 8 hour drive. He works 2 jobs in the Quesnel area currently. His mom is nearly 95 now and in very poor health (updated, his mother passed away Nov 3rd from a massive heart attack while he was in prison awaiting trial) His stepdad is sick with cancer and heart problems and relied heavily on help, which he will now have none of now that Bessie is gone. Henry's common law partner is also fighting cancer and can not work. She relies on Henry to pay the bills and support her during these hard times, having just lost her mother last year, her brother just last month, and now also being sick herself.

If and when permitted, Henry will return to Canada, continue to work full time to provide for his family, care for the ones who need it and spend as much time with his grandkids and daughter in Terrace as he can. Please give him that chance.

Thank you

Henry's family.