Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-157MJP |
| Plaintiff, | |
| v. | PLEADING FOR STATUS CONFERENCE OF NOVEMBER 9, 2011 |
| HENRY ROSENAU, | |
| Defendant. | |

COMES NOW the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Marc A. Perez and Susan M. Roe, Assistant United States Attorneys for said District, and files this short pleading to assist the Court at the Status Conference on November 9, 2011. This is intended to give the Court information regarding the unavailability of essential government witnesses, first brought to the Court's attention in the government's Emergency Motion for Trial Continuance.  Dkt # 54.

RCMP: Defendant Rosenau's new civil claim, *Rosenau v. Regina*, was dismissed at its initial hearing on November 2, 2011.  RCMP Members were again able to attend trial, testify, and provide evidence at that time per their counsel.  RCMP did release reports and additional photographs to the United States in anticipation of the trial.  On November 4, 2011, Defendant Rosenau filed a Notice appealing the November 2, 2011 decision.  In response, RCMP Counsel has reissued his advice that the Members may only give testimony or provide

PLEADING FOR STATUS CONFERENCE
ROSENAU- 1
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

evidence pursuant to a formal Mutual Legal Assistance Treaty.  *See* Exhibit *1. Notice of Appeal; Declaration of Les Rose*.   The government has drafted such a request although it has not yet been approved.

KIP WHELPLEY: The government was able to acquire copies of the court documents in *Rosenau v. Whelpley* through the Canadian Ministry of Justice  The Order previously was provided to the Court and the two newly acquired documents are exhibits to the Government's Response to Defendant's Motion for Revocation of Detention Order, also filed today.  Those exhibits are incorporated by this reference.  Canadian Government counsel have advised this office that the Order appears to be a valid.

It may be that, as a default order, it is readily set aside however that must be done through the British Columbia Court.  Today Mr. Whelpley and his local public defender, Bruce Erickson, have been forwarded two possible legal aid groups which may be of help.  In addition, the Government is exploring the possibility of the United States, Department of Justice, undertaking or underwriting the representation of Whelpley, pursuant to 28 U.S.C § 517 and 28 CFR 50.15 and 50.16.  This request is underway.  Further the government's MLAT request includes a request to take the testimony of Mr. Whelpley.

GLEN STEWART: Mr. Stewart supposedly provided an affidavit in support of Defendant Rosenau in *Rosenau v. Regina*.  The government has not yet acquired a copy of his affidavit or of Defendant Rosenau's.  Under Canadian law, exhibits are the property of the Court and not given to the public absent the Court's permission.  Permission is being applied for, however, has not yet been granted.

RCMP Members were counseled to stop work on this case and therefore have not contacted Mr. Stewart since late October.   Therefore, the government does not know the status of Mr. Stewart regarding his availability.

CONCLUSION

The government renews its motion for a continuance of the trial in order to pursue an MLAT and obtain the necessary and essential testimony of these witnesses.  The time necessary for obtaining foreign evidence pursuant to a formal request or an MLAT is

PLEADING FOR STATUS CONFERENCE
ROSENAU- 2
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  excludable time pursuant to Title 18 U.S.C.§ 3161. The unavailability of an essential witness
2  is a separate basis to continue a trial; that time also is excludable.
3       Defendant Rosenau's legal maneuvers, and his actions alone, have caused this delay.
4  By abandoning his lawsuits Rosenau could stand trial within the current speedy trial time
5  limits. By continuing with his vexatious Canadian civil suits, he has caused a significant
6  delay in the trial.
7       DATED this 8th day of November, 2011.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney


*s/Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-1077
Fax:         (206) 553-0755
E-mail:      susan.roe@usdoj.gov

 *s/Marc A. Perez*
Marc A. Perez
United States Attorney's Office
1201 Pacific Avenue
Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3822
Fax: (253) 428-3826
Email: Marc.Perez@usdoj.gov

PLEADING FOR STATUS CONFERENCE
ROSENAU- 3
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1           CERTIFICATE OF SERVICE

2

3          I hereby certify that on 11/8/11 I electronically filed the foregoing with the Clerk of the

4   Court using the CM/ECF system which will send notification of such filing to the attorney(s)

5   of record for the defendant(s).

6

7                       *s/Karen Wolgamuth*
                        KAREN WOLGAMUTH
8                       Paralegal
                        United States Attorney's Office
9                       700 Stewart Street, Suite 5220
                        Seattle, Washington 98101-1271
10                      Phone: (206) 553-5050
                        FAX:   (206) 553-4440
11                      E-mail: karen.wolgamuth@usdoj.gov

PLEADING FOR STATUS CONFERENCE
ROSENAU- 4
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970