Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-157MJP |
| Plaintiff, | |
| v. | PLEADING FOR STATUS HEARING SCHEDULED FOR JANUARY 19, 2012 |
| HENRY ROSENAU, | |
| Defendant. | |

COMES NOW the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Marc A. Perez and Susan M. Roe, Assistant United States Attorneys for said District, and files this short pleading to assist the Court at the Status Hearing scheduled for January 19, 2012. This status hearing was set in November, 2011, when the trial in the above-entitled matter was continued until March 19, 2012 following the government's Motion for a Trial Continuance based on the unavailability of several essential witnesses who reside in Canada. This is intended to inform the Court of the status of the preparation and progress of the Mutual Legal Assistance Treaty necessary to obtain the essential testimony.

The MLAT was written and submitted to the Office of International Affairs, Department of Justice, and has been reviewed and revised several times in accordance with OAI forms and their experience with the Canadian Government. The current MLAT requests the testimony of 20 Canadians, most of whom appear likely to be granted permission to

PLEADING FOR JANUARY 2012
STATUS HEARING/ROSENAU- 1
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 appear at trial to testify.  A few of the requested witnesses may only be available by
2 deposition but that number is still unclear.   The MLAT also asks for various business and
3 government records.
4      On January 17, 2012, in response to an inquiry from this office, OIA reported that the
5 MLAT appeared complete for the final two signatures from DOJ.  The signatories are out of
6 the office this week but both should be available next week.  The OIA attorney has also
7 reported that Ottawa is aware of this pending MLAT.
8      At this date, the government believes the process is moving forward in a timely
9 manner and that the trial may commence as presently scheduled.
10      DATED this 18th day of January, 2012.

          Respectfully submitted,

          JENNY A. DURKAN
          United States Attorney

*s/Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-1077
Fax:            (206) 553-0755
E-mail:       susan.roe@usdoj.gov

 *s/Marc A. Perez*
Marc A. Perez
United States Attorney's Office
1201 Pacific Avenue
Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3822
Fax: (253) 428-3826
Email: Marc.Perez@usdoj.gov

PLEADING FOR JANUARY 2012
STATUS HEARING/ROSENAU- 2
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970