Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-157MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | STATUS REPORT REGARDING |
| v. | ) | PROCESS OF GOVERNMENT'S |
| | ) | MLAT REQUEST TO CANADA |
| HENRY ROSENAU, | ) | AND REQUEST FOR |
| | ) | CONTINUANCE OF TRIAL DATE |
| Defendant. | ) | |

COMES NOW the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Marc A. Perez and Susan M. Roe, Assistant United States Attorneys for said District, and files this report on the status of the Mutual Legal Assistance Treaty request in the above entitled case. The Request was submitted to obtain the testimony of nearly 20 Canadian witnesses, nearly all of whom are unavailable as a result of the defendant's legal actions in Canada.

It appears that the formal MLAT request has now been accepted by the Canadian government. That is, the formal MLAT is with the International Assistance Group within Department of Justice Canada now, and no requests for clarification or revision have been sent to the Office of International Affairs (OIA), U.S. Department of Justice. There had been consultation and discussion between the two entities prior to the formal presentation and it appears that the MLAT is now within parameters acceptable to

1   Department of Justice Canada.  Therefore, it is likely that the MLAT as submitted will

2   be approved.

3          The MLAT request is for certain evidence including official records, depositions

4   of two Canadian civilian witnesses, and permissive entry of several government

5   employees into the United States to testify at trial.  It also contains a request that the

6   Assistant United States Attorneys be allowed to enter Canada to prepare witnesses,

7   review evidence, and take the depositions.  Within the MLAT, whether witnesses would

8   be deposed or would testify in the United States was determined by  the International

9   Assistance Group in consultation with OIA.  The International Assistance Group is

10  aware of the pending March 19, 2012, trial date.

11         To date, no information has been given to the United States as to possible specific

12  dates or range of dates approved for the attorney visits, or the depositions.  OIA

13  indicated to the undersigned that the Canadian government typically gives 30 to 45 days

14  notice of allowable dates.  Once the government is informed of the dates, the

15  undersigned will request "Country Clearance," a 15 day process required by the two

16  State Departments for every official trip to Canada.  Today, OIA advised the

17  undersigned that it is unlikely that this will be accomplished within 30 days of today.

18         In light of the above, the government believes that the process is moving forward

19  in a timely manner.  However, in light of the uncertainty of timing of the allowed country

20  visits and depositions, the government suggests a  rescheduling of the current trial date

21  of March 19, 2012, to a date three to four weeks later.  At this time, an additional few

22  weeks appears sufficient to process the MLAT yet maintains the "expedited" status of

23  the request.

24  ///

25  ///

26  ///

27

28

STATUS REPORT REGARDING PROCESSING OF
MLAT REQUEST AND REQUEST FOR CONTINUANCE
OF TRIAL DATE /HENRY ROSENAU - 2
CR06-157MJP

1     This modest continuance sets a trial date well within the one year tolling of

2  speedy trial, allowed by Title 18, United States Code, Section 3161(h)(8).

3     DATED this 16th day of February, 2012.

4                                   Respectfully submitted,

5                                   JENNY A. DURKAN
                                    United States Attorney
6

7                                   s/Susan M. Roe
8                                   SUSAN M. ROE
                                    Assistant United States Attorney
9                                   United States Attorney's Office
                                    700 Stewart Street, Suite 5220
10                                  Seattle, WA 98101-1271
                                    Telephone:   (206) 553-1077
11                                  Fax:         (206) 553-0755
                                    E-mail:      susan.roe@usdoj.gov
12

13                                   s/Marc A. Perez
                                    Marc A. Perez
14                                  United States Attorney's Office
                                    1201 Pacific Avenue, Suite 700
15                                  Tacoma, Washington 98402
                                    Telephone:   (253) 428-3822
16                                  Fax:         (253) 428-3826
                                    Email:       Marc.Perez@usdoj.gov
17

18

19

20

21

22

23

24

25

26

27

28

STATUS REPORT REGARDING PROCESSING OF
MLAT REQUEST AND REQUEST FOR CONTINUANCE
OF TRIAL DATE /HENRY ROSENAU - 3
CR06-157MJP

CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/ Kathleen M. McElroy*
KATHLEEN M. McELROY
Paralegal Specialist
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:      206-553-0755
E-mail: Katie.McElroy@usdoj.gov

STATUS REPORT REGARDING PROCESSING OF
MLAT REQUEST AND REQUEST FOR CONTINUANCE
OF TRIAL DATE /HENRY ROSENAU - 4
CR06-157MJP