Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>  Plaintiff,  <br><br>  v.  <br><br> HENRY ROSENAU,  <br><br>  Defendant. | NO. CR06-157MJP <br><br> [PROPOSED] <br> ORDER AUTHORIZING FOREIGN WITNESS DEPOSITIONS |

This matter having come on before the undersigned Court on renoted Motion of the Government for Authorization to permit the taking of Witness Depositions.

Having considered the files and records herein, and pleadings of the parties, the Court grants the government's motion to authorize foreign deposition, and holds that, pursuant to Federal Rule of Criminal Procedure 15 and in the interests of justice,

1. the government is authorized to take the deposition of witnesses Kip John Whelpley and Zachary Miraback in the above-entitled matter in Canada,

2. the government will arrange the depositions and will provide reasonable prior notice of the time and place of the deposition to defense counsel and the Court,

3. the government and defense counsel shall be permitted to conduct examination of the witness to preserve the testimony for trial,

4. as part of the arrangements, the government will pay the costs of arranging and completing the depositions,

ORDER AUTHORIZING
WITNESS DEPOSITIONS - 1
ROSENAU/CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    5. the defendant will be assessed the costs of the deposition of Kip John
2 Whelpley, and
3    6. the deposition shall be taken and filed in the manner provided in Rule 15,
4 provided that the scope and manner of examination and cross-examination is such as
5 would be allowed at trial.
6    SO ORDERED this _____ day of March, 2012.

MARSHA J. PECHMAN
Chief Judge, United States District Court

ORDER AUTHORIZING
WITNESS DEPOSITIONS - 2
ROSENAU/CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970