Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>HENRY ROSENAU,<br><br>            Defendant. | NO. CR06-157MJP<br><br>EMERGENCY REQUEST FOR RULING REGARDING PROCEDURE AT DEPOSITIONS<br><br>NOTED: March 9, 2012 |

COMES NOW the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Susan M. Roe and Marc A. Perez, Assistant United States Attorneys for said District, and files this Request for a Ruling on Procedures to be followed at Depositions, if such are allowed, in the above-entitled case. The government asks for an emergency consideration because Canadian Crown Counsel requires the identity of deposition participants.

## I. *CORRECTION OF ORDER OF PROCESS*

The government first wishes to correct a misstatement made in its Reply, Dkt #77. At page 3, lines 6-8, the government wrote, " Once a Sending Order is issued, . . . , the government will move promptly to . . . take the necessary steps for the depositions." Canadian Crown Counsel has contacted the undersigned to arrange the depositions in Canada and Crown Counsel explained that the depositions are taken prior to the Sending Hearing, under the authoring of the Gathering Order. The depositions are part of the

REQUEST FOR RULING REGARDING
PROCESS FOR DEPOSITIONS/ROSENAU- 1
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

evidence gathered so must be conducted before the Sending Hearing may be held. Then, the depositions will considered for inclusion in the Sending Order.

## II. CURRENT ARRANGEMENTS

Secondly, the government wishes to notify the Court on the progress of scheduling the depositions. Defense counsel Platt previously filed Notices of Unavailability from February 27 through March 9, April 27, and June 18 through June 29. Dkts # 72, 76. In an email of March 3rd, regarding scheduling the depositions, defense counsel wrote that he also is unavailable during the last week of March and April 2-4, but available April 5 through April 10.

The Canadian Courts have a four day holiday from April 6 through April 9, 2012. Therefore, Crown Counsel is setting the first deposition for Thursday, April 5, 2012, and the second for Tuesday, April 10, 2012.

## III. REQUEST FOR GUIDANCE ON APPROPRIATE PARTIES

Crown Counsel requires the name of each person expected to participate in the deposition. In response to the Canadian request for attendees, the government asks the Court's guidance. Federal Rule of Criminal Procedure 15, allowing depositions in criminal cases, addresses the Manner of Taking in section (e). Subsection (e)(3) discusses the defendant and "the defendant's attorney," and (e)(2) holds that the scope and manner must "be the same as would be allowed during trial." Thus, it appears that the attorneys participating in the depositions are those who appear in the criminal case, *United States v. Rosenau*.

The government asks for clarification because defense counsel has not answered the question of whether he will attend in person or be with his client at the FDC during the deposition. Rather than answering, he advised the government that Gary Botting continues to represent the defendant in Canadian matters. (*See* Attachment 1).

The question before the Court is whether Mr. Botting may represent the defendant at and during the depositions, which are testimonial proceedings in the American criminal

REQUEST FOR RULING REGARDING
PROCESS FOR DEPOSITIONS/ROSENAU- 2
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

matter. It is important that the parties clearly understand the role of Mr. Botting and of defense counsel, to insure no later claim of misrepresentation or ineffectiveness.

### IV. RULES

General Rule 2, of the Local Rules for the Western District of Washington, sets out the eligibility for admission to the Federal Bar of this District. The rule allows "Any attorney who is a member in good standing of the Washington State Bar and any attorney who is a member in good standing of the bar of any state and who is employed by the United States . . . is eligible for admission to the bar of this court. GR 2(b).

The procedure for admission requires each applicant to petition the court, including her/his legal education, the list of other courts in which s/he is admitted to practice, his/her familiarity with Federal Rules and Local Rules and the petition must be endorsed by two "reputable persons who are either members of the bar of this court or known to the court . . ." GR 2(c)(1). The applicants must take an oath to "support and defend the Constitution and the law of the United States of America . . ." GR (c)(3). The Rule addresses the Standards of Professional Conduct expected from each member of the bar and, at some length, sets out the jurisdiction, procedures and actions the Court has for disciplining members of its Bar. GR 2(e)(f).

Members of Foreign Bar Associations, such as members of any of the Canadian Provincial Associations, who are not concurrently members of a State bar, are not subject to this Court's jurisdiction, have no duty to this Court or its orders, and are not eligible for admission to practice before this Court. The Court appears to have no valid authority over members of foreign bar associations.

### V. ARGUMENT

Since a foreign lawyer in another country, even if a member in good standing of his/her home bar, is not eligible for admission to a federal bar and is the functional equivalent of a foreign citizen over which this Court has no apparent authority, the government believes Mr. Botting may not represent the defendant at or during the depositions. He should not participate, ask questions, lodge objections, or in any other

REQUEST FOR RULING REGARDING
PROCESS FOR DEPOSITIONS/ROSENAU- 3
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  regard act as counsel in the matter. It may be that a locally-admitted lawyer will become
2  co-counsel and could act on the defendant's behalf. Of course, Mr. Botting remains free
3  to apply to the Canadian Courts to represent the defendant regarding the Sending Order or
4  similar Canadian issues.[1]

5      Therefore, the government asks the Court for an Order on the procedures to be
6  followed during the depositions, including the identity of counsel allowed to participate.
7  Crown Counsel requests the names of all attendees be known to them promptly.

8      DATED this 6th day of March, 2012.

    Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:  (206) 553-1077
Fax:            (206) 553-0755
E-mail:        susan.roe@usdoj.gov

*s/Marc A. Perez*
Marc A. Perez
United States Attorney's Office
1201 Pacific Avenue
Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3822
Fax: (253) 428-3826
Email: Marc.Perez@usdoj.gov

---

[1] There is nothing pending before the Courts regarding Rosenau's extradition. It was completed and closed when he was extradited.

REQUEST FOR RULING REGARDING
PROCESS FOR DEPOSITIONS/ROSENAU- 4
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/ Kathleen M. McElroy*
KATHLEEN M. McELROY
Paralegal Specialist
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:     206-553-0755
E-mail: Katie.McElroy@usdoj.gov

REQUEST FOR RULING REGARDING
PROCESS FOR DEPOSITIONS/ROSENAU- 5
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970