# ATTACHMENT 1

## Roe, Susan (USAWAW)

**From:** Craig Platt [craig@craigplatt.com]
**Sent:** Monday, March 05, 2012 10:01 PM
**To:** Roe, Susan (USAWAW); Perez, Marc (USAWAW)
**Cc:** Brent P Thompson; Jill Ogren
**Subject:** Fwd: Rosenau

Here is the reply I received from Mr. Botting in response to your inquiry. Please be advised accordingly. Thank you very much for your attention to this matter.

Craig Platt

Attorney at Law

**PLATT & BUESCHER**

P.O. Box 727

Coupeville, WA 98239

360-678-6777

craig@craigplatt.com

This is a private and confidential communication for the sole viewing and use of the intended recipient. It is intended to constitute an electronic communication within the meaning of the Electronic Communications Act, 18 USC 2510. Any review or distribution to other recipients is not intended and does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution to other recipients is strictly prohibited. If you are not the intended recipient of this communication please contact the sender by return electronic mail and delete and destroy all copies of this communication.

Begin forwarded message:

**From:** "Gary Botting" <garybotting@shaw.ca>
**Date:** March 5, 2012 9:37:02 PM PST
**To:** "Craig Platt" <craig@craigplatt.com>, "Roe, Susan \(USAWAW\)" <Susan.Roe@usdoj.gov>
**Cc:** "Brent P Thompson" <brent@plattbuescher.com>, "Jill Ogren" <jillogren@gmail.com>
**Subject: Re: Rosenau**

### Gary Botting, Barrister
M.A., Ph.D (English), J.D., LL.M., Ph.D. (Law)
1088 Grover Avenue, Coquitlam B.C. V3J 3G1
Telephone: 778 355 6106; fax: 778 355 0065
www.garybotting.com; garybotting@shaw.ca

This will confirm that I continue to represent Henry Rosenau in Canadian matters post-extradition.

Gary Botting

1