Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-157MJP |
| Plaintiff, | [PROPOSED] ORDER DENYING WITNESS DEPOSITION |
| v. | |
| HENRY C. ROSENAU | |
| Defendant. | |

This matter having come on before the undersigned Court on motion of the Government's Renoted Motion for Authorization to Depose Foreign Witnesses and Emergency Request for Ruling Regarding Procedure at Depositions.

Having considered the files and records herein, and pleadings of the parties, the Court denies the Government's Renoted Motion for Authorization to Depose Foreign Witnesses, and holds that, pursuant to Federal Rule of Criminal Procedure 15 and in the interests of justice, the Government is denied authorization to take the depositions of witness Kip Whelpley and Zachary Miraback in the above-entitled matter.

SO ORDERED this _____ day of March, 2012.

_____
MARSHA J. PECHMAN
United States District Court Chief Judge

ORDER DENYING WITNESS
DEPOSITION
ROSENAU/CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360)678-6777
Fax: (360)678-0323

Presented by:


*s/Craig Platt*_____
Craig Platt
Attorney for Defendant

ORDER DENYING WITNESS  PLATT & BUESCHER
DEPOSITION  Attorneys at Law
ROSENAU/CR06-157MJP  P.O. Box 727
  Coupeville, WA 98239-0727
  Phone: (360)678-6777
  Fax: (360)678-0323