# EXHIBIT 1

**Brent Thompson**

To:      Craig Platt
Subject: RE: Rosenau

**From:** "Roe, Susan (USAWAW)" <Susan.Roe@usdoj.gov>
**Date:** August 11, 2011 5:01:53 PM PDT
**To:** Craig Platt <craig@plattbuescher.com>
**Subject: RE: Rosenau**

Your most outrageous/my favorite part was your two handed display of John McKay papers. I'd objected as "Really? " but Brian let you go on.
8/22 doesn't work for me but 8/25 or 26 does and so does most of the following week.
Just filed a motion to take dep in Canada. Surely you won't object, will you? It's a free trip for everyone.
Hope all else is ok –

3/8/2012