# EXHIBIT 2

**Brent Thompson**

To:      Craig Platt
Subject: RE: Rosenau

> **From:** "Roe, Susan (USAWAW)" <Susan.Roe@usdoj.gov>
> **Date:** May 17, 2011 8:56:25 AM PDT
> **To:** "Craig Platt" <craig@plattbuescher.com>, "Craig Platt" <craigplatt@thestanfordlawyer.com>
> **Subject: Rosenau**
>
> Hi Craig,
>
> Thanks for coming over on Friday to talk about this case. I spent yesterday at the border with the agents and we reviewed the evidence – which comes from several related cases – as well as made copies of videos for you. I intend to err on the side of more info rather than less on the related cases. Much may not apply directly to your client, but will give you context of his acts. We should set a date, soon, to both go to Blaine so you can see evidence and talk with the lead agents.
>
>     I also looked at the related cases. Four were filed in Tacoma and were before Judge Burgess. His successor is Judge Settle. Mendoza was before Judge Zilly; Kip Whelpley was before Judge Martinez and John Sanders was before Judge Coughenour.
>
> I have identified several witnesses who reside in Canada, a few of whom are represented by counsel. We will need to arrange to get their agreement to come to the US for trial or to take Rule 16 depositions in Canada. Agents will try to locate them this week. I am also attempting to get some additional documents from Canada which may require an MLAT.
>
>   Let's chat –
>
> Susie
>
> 553-1077