# EXHIBIT 3

## Brent Thompson

**To:** Craig Platt
**Subject:** RE: Rosenau

**From:** Craig Platt <craig@craigplatt.com>
**Date:** March 3, 2012 10:25:14 PM PST
**To:** Susan Roe <Susan.Roe@usdoj.gov>, "Marc (USAWAW) Perez" <Marc.Perez@usdoj.gov>
**Cc:** Brent P Thompson <brent@plattbuescher.com>
**Subject: Re: Rosenau**

As I indicated in court on the record several months ago (when this case was continued last fall) I have a longstanding commitment right now and am currently unavailable. You chose this time to file your deposition motion. You filed the first motion for deposition last summer, the same day after I told you I was in Chicago for my nephew's wedding.

I am now not available at all during the last week of March and not available April 2-4. I scheduled some things during that time period right after receiving notice of the most recent continuance. However, I am available 4.5 through 4.10. In addition, I am not currently in a position to respond to your second question as it depends on other people's schedules, but will attempt to determine that once I am available to do so.

Thank you.

Craig Platt

Attorney at Law

**PLATT & BUESCHER**

P.O. Box 727

Coupeville, WA 98239

360-678-6777

**craig@craigplatt.com**

This is a private and confidential communication for the sole viewing and use of the intended recipient. It is intended to constitute an electronic communication within the meaning of the Electronic Communications Act, 18 USC 2510. Any review or distribution to other recipients is not intended and does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution to other recipients is strictly prohibited. If you are not the intended recipient of this communication please contact the sender by return electronic mail and delete and destroy all copies of this communication.

On Mar 2, 2012, at 2:40 PM, Roe, Susan (USAWAW) wrote:

> Hi Craig
>
> Re: the depositions in Canada (if the Court grants the motion)

3/8/2012

I have some questions from Crown Counsel who have been tasked with these deps by Justice Canada:

1. Are you available dates during the last week of March and the first week of April? This is for scheduling purposes.

2. Do you have counsel associating with you on these? That is, are you going to be in Canada for the deps (and available to your client by phone/video)? Or will someone else be handle the deps in Canada while you stay in the US with your client? If someone else will be in Canada, we need the name and contact info for the Canadians.

Thanks
S

## Brent Thompson

**To:** Craig Platt
**Subject:** RE: Rosenau

**From:** Craig Platt <craig@craigplatt.com>
**Date:** March 5, 2012 11:36:40 AM PST
**To:** "Roe, Susan (USAWAW)" <Susan.Roe@usdoj.gov>
**Cc:** Brent P Thompson <brent@plattbuescher.com>, Jill Ogren <jillogren@gmail.com>
**Bcc:** Gary Botting <garybotting@shaw.ca>
**Subject: Re: Rosenau**

I did not file a Notice of Unavailability in this case for the March trial dates, for obvious reasons, and as soon as the trial was continued, I immediately scheduled some other things for the dates I indicated. I can file another Notice of Unavailability for those dates, if that makes sense. I would prefer to simply agree to do the deposition after 4.4. Is that possible to simply agree to that? Please let me know if you would prefer that I file another Notice and I will. However, I am going to be out of state and have that and some other matters booked during the times indicated. Moving the trial date impacted my plans in that regard and I made some changes to my schedule, which were not anticipated. I am sure you understand.

As for notice, they should send Notice to both me and Gary Botting. Mr. Botting, as you know, is Mr. Rosenau's attorney in Canada and needs to be notified of anything that happens there. As the U.S. attorney I also need official notice. We can sort out who is going to be located where after the court rules on your motion. I will have some input on the deposition logistics in my response to your motion, but given my current unavailability am operating under some time constraints in getting my response to you. I have a question about whether we really need to be in two locations, which I will clarify further in my response. I do have other matters to attend to right now, however.

Thanks very much.

Craig Platt

Attorney at Law

**PLATT & BUESCHER**

P.O. Box 727

Coupeville, WA 98239

360-678-6777

**craig@craigplatt.com**

This is a private and confidential communication for the sole viewing and use of the intended recipient. It is intended to constitute an electronic communication within the meaning of the Electronic Communications Act, 18 USC 2510. Any review or distribution to other recipients is not intended and does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution to other recipients is strictly prohibited. If you are not the

intended recipient of this communication please contact the sender by return electronic mail and delete and destroy all copies of this communication.

On Mar 5, 2012, at 11:10 AM, Roe, Susan (USAWAW) wrote:

> My timing and questions arose from the Canadian Government's inquiry.
> Your Notices of Unavailability indicate you are available between March 10 and June 17, other than April 27th.
> The Canadian government requires prior notice of counsel who hope to the deposition.

**Brent Thompson**

---

**To:** Craig Platt
**Subject:** RE: Rosenau

**From:** Craig Platt <craig@craigplatt.com>
**Date:** March 5, 2012 12:21:51 PM PST
**To:** "Roe, Susan (USAWAW)" <Susan.Roe@usdoj.gov>
**Cc:** Brent P Thompson <brent@plattbuescher.com>, Jill Ogren <jillogren@gmail.com>
**Bcc:** Gary Botting <garybotting@shaw.ca>
**Subject: Re: Rosenau**

Thanks very much. I believe Botting is retained, but am not directly involved in any of the Canadian arrangements. I will forward this to him though and request documentation if there is anything in that respect. Thanks again.

PS Jill and Brent, please make sure that I remain clear during the dates requested by Ms. Roe. (4.4-4.10) I have held those open as they were open when we thought we had trial then and I have not scheduled anything beginning 4.4 yet, so please keep it that way if at all possible. Let me know if anything comes up though so we can address it.

Thanks.

Craig Platt

Attorney at Law

**PLATT & BUESCHER**

P.O. Box 727

Coupeville, WA 98239

360-678-6777

**craig@craigplatt.com**

This is a private and confidential communication for the sole viewing and use of the intended recipient. It is intended to constitute an electronic communication within the meaning of the Electronic Communications Act, 18 USC 2510. Any review or distribution to other recipients is not intended and does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution to other recipients is strictly prohibited. If you are not the intended recipient of this communication please contact the sender by return electronic mail and delete and destroy all copies of this communication.

On Mar 5, 2012, at 12:13 PM, Roe, Susan (USAWAW) wrote:

> Please keep April 4 through 10[th] clear while I manage arrangements. Since all of the arrangements must be made in advance and approved by Canada, please send me your suggestions soon.
> Has Mr. Botting been retained to represent Rosenau *post* the extradition matter? And can you please provide documentation of his representation?
> Thank you.

3/8/2012