Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HENRY ROSENAU<br><br>　　　　Defendant. | No. CR06-157MJP<br><br>DEFENDANT'S OBJECTION<br>TO TRIAL DATE |

　　COMES NOW, HENRY ROSENAU, by and through his counsel of record, Craig A. Platt, and hereby respectfully and formally objects to the current trial date.

　　The Defense respectfully objects to the current trial date of April 23, 2012.  Further delay will only serve to further prejudice the incarcerated defendant.  Additionally, the Defense moves this Court for an order setting the trial date to a time that complies with the law including but not limited to the Sixth Amendment of the United States Constitution, 18 U.S.C §3161, 18 U.S.C. §3162, and any other applicable law.

DEFENDANT'S OBJECTION TO
TRIAL DATE/ROSENAU-1
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

Respectfully submitted this 8th day of March, 2012.

                              PLATT & BUESCHER

                              *s/Craig Platt*
                              Craig Platt
                              Attorney for Defendant
                              WSBA #12396
                              P.O. Box 727
                              Coupeville, Washington 98239-0727
                              Telephone: (360) 678-6777
                              Fax: (360) 678-0323
                              Email: craig@plattbuescher.com

DEFENDANT'S OBJECTION TO
TRIAL DATE/ROSENAU-2
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

CERTIFICATE OF SERVICE

I hereby certify that on 3/8/2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the Government.

<u>s/Craig Platt</u>                    <br>
Craig Platt<br>
Attorney for Defendant<br>
WSBA #12396<br>
P.O. Box 727<br>
Coupeville, Washington 98239-0727<br>
Telephone: (360) 678-6777<br>
Fax: (360) 678-0323<br>
Email: craig@plattbuescher.com

DEFENDANT'S OBJECTION TO
TRIAL DATE/ROSENAU-3
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323