Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HENRY ROSENAU<br><br>　　　　Defendant. | No. CR06-157MJP<br><br>ADDENDUM TO BRIEF IN OPPOSITION TO GOV'T RENOTED MOTION FOR AUTHORIZATION TO DEPOSE FOREIGN WITNESSES<br><br>NOTED: March 16, 2012<br><br>**Oral Argument Requested** |

COMES NOW, HENRY ROSENAU, by and through his counsel of record, Craig A. Platt, and hereby respectfully submits this Addendum to Brief in Opposition to Gov't Renoted Motion for Authorization to Depose Foreign Witnesses.

The Defense respectfully requests that this Court permit oral argument before it concerning the issues in the Defense's Brief in Opposition to Government's Renoted Motion for Authorization to Depose Foreign Witnesses and Response to Emergency Request for Ruling Regarding Procedure at Depositions (Dkt. No. 81).

ADDENDUM/ROSENAU-1
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

Respectfully submitted this 9th day of March, 2012.

        PLATT & BUESCHER

        s/Craig Platt_____
        Craig Platt
        Attorney for Defendant
        WSBA #12396
        P.O. Box 727
        Coupeville, Washington 98239-0727
        Telephone: (360) 678-6777
        Fax: (360) 678-0323
        Email: craig@plattbuescher.com

ADDENDUM/ROSENAU-2
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

CERTIFICATE OF SERVICE

I hereby certify that on 3/9/2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the Government.

*s/Craig Platt*_____
Craig Platt
Attorney for Defendant
WSBA #12396
P.O. Box 727
Coupeville, Washington 98239-0727
Telephone: (360) 678-6777
Fax: (360) 678-0323
Email: craig@plattbuescher.com

ADDENDUM/ROSENAU-3
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323