Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HENRY ROSENAU, <br><br> Defendant. | NO. CR06-157MJP <br><br> GOVERNMENT'S ADDENDUM TO REPLY RE: RENOTING <br><br> Noted: March 16, 2012 |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Susan M. Roe and Marc A. Perez, Assistant United States Attorneys for said District, files this short Addendum to its Reply to the Defendant's Opposition to the Renoted Motion for Authorization to Depose Foreign Witnesses.

Gerald Auerbach, of the General Counsel's Office for the United States Marshal Service (USMS), responded to the government's inquiry regarding its ability to maintain custody of a federal prisoner in a foreign country. He cited *In Re Neagle,* 135 US 1 (1890) for the basis of authority regarding the USMS in the United States. Although broad within the U.S., the case limits the USMS authority to the United States.

> We hold it to be an incontrovertible principle that the government of the United States may, by means of physical force, exercised through its official agents, execute *on every*

GOVERNMENT'S ADDENDUM TO REPLY
RE: RENOTED MOTION/ ROSENAU- 1
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

*foot of American soil* the powers and functions that belong to it. This necessarily involves the power to command obedience to its laws, and hence the power to keep the peace to that extent. . . . *Emphasis added*.

The USMS organic statute, Title 28, United States Code, Section 561, *et seq*., is consistent with the limitations of authority to United States "territorial jurisdiction," which is defined in Title 18, United States Code, Section 5, to "all places and water, continental or insular, subject to the jurisdiction of the United States, except the Canal Zone."

Canada is not "American soil" or within the United States territorial jurisdiction. Therefore, the USMS which has no power on foreign soil unless specifically granted by that sovereign, cannot retain custody of a federal prisoner while in Canada.

Mr. Rosenau is in federal custody and unable to physically attend depositions in a foreign country.

DATED this 19th day of March, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-1077
Fax:              (206) 553-0755
E-mail:         susan.roe@usdoj.gov

 *s/Marc A. Perez*
Marc A. Perez
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3822
Fax: (253) 428-3826
Email: Marc.Perez@usdoj.gov

GOVERNMENT'S ADDENDUM TO REPLY
RE: RENOTED MOTION/ ROSENAU- 2
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

*foot of American soil* the powers and functions that belong to it. This necessarily involves the power to command obedience to its laws, and hence the power to keep the peace to that extent. . . . *Emphasis added*.

The USMS organic statute, Title 28, United States Code, Section 561, *et seq*., is consistent with the limitations of authority to United States "territorial jurisdiction," which is defined in Title 18, United States Code, Section 5, to "all places and water, continental or insular, subject to the jurisdiction of the United States, except the Canal Zone."

Canada is not "American soil" or within the United States territorial jurisdiction. Therefore, the USMS which has no power on foreign soil unless specifically granted by that sovereign, cannot retain custody of a federal prisoner while in Canada.

Mr. Rosenau is in federal custody and unable to physically attend depositions in a foreign country.

DATED this 19th day of March, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-1077
Fax:              (206) 553-0755
E-mail:         susan.roe@usdoj.gov

 *s/Marc A. Perez*
Marc A. Perez
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3822
Fax: (253) 428-3826
Email: Marc.Perez@usdoj.gov

GOVERNMENT'S ADDENDUM TO REPLY
RE: RENOTED MOTION/ ROSENAU- 2
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/ Kathleen M. McElroy*
KATHLEEN M. McELROY
Paralegal Specialist
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington 98101-1271
Phone:      206-553-7970
Fax:         206-553-0755
E-mail:     Katie.McElroy@usdoj.gov

GOVERNMENT'S ADDENDUM TO REPLY
RE: RENOTED MOTION/ ROSENAU- 3
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970