Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HENRY ROSENAU,<br><br>　　　　　　　　　　Defendant. | NO. CR06-157MJP<br><br>NOTICE OF INTENT TO OFFER DOMESTIC AND FOREIGN RECORDS UNDER FEDERAL RULE OF EVIDENCE 902 AND TITLE 18, UNITED STATES CODE, SECTION 3505 |

COMES NOW the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Marc A. Perez and Susan M. Roe, Assistant United States Attorneys for said District, and files this Notice of Intent to Offer as evidence certain Business, Government and Foreign Records pursuant to Federal Rule of Evidence 902 and Title 18, United States Code, Section 3505.

Rule 902 of the Federal Rules of Evidence, styled **Self-Authentication,** sets forth several categories of documents which may be admitted without testimony from a documents custodian provided that certain prerequisites are met. Under Rule 902, "[e]xtrinsic evidence of authenticity as a condition precedent to admissibility is not required with respect to the following: . . . (4) Certified Copies of Public Records[;] (11) Certified Domestic Records of

NOTICE OF INTENT TO OFFER DOMESTIC & FOREIGN
DOCUMENTS PURSUANT TO FRE 902 & 18 U.S.C. § 3505/ROSENAU- 1
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Regularly Conducted Activity[; and] (12) Certified Foreign Records of Regularly Conducted Activities.[1]

Similarly, Title 18, United States Code, Section 3505, entitled **Foreign records of regularly conducted activity**, is a rule of inclusion that allows admission in criminal cases of a wide variety of documents, reports, data and records of foreign entities when certified by a records custodian or other qualified person.

Below is a list of records that the government intends to offer at trial pursuant to Rule 902 of the Federal Rules of Evidence or Title 18, United States Code, Section 3505.

| | Exhibit | Bates Nos. |
|---|---|---|
| **TECS records from United States Government** | | |
| Whelpley | 16 | 2776-77 |
| Rosenau | 17 | 2773-74 |
| Senecal | 19 | 2769-71 |
| Mendoza | 20 | 2779-83 |
| Swanson | 21 | 2785 |
| B. Miraback | 22 | 2787 |
| Z. Miraback | 23 | 2789 |
| BC Plated vehicle HSK-744 | 18 | 1823 |
| Haugen | 103 | 2791 |
| **Records from Canada received pursuant to MLAT** | | |
| CBSA Border Crossing Records | 26 | 2640-2645 |
| **Transport Canada Records** | 89 | 2552-2607 |
| **Private Business Records** | | |
| Enterprise Car Rental Agency Records (Whelpley) | 12 | 1559-1567 |
| Choice Auto Records | 14 | 364-370 |
| Enterprise Car Rental Agency Records (Senecal) | 30 | 1551-1558 |

---

[1] Although Rule 902(12) addresses only a civil case, the rule is applicable in a criminal case via Federal Rule of Criminal Procedure 27.  Under that rule, [a] *party may prove an official record, an entry in such a record, or the lack of a record or entry in the same manner as in a civil action*.  Fed. R. Crim. P. 27; *see also* 18 U.S.C. § 3505.

NOTICE OF INTENT TO OFFER DOMESTIC & FOREIGN
DOCUMENTS PURSUANT TO FRE 902 & 18 U.S.C. § 3505/ROSENAU- 2
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**Government Records**

| | | |
|---|---|---|
| Washington State DOL | 4 | 2837-2839 |
| Washington State DOL Registration | 13 | 1560-1567 |
| Washington State DOL Registration | 15 | 1792-1815 |
| Washington State Patrol Records re: Whelpley/Senecal | 25 | 1568-1579 |

DATED this 10th day of April, 2012.

                                              Respectfully submitted,

                                              JENNY A. DURKAN
                                              United States Attorney

                                              *s/Susan M. Roe*
                                              SUSAN M. ROE
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              700 Stewart Street, Suite 5220
                                              Seattle, WA 98101-1271
                                              Telephone: (206) 553-1077
                                              Fax: (206) 553-0755
                                              E-mail: Susan.Roe@usdoj.gov

                                              */s/ Marc A. Perez*
                                              MARC A. PEREZ
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              1201 Pacific Avenue, Suite 700
                                              Tacoma, Washington 98402
                                              Telephone: (253) 428-3800
                                              Fax: (253) 428-3826
                                              E-mail: Marc.Perez@usdoj.gov

NOTICE OF INTENT TO OFFER DOMESTIC & FOREIGN
DOCUMENTS PURSUANT TO FRE 902 & 18 U.S.C. § 3505/ROSENAU- 3
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on 4/11/12, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

/s/ Rachel McDowell
RACHEL MCDOWELL
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Rachel.McDowell@usdoj.gov

NOTICE OF INTENT TO OFFER DOMESTIC & FOREIGN
DOCUMENTS PURSUANT TO FRE 902 & 18 U.S.C. § 3505/ROSENAU- 4
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970