Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>HENRY ROSENAU,　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　Defendant. ) | NO. CR06-157MJP<br><br>GOVERNMENT'S EXHIBIT LIST |

COMES NOW the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Marc A. Perez and Susan M. Roe, Assistant United States Attorneys for said District, and files this list of exhibits the government intends to offer at trial.

1. Area Map
2. Winthrop Area Map
3. Photographs of Seizure (June 9, 2005)
4. Whelpley's Washington Driver's License
5. Hockey Bags
6. Registration From Whelpley's Truck
7. Temporary License on Whelpley's Camper
8. Handwritten Download of Whelpley's cellular phones
9. Download of GPS

Exhibit List/ROSENAU- 1
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 10. | GPS Map |
| 11. | Surveillance Video (excerpts) (June 9, 2005) |
| 12. | Whelpley's Enterprise Rental Agreements 2004-2005 |
| 13. | Washington Registration A09099 |
| 14. | Choice Auto Records – Dodge Durango |
| 15. | Department of Licensing Records - Dodge Durango |
| 16. | Whelpley's TECS Records |
| 17. | Rosenau's TECS Records |
| 18. | BC HSK-744 TECS Records |
| 19. | Senecal TECS Records |
| 20. | Mendoza TECS Records |
| 21. | Swanson TECS Records |
| 22. | B. Miraback TECS Records |
| 23. | Z. Miraback TECS Records |
| 24. | U.S. Forest Service Incident Report |
| 25. | WSP Business Records RE: Whelpley |
| 26. | CBSA Records |
| 27. | HSI Record RE: CBSA Inspection of Senecal |
| 28. | Harbor Steps Business Records |
| 29. | Harbor Steps Business Records – Senecal |
| 30. | Senecal's Enterprise Rental Agreements |
| 31. | Reserved |
| 32. | Reserved |
| 33. | Reserved |
| 34. | Reserved |
| 35. | U.S. Forest Service Map |
| 36. | Surveillance Video of Landing Zone (excerpts) (July 2005) |
| 37. | Photographs of Mendoza and Truck (August 4, 2005) |

Exhibit List/ROSENAU- 2
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | 38. | Winthrop Motors Tow Receipt |
| 2 | 39. | Photographs of Marijuana Load (August 4, 2005) |
| 3 | 40. | Photographs of Landing Site (August 4, 2005) |
| 4 | 41. | Surveillance Video of Helicopter (excerpts) (August 4, 2005) |
| 5 | 42. | Surveillance Video of Helicopter and Vehicles (excerpts) (August 4, 2005) |
| 6 | 43. | Photographs of Shop (August 4, 2005) |
| 7 | 44. | Photographs of Helicopter C-FNMM (August 11 and 12, 2005) |
| 8 | 45. | RCMP Surveillance Video (August 12, 2005) |
| 9 | 46. | Seizure Photographs (August 12, 2005) |
| 10 | 47. | Blackberry |
| 11 | 48. | GPS Devices |
| 12 | 49. | Straps |
| 13 | 50. | O-Ring |
| 14 | 51. | Camouflage |
| 15 | 52. | Customer List |
| 16 | 53. | Photograph of Toyota Tundra and Note Paper |
| 17 | 54. | Download of GPS |
| 18 | 55. | GPS Map |
| 19 | 56. | Photographs of Onload from Trail Camera |
| 20 | 57. | Reserved |
| 21 | 58. | Reserved |
| 22 | 59. | Reserved |
| 23 | 60. | Surveillance Photographs of Henry Rosenau's House (September 14, 2005) |
| 24 | 61. | Surveillance Photographs of Helicopter C-FALQ Landing at Rosenau's House |
| 25 | | (September 14, 2005) |
| 26 | 62. | Surveillance Video from Ashnola Valley (September 21, 2005) |
| 27 | 63. | Photograph of Lamb Butte |
| 28 | 64. | Photographs from Ashnola Valley |

Exhibit List/ROSENAU- 3
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | 65. | Surveillance Video of Miraback brothers (excerpts) (September 21, 2005) |
| 2 | 66. | Photographs of Seizure (September 21, 2005) |
| 3 | 67. | Photographs of Toyota Tundra and Two Pages of Handwritten Notes |
| 4 | 68. | Notebook Coordinates Map |
| 5 | 69. | Marijuana Samples (September 21, 2005) |
| 6 | 70. | Miraback Consent to Search |
| 7 | 71. | DEA 7 and Lab Report (June 9, 2005) |
| 8 | 72. | DEA 7 and Lab Report (August 4, 2005) |
| 9 | 73. | DEA 7 and Lab Report (August 12, 2005) |
| 10 | 74. | DEA 7 and Lab Report (September 21, 2005) |
| 11 | 75. | Photograph of Henry Rosenau (September 21, 2005) |
| 12 | 76. | Photograph Blackberry |
| 13 | 77. | Photograph of GPS |
| 14 | 78. | Download of GPS |
| 15 | 79. | Photograph of Satellite Phone |
| 16 | 80. | Photograph of Night Vision Goggles |
| 17 | 81. | Photograph of Firearm and Ammunition |
| 18 | 82. | Photograph of Holster and Extra Ammunition |
| 19 | 83. | GPS Map |
| 20 | 84. | Photograph of Helicopter C-FRKM (September 21, 2005) |
| 21 | 85. | Photographs of Inside of Shop (September 21, 2005) |
| 22 | 86. | Photographs of Helicopter CFALQ With Rack (November 12, 2004) |
| 23 | 87. | Afternoon Surveillance Photographs of Henry Rosenau's House (September 21, 2005) |
| 25 | 88. | Surveillance Photographs of Henry Rosenau's House (September 22, 2005) |
| 26 | 89. | Transport Canada Business Records |
| 27 | 90. | Comprehensive GPS Map |
| 28 | 91. | GPS Map with Labels |

Exhibit List/ROSENAU- 4
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | 92. | GPS Map with Labels |
| 2 | 93. | GPS Map of Coordinates in Common |
| 3 | 94. | Reserved |
| 4 | 95. | Whelpley Grand Jury Testimony |
| 5 | 96. | Whelpley Plea Agreement |
| 6 | 97. | Whelpley Pre-Sentence Report (redacted) |
| 7 | 98. | Whelpley Criminal History |
| 8 | 99. | Whelpley Government Sentencing Memorandum |
| 9 | 100. | Haugen Plea Agreement |
| 10 | 101. | Haugen Criminal History |
| 11 | 102. | Haugen Government Sentencing Memorandum |
| 12 | 103. | Haugen TECS Records |
| 13 | 104. | Haugen Pre-Sentence Report (redacted) |
| 14 | 105. | Reserved |
| 15 | 106. | Reserved |
| 16 | 107. | Reserved |
| 17 | 108. | Reserved |
| 18 | // | |
| 19 | // | |
| 20 | // | |

Exhibit List/ROSENAU- 5
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1. 109.   Reserved

2. 110.   Reserved

3. DATED this 12th day of April, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-1077
Fax: (206) 553-0755
E-mail: Susan.Roe@usdoj.gov

*/s/ Marc A. Perez*
MARC A. PEREZ
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Marc.Perez@usdoj.gov

Exhibit List/ROSENAU- 6
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) who are non-participants of CM/ECF via telefax.

/s/ Rachel McDowell
RACHEL MCDOWELL
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Rachel.McDowell@usdoj.gov

Exhibit List/ROSENAU- 7
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970