Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-157MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S WITNESS LIST |
| v. | ) | |
| | ) | |
| HENRY ROSENAU, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by Jenny A. Durkan, United States Attorney for the Western District of Washington, and Marc A. Perez and Susan M. Roe, Assistant United States Attorneys for said District, hereby submits the following list of persons the government may call to testify as witnesses in its case-in-chief:

**Agents of Homeland Security Investigations**

1.     Special Agent Jennifer Hinckley

2.     Special Agent Jesse Miller

3.     Special Agent Peter Ostrovsky

4.     Special Agent Chad Boucher

5.     Special Agent Kevin Martin

6.     Special Agent Benjamin Luedke

7.     Special Agent Steve Cagen

8.     Special Agent Mark Albedyll

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

9.      Special Agent Anne Harkonen

10.    Special Agent Jay Ingersoll

11.    Special Agent Shannon Hanson

12.    Kelly Horton

**Air Interdiction Personnel  - Customs and Border Protection**

13.    Brian Webb

14.    Brian Shawler

15.    Jeffrey Sternberg

16.    Lew Grey

17.    Mike Corcoran

18.    Eric Hausner

19.    Darrell Feller

20.    Jim Dotson

**United States Forest Service**

21.    Anne Minden

22.    David F. Graves

**Washington State Patrol (current and retired)**

23.    David Anderson

24.    Paul Woodside

25.    Scott Douglas

26.    Eric Seim

**Chemists - Drug Enforcement Administration, Western Regional Laboratory**

27.    Paul Eyerly

28.    John Chappell

29.    William Moriwaki

30.    William Chin

31.    J.W. Robinson

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**Royal Canadian Mounted Police (Members and Pilots, active and retired)**

32.   Kim Bloy

33.   Luc Quenneville

34.   Dennis Piper

35.   Peter Maw

36.   Gerry Friell

37.   Robert Young

38.   Craig George

39.   Rob Jones

40.   Al Small

41.   Brent Dooks

42.   Peter Chapman

43.   Ryan Routley

44.   Greg Burgis

45.   Ken Kachur

46.   Rick Poulson

47.   David Miyashita

48.   Therese Cochlin

**Canadian Border Services Agency**

49.   Diana Harty

**Transport Canada**

50.   David Bryant

51.   Ross Betram

52.   Gordon Marshall

**Civilian Witness**

53.   Glen Stewart

54.   Kip John Whelpley

55.   Dustin Haugen

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  **Records Custodians, if needed.**

2          The government reserves the right to call additional witnesses in its case-in-chief as

3  those witnesses become known.  The government also reserves the right to call as witnesses

4  in its case-in-chief any witness identified in the defendant's proposed witness list, other than

5  the defendant.

6          DATED this 12th day of April, 2012.

7                                                    Respectfully submitted,

8                                                    JENNY A. DURKAN
                                                     United States Attorney
9

10                                                   *s/Susan M. Roe*
                                                     SUSAN M. ROE
11                                                   Assistant United States Attorney
                                                     United States Attorney's Office
12                                                   700 Stewart Street, Suite 5220
                                                     Seattle, WA 98101-1271
13                                                   Telephone: (206) 553-1077
                                                     Fax: (206) 553-0755
14                                                   E-mail: Susan.Roe@usdoj.gov

15                                                   */s/ Marc A. Perez*
                                                     MARC A. PEREZ
16                                                   Assistant United States Attorney
                                                     United States Attorney's Office
17                                                   1201 Pacific Avenue, Suite 700
                                                     Tacoma, Washington 98402
18                                                   Telephone: (253) 428-3800
                                                     Fax: (253) 428-3826
19                                                   E-mail: Marc.Perez@usdoj.gov

20

21

22

23

24

25

26

27

28

Witness List/ROSENAU- 4
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of record for the defendant(s) who are non-participants of CM/ECF via telefax.

*/s/ Rachel McDowell*
RACHEL MCDOWELL
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Rachel.McDowell@usdoj.gov

Witness List/ROSENAU- 5
CR06-157MJP