1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                   AT SEATTLE

10     UNITED STATES OF AMERICA,                    CASE NO. CR06-157MJP

11                     Plaintiff,                   ORDER ON IN CAMERA REVIEW
                                                    OF DOCUMENTS RELATING TO
12          v.                                      ZACHARY MIRABACK

13     HENRY C. ROSENAU,

14                     Defendant.

15

16          This matter comes before the Court on the government's submission of sealed documents

17   relating to Zachary Miraback, who was formerly identified as a witness for the government, but

18   has since been stricken from the government's witness list. At the pretrial conference on April

19   12, 2012, the Court ordered the government to turn over the documents for in camera review.

20          The Court has reviewed the documents, Bates stamped 1829 – 1907, and finds no

21   potentially exculpatory material. Therefore, the documents need not be disclosed to Defendant.

22   \

23   \

24   \

ORDER ON IN CAMERA REVIEW OF
DOCUMENTS RELATING TO ZACHARY
MIRABACK- 1

1    The clerk is ordered to file these documents under ex parte seal.

2    The clerk is ordered to provide copies of this order to all counsel.

3    Dated this 16th day of April, 2012.

4

5

6                                                     Marsha J. Pechman
                                                      United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON IN CAMERA REVIEW OF
DOCUMENTS RELATING TO ZACHARY
MIRABACK- 2