1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10    UNITED STATES OF AMERICA,                CASE NO. CR06-157MJP

11                          Plaintiff,          MINUTE ORDER

12          v.

13    HENRY C. ROSENAU,

14                          Defendant.

15

16          The following Minute Order is made by direction of the Court, the Honorable Marsha J.

17  Pechman, United States District Judge:

18          The Court, having received and reviewed Defendant's motion for reconsideration

19  concerning the Court's Order regarding live video testimony in Canada (Dkt No. 97), hereby

20  calls for a response from the government on the issues raised therein.

21          The clerk is ordered to provide copies of this order to all counsel.

22          Filed this 16th day of April, 2012.

23

24

MINUTE ORDER- 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER- 2