Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR06-157MJP |
| v. | DEFENDANT'S WITNESS LIST |
| HENRY ROSENAU, | |
| Defendant. | |

COMES NOW, HENRY ROSENAU, by and through Counsel, Craig A. Platt, and respectfully submits this Witness List for the trial scheduled to begin on April 23, 2012 at 9:00am.

**WITNESS LIST**

The defendant, Henry Rosenau may testify, but this has not been determined at this time. Judy Rosenau, the Defendant's former wife, may testify. Veronica Schwartz may also testify. Finally, Glen Stewart may be called as a defense witness.

The Defense reserves the right to call additional witnesses in its case-in-chief as those witnesses become known. The Defense also reserves the right to call as witnesses in its case-in-

DEFENDANT'S WITNESS
LIST/ROSENAU-1
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

chief any witness identified in the government's proposed witness list.  The defendant may call additional witnesses in rebuttal, but those witnesses have yet to be determined.

Respectfully submitted this 18th day of April, 2012.

                Respectfully submitted,
                PLATT & BUESCHER

                *s/Craig Platt*_____
                Craig Platt
                Attorney for Defendant
                WSBA #12396
                P.O. Box 727
                Coupeville, Washington 98239-0727
                Telephone: (360) 678-6777
                Fax: (360) 678-0323
                Email: craig@plattbuescher.com

DEFENDANT'S WITNESS
LIST/ROSENAU-2
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

CERTIFICATE OF SERVICE

I hereby certify that on 4/18/2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the plaintiff.

<u>s/Jill Ogren</u>
Legal Assistant
Platt & Buescher
P.O. Box 727
Coupeville, Washington 98239-0727
Telephone: (360) 678-6777
Fax: (360) 678-0323
Email: reception@plattbuescher.com

DEFENDANT'S WITNESS
LIST/ROSENAU-3
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323