Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-157MJP |
| Plaintiff, | PROPOSED NEUTRAL STATEMENT OF CASE |
| v. | |
| HENRY CARL ROSENAU, | |
| Defendant. | |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Susan M. Roe and Marc A. Perez, Assistant United States Attorneys for said District, and proposes the following Neutral Statement of the Case for use by the Court, with the understanding that the factual paragraph will be included in the reading of Jury Instruction 1.2 - The Charge, after the introductory paragraph which begins "This is a criminal case being brought by the United States government." and before the second paragraph which begins "The defendant has pleaded not guilty ..."

The defendant is accused of being part of a group of people who smuggled marijuana from Canada into the United States in 2004 and through September 21, 2005. The marijuana was packaged in 50 pound hockey bags and flown across the border on helicopters. Some group members loaded the marijuana onto the helicopters in Canada. Other group members, who were in the United States, took the marijuana off of the helicopters and delivered it to

GOVERNMENT'S PROPOSED NEUTRAL
STATEMENT OF THE CASE/ ROSENAU- 1
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  other people.  The defendant is alleged to be one of the pilots who flew helicopters with

2  marijuana loads from Canada into the United States.

3  DATED this 18th day of April, 2012.

                 Respectfully submitted,

                 JENNY A. DURKAN
                 United States Attorney

                 *s/Susan M. Roe*
                 SUSAN M. ROE
                 Assistant United States Attorney
                 United States Attorney's Office
                 700 Stewart Street, Suite 5220
                 Seattle, WA 98101-1271
                 Telephone: (206) 553-1077
                 Fax: (206) 553-0755
                 E-mail: Susan.Roe@usdoj.gov

                 */s/ Marc A. Perez*
                 MARC A. PEREZ
                 Assistant United States Attorney
                 United States Attorney's Office
                 1201 Pacific Avenue, Suite 700
                 Tacoma, Washington 98402
                 Telephone: (253) 428-3800
                 Fax: (253) 428-3826
                 E-mail: Marc.Perez@usdoj.gov

GOVERNMENT'S PROPOSED NEUTRAL
STATEMENT OF THE CASE/ ROSENAU- 2
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) who are non-participants of CM/ECF via telefax.

/s/ Rachel McDowell
RACHEL MCDOWELL
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Rachel.McDowell@usdoj.gov

GOVERNMENT'S PROPOSED NEUTRAL
STATEMENT OF THE CASE/ ROSENAU- 3
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970