Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HENRY ROSENAU<br><br>    Defendant. | No. CR06-157MJP<br><br>DEFENDANT'S PROPOSED NEUTRAL STATEMENT OF THE CASE |

The Defendant, Henry Rosenau, by and through his counsel of record, Craig A. Platt, respectfully submits the following proposed neutral statement of the case:

The Federal Government of the United States of America has accused Henry Rosenau of being a part of a group of people who brought marijuana from Canada into the United States starting sometime in 2004 and continuing through September 21, 2005. The Federal Government claims this group placed marijuana into hockey bags and traveled across the border by helicopter. The Federal Government further alleges some members of the group loaded the marijuana onto helicopters in Canada. The Federal Government also alleges that other members of this group were in the United States. The Federal Government also claims that members of

DEFENDANT'S PROPOSED
NEUTRAL STATEMENT/ROSENAU-1
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

this alleged group took the marijuana off of the helicopters and delivered it to other people. Ultimately, the Federal Government claims that Henry Rosenau was a pilot who flew helicopters with marijuana from Canada into the United States.

The fact that the Federal Government has accused Mr. Rosenau of this is insufficient for a finding of guilt. Mr. Rosenau states that he is innocent and has entered a plea of not guilty. Mr. Rosenau's plea of not guilty puts at issue every element of each crime charged. The Federal Government is the plaintiff and has the burden of proving each element of every crime charged beyond a reasonable doubt. The defendant has no burden of proving that a reasonable doubt exists. The defendant has no burden of proving that he is innocent.

Mr. Rosenau is presumed innocent. This presumption continues throughout the entire trial unless during your deliberations you find that the Federal Government has overcome this presumption by the evidence beyond any and all reasonable doubt.

A reasonable doubt is one for which a reason exists and may arise from the evidence or lack of evidence. A reasonable doubt is such a doubt as would exist in the mind of a reasonable person after fully, fairly, and carefully considering all of the evidence or lack of evidence.

Respectfully submitted this 18th day of April, 2012.


PLATT & BUESCHER


*s/Craig Platt*_____
Craig Platt
Attorney for Defendant
WSBA #12396
P.O. Box 727
Coupeville, Washington 98239-0727
Telephone: (360) 678-6777
Fax: (360) 678-0323
Email: craig@plattbuescher.com

DEFENDANT'S PROPOSED
NEUTRAL STATEMENT/ROSENAU-2
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

## CERTIFICATE OF SERVICE

I hereby certify that on 4/18/2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the plaintiff.

<u>s/Jill Ogren</u>_____
Legal Assistant
Platt & Buescher
P.O. Box 727
Coupeville, Washington 98239-0727
Telephone: (360) 678-6777
Fax: (360) 678-0323
Email: reception@plattbuescher.com

DEFENDANT'S PROPOSED
NEUTRAL STATEMENT/ROSENAU-3
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323