Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-157MJP |
| Plaintiff, | GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL MLAT MATERIALS AND SEALED COURT DOCUMENTS |
| v. | |
| HENRY ROSENAU, | |
| Defendant. | Noted: April 20, 20102 |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Susan M. Roe and Marc A. Perez, Assistant United States Attorneys for said District, and files this opposition to the defendant's Motion to Compel which asks for (1) materials of the United State Government to Canadian Government request, made pursuant to the Mutual Legal Assistance Treaty between the two sovereigns, in an international facilitation of prosecuting criminals and (2) sealed court and grand jury documents. Dkt # 102.

GOVERNMENT'S OPPOSITION TO DEFENSE
MOTION TO COMPEL/ ROSENAU- 1
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

The defendant has a right to certain discoverable materials.  Federal Rule of Criminal Procedure 16 and Local Rule 16 list the required production,[1] of which a relevant section is

(A)(1) (E) **Documents and Objects**. Upon a defendant's request, the government must permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies of portions of nay of these items, if the items is within the government's possession, custody, or control and

(i) the item is material to preparing the defense;

(ii) the government intends to use the item in its case-in-chief at trial ; or

(iii) the item was obtained from or belongs to the defendant.

Another relevant section is Rule 16 (a)(2). **Information Not Subject to Disclosure**. Except as Rule 16(a)(1) provides otherwise, this rule does not authorize the discovery or inspection of reports, memoranda, or other internal government documents made by an attorney for the government or other government agent in connection with investigating or prosecuting the case.

The defense appears to be requesting internal government documents which relate to the preparation, writing, revising, consulting on and presenting of the United States' official MLAT request to Canada.   These are all internal government documents which are not discoverable under Rule 16 or are properly provided by the prosecution in a criminal case.

Whether a Canadian is entitled to receive MLAT documents from his government is a matter to be decided in Canada.  The United States has no basis to involve itself in a Canadian citizen's request of his government and has inadequate knowledge of the Canadian laws on that matter.

---

[1] There is no claim that the requested materials would be discoverable pursuant as *Jencks*, *Brady* or *Giglio* matters.

GOVERNMENT'S OPPOSITION TO DEFENSE
MOTION TO COMPEL/ ROSENAU- 2
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Generally, however, according to the Office of International Affairs, Department of
2  Justice, the governments view MLAT requests as confidential and protected sovereign
3  speech and not open to individual claims or causes of action.

4  Therefore, the internal DOJ memoranda reports, drafts, and other internal documents
5  relating to the United States' request under the MLAT are not discoverable in a criminal
6  case.  Any claim in the Canadian court is better handled within Canada.

7  The defendant also requests that the sealed documents relating to Zachary Miraback
8  be released to him and, alternatively, be preserved for appeal.  The government objects to the
9  release of the documents as a violation of Mr. Miraback's privacy and further notes that this
10 Court has reviewed the documents *in camera* and found no *Brady* or Giglio materials
11 contained within.  The defendant has not established any basis for unsealing court documents
12 of something other than a witness in this case. Therefore, the documents should remain
13 sealed.

14  DATED this 19th day of April, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-1077
Fax:              (206) 553-0755
E-mail:         susan.roe@usdoj.gov

GOVERNMENT'S OPPOSITION TO DEFENSE
MOTION TO COMPEL/ ROSENAU- 3
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | |
| 2 | *s/Marc A. Perez* |
|   | Marc A. Perez |
| 3 | United States Attorney's Office |
|   | 1201 Pacific Avenue |
| 4 | Suite 700 |
|   | Tacoma, Washington 98402 |
| 5 | Telephone: (253) 428-3822 |
| 6 | Fax: (253) 428-3826 |
|   | Email: Marc.Perez@usdoj.gov |
| 7 | |

## CERTIFICATE OF SERVICE

I hereby certify that on Aril 19, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

*s/SUSAN M. ROE*
SUSAN M. ROE
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone:206-553-1077
FAX:   206-553-0755
E-mail: susan.roe@usdoj.gov