Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-157MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S AMENDED |
| v. | ) | WITNESS LIST |
| | ) | |
| HENRY ROSENAU, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by Jenny A. Durkan, United States Attorney for the Western District of Washington, and Marc A. Perez and Susan M. Roe, Assistant United States Attorneys for said District, hereby submits the following list of persons the government may call to testify as witnesses in its case-in-chief:

**Agents of Homeland Security Investigations**

1.      Special Agent Jennifer Hinckley

2.      Special Agent Jesse Miller

3.      Special Agent Peter Ostrovsky

4.      Special Agent Chad Boucher

5.      Special Agent Kevin Martin

6.      Special Agent Benjamin Luedke

7.      Special Agent Steve Cagen

8.      Special Agent Mark Albedyll

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

9.      Special Agent Anne Harkonen

10.     Special Agent Jay Ingersoll

11.     Special Agent Shannon Hanson

12.     Kelly Horton

**Air Interdiction Personnel  - Customs and Border Protection**

13.     Brian Webb

14.     Brian Shawler

15.     Jeffrey Sternberg

16.     Lew Grey

17.     Mike Corcoran

18.     Eric Hausner

19.     Darrell Feller

20.     Jim Dotson

21.     Josue Moreno

**United States Forest Service**

22.      Anne Minden

23.      David F. Graves

**Washington State Patrol (current and retired)**

24.     David Anderson

25.     Paul Woodside

26.     Scott Douglas

27.     Eric Seim

**Chemists - Drug Enforcement Administration, Western Regional Laboratory**

28.     Paul Eyerly

29.     John Chappell

30.     William Moriwaki

31.     William Chin

32.     J.W. Robinson

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**Royal Canadian Mounted Police (Members and Pilots, active and retired)**

33.   Kim Bloy

34.   Luc Quenneville

35.   Dennis Piper

36.   Peter Maw

37.   Gerry Friell

38.   Robert Young

39.   Craig George

40.   Rob Jones

41.   Al Small

42.   Brent Dooks

43.   Peter Chapman

44.   Ryan Routley

45.   Greg Burgis

46.   Ken Kachur

47.   Rick Poulson

48.   David Miyashita

49.   Therese Cochlin

**Canadian Border Services Agency**

50.   Diana Harty

**Transport Canada**

51.   David Bryant

52.   Ross Betram

53.   Gordon Marshall

**Civilian Witness**

54.   Glen Stewart

55.   Kip John Whelpley

56.   Dustin Haugen

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**Records Custodians, if needed.**

The government reserves the right to call additional witnesses in its case-in-chief as those witnesses become known.  The government also reserves the right to call as witnesses in its case-in-chief any witness identified in the defendant's proposed witness list, other than the defendant.

DATED this 20th day of April, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-1077
Fax: (206) 553-0755
E-mail: Susan.Roe@usdoj.gov

*/s/ Marc A. Perez*
MARC A. PEREZ
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Marc.Perez@usdoj.gov

1

CERTIFICATE OF SERVICE

2        I hereby certify that on April 20, 2012, I electronically filed the foregoing with the

3  Clerk of the Court using the CM/ECF system, which will send notification of such filing to

4  the attorney(s) of record for the defendant(s).  I hereby certify that I have served the

5  attorney(s) of record for the defendant(s) who are non-participants of CM/ECF via telefax.

6

7                                            /s/ Rachel McDowell
                                             RACHEL MCDOWELL
8                                            Legal Assistant
                                             United States Attorney's Office
9                                            1201 Pacific Avenue, Suite 700
                                             Tacoma, Washington 98402
10                                           Telephone: (253) 428-3800
                                             Fax: (253) 428-3826
11                                           E-mail: Rachel.McDowell@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Amended Witness List/ROSENAU- 5
CR06-157MJP