Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-157MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S AMENDED |
| v. | ) | EXHIBIT LIST |
| | ) | |
| HENRY ROSENAU, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Marc A. Perez and Susan M. Roe, Assistant United States Attorneys for said District, and files this list of exhibits the government intends to offer at trial.

1.      Area Map

2.      Winthrop Area Map

3.      Photographs of Seizure (June 9, 2005)

4.      Whelpley's Washington Driver's License

5.      Hockey Bags

5.A.   June 9, 2005, Marijuana Samples

6.      Registration From Whelpley's Truck

7.      Temporary License on Whelpley's Camper

8.      Handwritten Download of Whelpley's cellular phones

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

9.      Download of GPS

10.     GPS Map

11.     Surveillance Video (excerpts) (June 9, 2005)

11.A.   Surveillance Video (part 1 of full video) (June 9, 2005)

11.B.   Surveillance Video (part 2 of full video) (June 9, 2005)

11.C.   Surveillance Video (part 3 of full video) (June 9, 2005)

12.     Whelpley's Enterprise Rental Agreements 2004-2005

13.     Washington Registration A09099

14.     Choice Auto Records – Dodge Durango

15.     Department of Licensing Records - Dodge Durango

16.     Whelpley's TECS Records

17.     Rosenau's TECS Records

18.     BC HSK-744 TECS Records

19.     Senecal TECS Records

20.     Mendoza TECS Records

21.     Swanson TECS Records

22.     B. Miraback TECS Records

23.     Z. Miraback TECS Records

24.     U.S. Forest Service Incident Report

25.     WSP Business Records RE: Whelpley

26.     CBSA Records

27.     HSI Record RE: CBSA Inspection of Senecal

28.     Harbor Steps Business Records

29.     Harbor Steps Business Records – Senecal

30.     Senecal's Enterprise Rental Agreements

31.     Mendoza Drivers License & Photograph

32.     Reserved

33.     Reserved

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

34.     Reserved

35.     U.S. Forest Service Map

36.     Surveillance Video of Landing Zone (excerpts) (July 2005)

36.A.   Surveillance Video of Landing Zone (full video) (July 21, 2005)

36.B.   Surveillance Video of Landing Zone (full video) (July 26, 2005)

36.C.   Surveillance Video of Landing Zone (full video) (July 27, 2005)

37.     Photographs of Mendoza and Truck (August 4, 2005)

38.     Winthrop Motors Tow Receipt

39.     Photographs of Marijuana Load (August 4, 2005)

40.     Photographs of Landing Site (August 4, 2005)

41.     Surveillance Video of Helicopter (excerpts) (August 4, 2005)

41.A.   Surveillance Video of Helicopter (full video) (August 4, 2005)

42.     Surveillance Video of Helicopter and Vehicles (excerpts) (August 4, 2005)

42.A.   Surveillance Video of Helicopter and Vehicles (part 1 of full video) (August 4, 2005)

42.B.   Surveillance Video of Helicopter and Vehicles (part 2 of full video) (August 4, 2005)

43.     Photographs of Shop (August 4, 2005)

44.     Photographs of Helicopter C-FNMM (August 11 and 12, 2005)

45.     RCMP Surveillance Video (August 12, 2005)

45.A.   RCMP Surveillance Video (full video) (August 12, 2005)

46.     Seizure Photographs (August 12, 2005)

47.     Blackberry

48.     GPS Devices

49.     Straps

50.     O-Ring

51.     Camouflage

52.     Customer List

53.   Photograph of Toyota Tundra and Note Paper

54.   Download of GPS

55.   GPS Map

56.   Photographs of Onload from Trail Camera

57.   C-FRKM outside shop (August 4, 2005)

58.   Reserved

59.   Reserved

60.   Surveillance Photographs of Henry Rosenau's House (September 14, 2005)

61.   Surveillance Photographs of Helicopter C-FALQ Landing at Rosenau's House (September 14, 2005)

62.   Surveillance Video from Ashnola Valley (September 21, 2005)

63.   Photograph of Lamb Butte

64.   Photographs from Ashnola Valley

65.   Surveillance Video of Miraback brothers (excerpts) (September 21, 2005)

65.A.  Surveillance Video of Miraback brothers (full video) (September 21, 2005)

66.   Photographs of Seizure (September 21, 2005)

67.   Photographs of Toyota Tundra and Two Pages of Handwritten Notes

68.   Notebook Coordinates Map

69.   Marijuana Samples (September 21, 2005)

70.   Miraback Consent to Search

71.   DEA 7 and Lab Report (June 9, 2005)

72.   DEA 7 and Lab Report (August 4, 2005)

73.   DEA 7 and Lab Report (August 12, 2005)

74.   DEA 7 and Lab Report (September 21, 2005)

75.   Photograph of Henry Rosenau (September 21, 2005)

76.   Photograph Blackberry

77.   Photograph of GPS

78.   Download of GPS

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

79. Photograph of Satellite Phone

80. Photograph of Night Vision Goggles

81. Photograph of Firearm and Ammunition

82. Photograph of Holster and Extra Ammunition

83. GPS Map

84. Photograph of Helicopter C-FRKM (September 21, 2005)

85. Photographs of Inside of Shop (September 21, 2005)

86. Photographs of Helicopter CFALQ With Rack (November 12, 2004)

87. Afternoon Surveillance Photographs of Henry Rosenau's House (September 21, 2005)

88. Surveillance Photographs of Henry Rosenau's House (September 22, 2005)

89. Transport Canada Business Records

90. Comprehensive GPS Map

91. GPS Map with Labels

92. GPS Map with Labels

93. GPS Map of Coordinates in Common

94. Reserved

95. Whelpley Grand Jury Testimony

96. Whelpley Plea Agreement

97. Whelpley Pre-Sentence Report (redacted)

98. Whelpley Criminal History

99. Whelpley Government Sentencing Memorandum

100. Haugen Plea Agreement

101. Haugen Criminal History

102. Haugen Government Sentencing Memorandum

103. Haugen TECS Records

104. Haugen Pre-Sentence Report (redacted)

105. Aeronautical Chart

GOV'S AMENDED EXHIBIT LIST - 5
CR06-157MJP; HENRY ROSENAU

106.    Reserved

107.    Reserved

108.    Reserved

109.    Reserved

110.    Reserved

DATED this 22nd day of April, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-1077
Fax: (206) 553-0755
E-mail: Susan.Roe@usdoj.gov

*s/ Marc A. Perez*
MARC A. PEREZ
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Marc.Perez@usdoj.gov

GOV'S AMENDED EXHIBIT LIST - 6
CR06-157MJP; HENRY ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/ Kathleen M. McElroy*
KATHLEEN M. McELROY
Paralegal Specialist
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington 98101-1271
Phone:          206-553-7970
Fax:              206-553-0755
E-mail:          Katie.McElroy@usdoj.gov

GOV'S AMENDED EXHIBIT LIST - 7
CR06-157MJP; HENRY ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970