Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

HENRY ROSENAU

        Defendant.

No. CR06-157MJP

DEFENDANT'S AMENDED EXHIBIT LIST

COMES NOW the Defendant, Henry Rosenau, by and through his counsel of record, Craig Platt, and files this list of exhibits the Defendant intends to offer at trial.

1. Grand Jury Testimony
2. ROI 002: Surveillance
3. ROI 006: Info from WSP Douglas
4. ROI 009: Arrest Interview: T. Owens
5. ROI 011: Info re: RV
6. ROI 013: Whelpley Proffer

EXHIBIT LIST:
/ROSENAU-1
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

7. ROI 014: Whelpley Proffer

8. DOL Registration: T. Owens

9. DOL Dealer Temporary Permit

10. DOL Address Verification

11. Notes re: Senecal Return to Canada

12. Arrest Documents: T. Owens

13. WSP Incident Recall

14.  WSP Report re: Whelpley

15. WSP Report re: Whelpley 2

16. Photo from Brooks Proffer

17. ROI 008: Swanson

18. ROI 011: Miraback Proffers

19. ROI 013: Swanson Proffer

20. ROI 014: Brooks Proffer

21. ROI 009: Miraback, Zach Proffer

22. ROI 016: Swanson Proffer

23. Transaction Report

24. Will Say: Cpt Kachur

25. Bill of Sale: C-FRKM

26. ROI 002: Interview Z. Miraback

27. ROI 003: Interview B. Miraback

28. ROI 007: Miraback Brothers Statements

29. ROI 008: Miraback, Zach Proffer

30. ROI 009: Miraback, Braydon Proffer

31. Sales Contract: RH44 C-FNMM

32. ROI 020: Haugen Interview

EXHIBIT LIST:
/ROSENAU-2
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

33. Miraback Incident Report

34. Rosenau Interview/Transport to Canada

35. Rosenau Interview: Miller

36. Will Say Cpl Poulson

37. Continuation Report – Suspicious Helicopters

38. Haugen Indictment

39. Haugen Penalty Slip

40. Haugen Motion for Detention Hearing

41. Haugen Order Following Initial Appearance and Arraignment

42. Haugen Arrest Warrant

43. Haugen Waiver of Bail Hearing

44. Haugen Order to Change Plea

45. Haugen Order Accepting Guilty Plea

46. Haugen Plea Agreement

47. Haugen Amended Plea Agreement

48. Haugen United States Sentencing Memorandum

49. Haugen Defendant's Sentencing Memorandum

50. Haugen Transcript of Grand Jury Proceedings

51. Haugen Judgment

52. Notice of Civil Claim

53. Quesnel Registry

54. Jill Hallin Investigator Emails

55. Picture 1 from Whelpley's Facebook

56. Picture 2 from Whelpley's Facebook

57. Picture 3 from Whelpley's Facebook

58. Picture 4 from Whelpley's Facebook

EXHIBIT LIST:
/ROSENAU-3
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

59. Picture 5 from Whelpley's Facebook

60. Picture 6 from Whelpley's Facebook

61. Picture 7 from Whelpley's Facebook

62. Picture 8 from Whelpley's Facebook

63. Order re: Detention of Whelpley

64. Order re: Sentencing of Whelpley

65. Bond Revocation Hearing Transcript

66. Rosenau Affidavit – Padraig Mac Roibeaird

67. Rosenau Response to Government's Motion Authorization of Witness Deposition

68. Rosenau Family Picture 1

69. Rosenau Family Picture 2

70. Rosenau Family Picture 3

71. Rosenau Family Picture 4

72. Chad Boucher Testimony

73. ROI 019: Haugen Interview

74. Forest Service Report

75. ROI 006: Surveillance of Mendoza

76. Supplemental Incident Report

77. Correspondence regarding Rosenau

78. Record for the Case of Prosecution

Respectfully submitted this 23th day of April, 2012.

Respectfully submitted,
PLATT & BUESCHER

*s/Craig Platt*_____
Craig Platt

EXHIBIT LIST:
/ROSENAU-4
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

Attorney for Defendant
WSBA #12396
P.O. Box 727
Coupeville, Washington 98239-0727
Telephone: (360) 678-6777
Fax: (360) 678-0323
Email: craig@plattbuescher.com

EXHIBIT LIST:
/ROSENAU-5
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

# CERTIFICATE OF SERVICE

I hereby certify that on 4/23/2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the government.

                                                           *s/Jill Ogren*_____
                                                           JILL OGREN
                                                           Legal Assistant
                                                           Platt & Buescher
                                                           P.O. Box 727
                                                           Coupeville, Washington 98239-0727
                                                           Telephone: (360) 678-6777
                                                           Fax: (360) 678-0323
                                                           Email: reception@plattbuescher.com

EXHIBIT LIST:
/ROSENAU-6
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323