Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

   Plaintiff,

 v.

HENRY ROSENAU

   Defendant.

No. CR06-157MJP

DEFENDANT'S FOURTH AMENDED EXHIBIT LIST

COMES NOW the Defendant, Henry Rosenau, by and through his counsel of record, Craig Platt, and files this list of exhibits the Defendant intends to offer at trial.

201. Grand Jury Testimony

202. ROI 002: Surveillance

203. ROI 006: Info from WSP Douglas

204. ROI 009: Arrest Interview: T. Owens

205. ROI 011: Info re: RV

206. ROI 013: Whelpley Proffer

EXHIBIT LIST:
/ROSENAU-1
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

207. ROI 014: Whelpley Proffer

208. DOL Registration: T. Owens

209. DOL Dealer Temporary Permit

210. DOL Address Verification

211. Notes re: Senecal Return to Canada

212. Arrest Documents: T. Owens

213. WSP Incident Recall

214. WSP Report re: Whelpley

215. WSP Report re: Whelpley 2

216. Photo from Brooks Proffer

217. ROI 008: Swanson

218. ROI 011: Miraback Proffers

219. ROI 013: Swanson Proffer

220. ROI 014: Brooks Proffer

221. ROI 009: Miraback, Zach Proffer

222. ROI 016: Swanson Proffer

223. Transaction Report

224. Will Say: Cpt Kachur

225. Bill of Sale: C-FRKM

226. ROI 002: Interview Z. Miraback

227. ROI 003: Interview B. Miraback

228. ROI 007: Miraback Brothers Statements

229. ROI 008: Miraback, Zach Proffer

230. ROI 009: Miraback, Braydon Proffer

231. Sales Contract: RH44 C-FNMM

232. ROI 020: Haugen Interview

EXHIBIT LIST:
/ROSENAU-2
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

233. Miraback Incident Report

234. Rosenau Interview/Transport to Canada

235. Rosenau Interview: Miller

236. Will Say Cpl Poulson

237. Continuation Report – Suspicious Helicopters

238. Haugen Indictment

239. Haugen Penalty Slip

240. Haugen Motion for Detention Hearing

241. Haugen Order Following Initial Appearance and Arraignment

242. Haugen Arrest Warrant

243. Haugen Waiver of Bail Hearing

244. Haugen Order to Change Plea

245. Haugen Order Accepting Guilty Plea

246. Haugen Plea Agreement

247. Haugen Amended Plea Agreement

248. Haugen United States Sentencing Memorandum

249. Haugen Defendant's Sentencing Memorandum

250. Haugen Transcript of Grand Jury Proceedings

251. Haugen Judgment

252. Notice of Civil Claim

253. Quesnel Registry

254. Jill Hallin Investigator Emails

255. Picture 1 from Whelpley's Facebook

256. Picture 2 from Whelpley's Facebook

257. Picture 3 from Whelpley's Facebook

258. Picture 4 from Whelpley's Facebook

EXHIBIT LIST:
/ROSENAU-3
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

259. Picture 5 from Whelpley's Facebook

260. Picture 6 from Whelpley's Facebook

261. Picture 7 from Whelpley's Facebook

262. Picture 8 from Whelpley's Facebook

263. Order re: Detention of Whelpley

264. Order re: Sentencing of Whelpley

265. Bond Revocation Hearing Transcript

266. Rosenau Affidavit – Padraig Mac Roibeaird

267. Rosenau Response to Government's Motion Authorization of Witness Deposition

268. Rosenau Family Picture 1

269. Rosenau Family Picture 2

270. Rosenau Family Picture 3

271. Rosenau Family Picture 4

272. Chad Boucher Testimony

273. ROI 019: Haugen Interview

274. Forest Service Report

275. ROI 006: Surveillance Incident Report

276. Supplemental Incident Report

277. Correspondence regarding Rosenau

278. Record for the Case of Prosecution

279. ROI 018: Interview with Whelpley

280. ROI 002: Events of 5/9/06

281. ROI 006: Interview of Witnesses

282. ROI 007: Site Survey

283. ROI 008: Interview of Witnesses

284. ROI 012: Haugen Extradition Update

EXHIBIT LIST:
/ROSENAU-4
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

285. Testimony of Kevin Martin

286. Whelpley Plea Agreement

287. Whelpley Pre-Sentence Report

288. Testimony of Kip John Whelpley

289. Whelpley Sentencing Memorandum/Supplemental Record

290. Ken Kachur Notes

291. Picture 9 from Whelpley's Facebook

292. Picture 10 from Whelpley's Facebook

Respectfully submitted this 24th day of April, 2012.

        Respectfully submitted,
        PLATT & BUESCHER

        *s/Craig Platt*_____
        Craig Platt
        Attorney for Defendant
        WSBA #12396
        P.O. Box 727
        Coupeville, Washington 98239-0727
        Telephone: (360) 678-6777
        Fax: (360) 678-0323
        Email: craig@plattbuescher.com

EXHIBIT LIST:
/ROSENAU-5
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

# CERTIFICATE OF SERVICE

I hereby certify that on 4/24/2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the government.

                                              *s/Jill Ogren*_____
                                              JILL OGREN
                                              Legal Assistant
                                              Platt & Buescher
                                              P.O. Box 727
                                              Coupeville, Washington 98239-0727
                                              Telephone: (360) 678-6777
                                              Fax: (360) 678-0323
                                              Email: reception@plattbuescher.com

EXHIBIT LIST:
/ROSENAU-6
No. CR06-157MJP

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323