UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY C. ROSENAU,<br><br>Defendant. | CASE NO. CR06-157MJP<br><br>ORDER ON DISCOVERY REGARDING MLAT MATERIALS |

This matter comes before the Court on Defendant Henry Rosenau's motion for preservation of evidence and to compel discovery (Dkt. No. 102), which the Court ruled upon on April 20, 2012 (Dkt. No. 126). Pursuant to the Court's April 20, 2012 order, the Government submitted MLAT materials to the Court for in camera review on April 24, 2012. Having reviewed those materials, the Court issues the following ruling:

The Government may redact the specific advice and/or information received or sent in the materials it provided for the Court's review. The redacted documents should show the date each MLAT-related communication was initiated, the sender and recipient of each communication, and enough material to identify the subject of each communication and that each

1 communication related to Mr. Rosenau.  The Government is ORDERED to turn over these

2 materials to the Court for review by Friday, April 27 at 5:00 p.m.

3      The clerk is ordered to provide copies of this order to all counsel.

4      Dated this 26th day of April, 2012.

                             Marsha J. Pechman
                             United States District Judge

ORDER ON DISCOVERY REGARDING MLAT
MATERIALS- 2