Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENRY ROSENAU, ) <br> ) <br> Defendant. ) | NO. CR06-157MJP <br><br> **GOVERNMENT'S SUBMISSION PURSUANT TO COURT ORDER TO TURN OVER DOCUMENTS RELATING TO MLAT PROCESS** |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Susan M. Roe and Marc A. Perez, Assistant United States Attorneys for said District, and files this submission pursuant to the Court Order of April 27, 2012, regarding disclosure of certain redacted internal Department of Justice materials relating to the Mutual Legal Assistance Treaty Request in the above-entitled case.

DATED this 30th day of April, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney

 *s/Marc A. Perez*
Marc A. Perez
Assistant United States Attorney

---

GOVERNMENT'S SUBMISSION PURSUANT
TO COURT ORDER RE: MLAT/ ROSENAU- 1
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

CERTIFICATE OF SERVICE

2   I hereby certify that on April 30, 2012, I electronically filed the foregoing with the

3 Clerk of Court using the CM/ECF system which will send notification of such filing to

4 the attorney(s) of record for the defendant(s).  I hereby certify that I have served the

5 attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

6

7       */s/ Anna Chang*
        ANNA CHANG
8       United States Attorney's Office
        700 Stewart Street, Suite 5220
9       Seattle, Washington 98101
        Phone: 206-553-7970
10      FAX:   206-553-0755
        E-mail: anna.chang@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970