**From:** Therese COCHLIN [therese.cochlin@rcmp-grc.gc.ca]

**Sent:** Tuesday, October 25, 2011 6:31 PM

**To:** Roe, Susan (USAWAW)

**Subject:** Witness - Glen Stewart


Sue,

On October 25, 2011 at approximately 1648 hours, Mr. Glen Stewart called and said he had spoken to his lawyer and had decided he would not be a witness for the ROSENAU case. I asked Mr. Stewart who his lawyer is and he said he couldn't remember. When I asked him further about it, he simply said he had been advised not to speak with the U. S. attorneys.

I asked Mr. Stewart if anyone had contacted him about this case and, once again, all he said is he had been "advised" not to talk to the U.S. and said he "...just didn't want to get into that." The total length of the call was only 3 or 4 minutes and it seemed to me like he wanted to deliver the news and hang up, which is in sharp contrast to how personable and hospitable he and his wife had been on the two occasions I met with them to set up the interview.

In any event, Mr. Stewart is not available to meet with us tomorrow.

Therese


Cpl. Therese Cochlin
Integrated Border Enforcement Team
E Division Border Integrity Program
Royal Canadian Mounted Police
Desk:
Cell:
Email:  therese.cochlin@rcmp-grc.gc.ca



Royal Canadian Gendarmerie royale
Mounted Police du Canada

Security Classification / Designation
Classification / Désignation sécuritaire

October 31, 2011

Your file     Votre référence

Our file     Notre référence

Susan M. Roe
AUSA – WDWA
700 Stewart Street, #5220
Seattle, Washington 98101
206-553-1077

Re: Regina v Henry Carl Rosenau File #2502 Vancouver [BC] Registry

Dear Ms Roe:

In reference to our tele-discussion on Friday, Oct 28, 2011, as well as correspondence forwarded to you on that date with respect to the Rosenau matter, I can confirm that the RCMP has been responding to requests from the United Stated in preparation of its prosecution of Mr. Rosenau; but since October 25, 2011 and in light of Mr. Rosenau's Notice of Application, noted above, I have advised the RCMP not to testify in, or provide evidence for the U.S. prosecution pending the determination of the Rosenau matter in the Supreme Court of British Columbia or unless authorized to do so by way of MLAT process.

Should you require further assistance regarding this matter, do not hesitate to contact me.

Regards,

Les Rose, Counsel
Legal Advisory Section
RCMP – Criminal Operations
Department of Justice



## Roe, Susan (USAWAW)

| | |
|---|---|
| **From:** | Roe, Susan (USAWAW) |
| **Sent:** | Thursday, November 03, 2011 5:26 PM |
| **To:** | 'Prior, Robert' |
| **Subject:** | RE: Requesting your thoughtful assistance |
| **Attachments:** | Govt Motion to Revoke Attachments.pdf |

Yes he is very willing and is willing even in spite of the Order.
May I send you the correspondence between Roberts and the witness leading up to this? Whelpley enlisted the help of Robert Moffat, Vernon lawyer, who sent a letter or two on his behalf. Whelpley didn't have any money to pay him to go to Quesnell and fight it.

---

**From:** Prior, Robert [mailto:Robert.Prior@ppsc-sppc.gc.ca]
**Sent:** Thursday, November 03, 2011 5:12 PM
**To:** Roe, Susan (USAWAW)
**Subject:** RE: Requesting your thoughtful assistance


I will be back in the office tomorrow. What we might want to consider, assuming the order is real, is whether we can seek a variation to allow him to do to the US. He is claiming that is he preparedt to go, but for the order? I am curious - did he know he would be a witness in march of 2011?


-----Original Message-----
From: Roe, Susan (USAWAW) [mailto:Susan.Roe@usdoj.gov]
Sent: Thu 2011-11-03 3:51 PM
To: Prior, Robert
Subject: RE: Requesting your thoughtful assistance

Yes although I would prefer not since he is a central witness and will identify lots of exhibits. Our trial date is in abeyance, based on Rosenau's shenanigans.


I am to report to the Court on Wed, 11/9 at 9:00 regarding the status of the impediments in Canada. She will then give us a new trial date and I'm guessing she hopes for late November or early December (but I'm guessing). His speedy trial ends on Monday 11/28, however that can be extended if there is a motion pending or if an MLAT is required.



From: Prior, Robert [mailto:Robert.Prior@ppsc-sppc.gc.ca]
Sent: Thursday, November 03, 2011 3:46 PM
To: Roe, Susan (USAWAW)
Subject: Re: Requesting your thoughtful assistance


Susan can a person testify via video link in District Court? That is an option to consider if the issue cannot be addressed before your trial date.


From: Roe, Susan (USAWAW) [mailto:Susan.Roe@usdoj.gov]
Sent: Thursday, November 03, 2011 04:52 PM

1

To: Prior, Robert
Subject: Requesting your thoughtful assistance

Hello Bob,

I hope this email finds you well. You are our go-to guy on all legal matters Canadian, so may I ask your thoughts on a new situation?

I am preparing for trial against a Canadian, Henry Rosenau. He fought extradition for years but now is here. He was a helicopter pilot for the drug groups including the UN.

We have, and need the testimony of, a Canadian man named Kip Whelpley. We recently learned that our defendant, Rosenau, filed a civil claim of some sort against Whelpley in January 2011. Whelpley was notified and served via a man named Paddy Roberts who said he was acting as Rosenau's "agent." We have these e-mails. Rosenau's extradition attorney is Gary Botting.

Whelply, who lives near Vernon, had no money to defend and a default Order was entered in Quesnell, the defendant's home. The Order purportedly prohibits Whelply from leaving Canada to testify in the United States and allows damages, general, specific and punitive, it he disregards the Order. It appears vexatious and against public policy, however I have no information other than it is a facially valid Order

I am looking for an avenue to have this Order set aside so that Whelpley can testify. As you may imagine, we are uncomfortable asking a witness to disregard a Court Order. Also we cannot hold him harmless should damages be assessed.

Thoughts? Creative ideas? List of Pro Bono attorneys who might want to help? Thank you so much.

SUSAN M. ROE

AUSA - WDWA
206-553-1077/206-553-8637 (working area for the trial)

2

N: \ SRoe \ Rosenau

| Name | Size | Type | Last Modified |
|---|---|---|---|
| Working MLAT.wpd | 22KB | WordPerfect X4 Document | 11/28/2011 6:16 PM |
| SAMPLE US MLAT to Canada.wpd | 26KB | WordPerfect X4 Document | 11/28/2011 7:46 PM |
| MLAT first drarft.wpd | 22KB | WordPerfect X4 Document | 11/28/2011 7:48 PM |
| MLAT another Working Version.wpd | 127KB | WordPerfect X4 Document | 11/28/2011 7:49 PM |
| Canadian Wit INFO.wpd | 9,478 | WordPerfect X4 Document | 11/30/2011 6:01 PM |
| MLAT Nov 30 Excerpt.wpd | 5,340 | WordPerfect X4 Document | 11/30/2011 6:02 PM |
| MLAT Nov 30 Working Version.wpd | 162KB | WordPerfect X4 Document | 12/14/2011 9:25 PM |
| MLAT Dec 14 Working Version.wpd | 175KB | WordPerfect X4 Document | 12/15/2011 8:15 PM |
| MLAT Dec 19 Working Version.wpd | 165KB | WordPerfect X4 Document | 12/19/2011 6:09 PM |
| MLAT Dec 21 Working Version.wpd | 166KB | WordPerfect X4 Document | 12/21/2011 10:06 AM |
| whelpley letter requesting counsel.pdf | 49KB | Adobe Acrobat Document | 12/23/2011 1:00 PM |
| whelpley acknowledgement of conditions.pdf | 109KB | Adobe Acrobat Document | 12/23/2011 1:01 PM |
| MLAT Dec 27 Working Version.wpd | 171KB | WordPerfect X4 Document | 12/28/2011 1:44 PM |
| MLAT Dec 28 Working Version.wpd | 174KB | WordPerfect X4 Document | 12/29/2011 1:12 PM |
| MLAT Dec 29 Working Version.wpd | 180KB | WordPerfect X4 Document | 12/29/2011 5:34 PM |
| MLAT Dec 30 Working Version.wpd | 180KB | WordPerfect X4 Document | 12/30/2011 12:06 PM |
| OIA questions MLAT (DRAFT).wpd | 175KB | WordPerfect X4 Document | 1/10/2012 9:42 AM |
| MLAT (DRAFT2 Jan 10).wpd | 175KB | WordPerfect X4 Document | 1/11/2012 9:32 AM |
| MLAT from WDWA DRAFT Jan 11.wpd | 175KB | WordPerfect X4 Document | 1/11/2012 5:20 PM |
| Status Pleading Jan 19 2012.wpd | 28KB | WordPerfect X4 Document | 1/18/2012 12:54 PM |
| Status Pleading Jan 19 2012.pdf | 39KB | Adobe Acrobat Document | 1/18/2012 12:54 PM |
| MLAT OIA Jan 30 (DRAFT3).wpd | 173KB | WordPerfect X4 Document | 1/30/2012 3:03 PM |
| Jan 30 Sample MLAT for Taking Depos.wpd | 104KB | WordPerfect X4 Document | 1/30/2012 3:10 PM |
| Jan 30 Proposed Order - Rule 15 Deposition - Shmuckler final.wpd | 19KB | WordPerfect X4 Document | 1/30/2012 3:11 PM |
| Jan 30 MLAT - Rule 15 Deposition - Immunity Letter.pdf | 46KB | Adobe Acrobat Document | 1/30/2012 3:13 PM |
| MLAT OIA Jan 30 CHANGES (DRAFT3).wpd | 149KB | WordPerfect X4 Document | 1/31/2012 7:19 PM |
| MLAT Jan 31.wpd | 151KB | WordPerfect X4 Document | 2/1/2012 6:45 PM |
| Proposed Order for Trial Continuance Feb 2012.wpd | 27KB | WordPerfect X4 Document | 2/16/2012 2:14 PM |
| Status Pleading Feb 16 2012.wpd | 30KB | WordPerfect X4 Document | 2/16/2012 2:15 PM |
| Status Pleading Response Feb 2012.pdf | 20KB | Adobe Acrobat Document | 2/17/2012 9:15 AM |
| CANADA_MLAT.wpd | 48KB | WordPerfect X4 Document | 2/22/2012 11:43 AM |
| MLAT Gianis 2008_WL_750587_2-22-12_1300.wpd | 135KB | WordPerfect X4 Document | 2/22/2012 12:02 PM |
| MLAT 9th Cir New case 633_F_3D_788_2-22-12_1305.wpd | 639KB | WordPerfect X4 Document | 2/22/2012 12:06 PM |
| Who will execute my MLAT request.wpd | 21KB | WordPerfect X4 Document | 2/22/2012 12:29 PM |
| Reply re Status Pleading Feb 2012.wpd | 34KB | WordPerfect X4 Document | 2/22/2012 5:02 PM |
| Reply re Status Pleading Feb 2012.pdf | 53KB | Adobe Acrobat Document | 2/22/2012 5:02 PM |
| Reply Feb 22 Exhibit 2 - Rosenau.pdf | 267KB | Adobe Acrobat Document | 2/22/2012 5:13 PM |
| Feb 22 Reply Exhibit 1 - Rosenau.pdf | 462KB | Adobe Acrobat Document | 2/22/2012 5:14 PM |
| US - ROSENAU - letter to OIA 2012 02 24 (2).pdf | 153KB | Adobe Acrobat Document | 2/24/2012 3:10 PM |
| MLAT SAMPLE response supp (FINAL).wpd | 1,545KB | WordPerfect X4 Document | 2/24/2012 4:36 PM |
| Memo for Representation.wpd | 135KB | WordPerfect X4 Document | 2/28/2012 7:31 PM |
| 28_CFR_s_50_15_2-28-12_1951.wpd | 141KB | WordPerfect X4 Document | 2/28/2012 7:31 PM |
| ~~~~~~~~~~~~~~~~ | 16KB | WordPerfect X4 Document | 2/28/2012 7:43 PM |
| ~~~~~~~~~~~~~~~~ | | WordPerfect X4 Document | 2/29/2012 12:26 PM |
| MLAT - Rosenau SIGNED AND SENT TO CANADA.pdf | 1,593KB | Adobe Acrobat Document | 2/29/2012 12:28 PM |
| Whelpley Witness unavailable USSC case Giles.wpd | 461KB | WordPerfect X4 Document | 3/1/2012 6:28 PM |
| Motion RENOTED for Foreign Deposition.wpd | 41KB | WordPerfect X4 Document | 3/2/2012 11:11 AM |
| Jonathan Welch Email.html | 30KB | HTML Document | 3/2/2012 12:44 PM |
| Witness Deposition Renoted Order.wpd | 16KB | WordPerfect X4 Document | 3/2/2012 12:56 PM |
| MLAT Letter March 2012.wpd | 25KB | WordPerfect X4 Document | 3/2/2012 6:05 PM |
| MLAT Canadas Questions.wpd | 6,347 | WordPerfect X4 Document | 3/2/2012 6:05 PM |
| Rosenau Oct 28 2011 hearing transcript (2).pdf | 164KB | Adobe Acrobat Document | 3/2/2012 6:07 PM |
| BC case re Sending Order.pdf | 3,814KB | Adobe Acrobat Document | 3/5/2012 1:46 PM |
| Request for ruling re depositions.wpd | 34KB | WordPerfect X4 Document | 3/6/2012 9:21 AM |
| Request for ruling regarding procedue of depositions.wpd | 37KB | WordPerfect X4 Document | 3/6/2012 11:02 AM |
| Canada Country Clearance Request Questionnaire2009.wpd | 34KB | WordPerfect X4 Document | 3/6/2012 12:50 PM |
| Def Respone to Renoted Motion for dep.pdf | 219KB | Adobe Acrobat Document | 3/9/2012 10:42 AM |
| Def Reply Renoted Exh 1.pdf | 63KB | Adobe Acrobat Document | 3/9/2012 10:46 AM |
| Def Reply Renoted Exh 2.pdf | 107KB | Adobe Acrobat Document | 3/9/2012 10:48 AM |
| Def Response Reply Exh 3.pdf | 397KB | Adobe Acrobat Document | 3/9/2012 10:49 AM |
| Objection Def to trial date.pdf | 76KB | Adobe Acrobat Document | 3/9/2012 10:51 AM |
| Renote Reply Jesse Miller Aff.wpd | 19KB | WordPerfect X4 Document | 3/15/2012 9:51 AM |

| File Name | Size | Type | Date |
|---|---|---|---|
| Renote Reply Jesse Miller Aff.pdf | 29KB | Adobe Acrobat Document | 3/15/2012 9:51 AM |
| Reply to Opposition to RENOTED Motion for Foreign Deposition.wpd | 35KB | WordPerfect X4 Document | 3/15/2012 10:41 AM |
| Reply Renote Miller Affidavit - Miraback.pdf | 468KB | Adobe Acrobat Document | 3/15/2012 2:00 PM |
| USMS email with law.wpd | 11KB | WordPerfect X4 Document | 3/16/2012 11:07 AM |
| Country Clearance MARCH 2012.wpd | 42KB | WordPerfect X4 Document | 3/16/2012 12:27 PM |
| Request Miraback PSR.wpd | 38KB | WordPerfect X4 Document | 3/19/2012 12:40 PM |
| Reply for Renoting Addendum USMSn.wpd | 35KB | WordPerfect X4 Document | 3/19/2012 1:37 PM |
| Reply for Renoting Addendum USMS.wpd | 30KB | WordPerfect X4 Document | 3/19/2012 1:56 PM |
| Proposed Alternative Order for Foeign depositions.wpd | 31KB | WordPerfect X4 Document | 3/19/2012 1:58 PM |
| miraback research ER 804.wpd | 21KB | WordPerfect X4 Document | 3/19/2012 4:56 PM |
| Calgary Travel DFZBLX.pdf | 43KB | Adobe Acrobat Document | 3/21/2012 8:49 AM |
| Confrontation 9th cir case 381_F_3D_868_3-21-12_1158[1].wpd | 177KB | WordPerfect X4 Document | 3/21/2012 10:01 AM |
| Exhibit List March 20.wpd | 13KB | WordPerfect X4 Document | 3/22/2012 12:52 PM |
| March 22 Oral Argument.wpd | 2,906 | WordPerfect X4 Document | 3/23/2012 12:05 PM |
| Order denying Wit Deposition.pdf | 26KB | Adobe Acrobat Document | 3/26/2012 8:19 AM |
| Letter post MLAT Belilsle Justice Canada Final.wpd | 1,702KB | WordPerfect X4 Document | 3/26/2012 8:26 AM |
| Letter post MLAT Belilsle l2nd Letter | 1,692KB | WordPerfect X4 Document | 3/26/2012 9:12 AM |









MLAT first draft

    The prosecutor respectfully requests that the Government of Canada require

















# Roe, Susan (USAWAW)

**From:** Chaban, Roman [Roman.Chaban@usdoj.gov]
**Sent:** Wednesday, December 21, 2011 9:09 AM
**To:** Roe, Susan (USAWAW)
**Cc:** Oldham, Anastasia (CRM)
**Subject:** RE: MLAT for Canada in US v. Rosenau

Attached please find two samples that together encompass a request for witnesses, official records and business records. Please play with your draft (but take your time). Besides the sourcing issue in the facts, and making sure all the witnesses are noted somewhere therein, under documents needed, there should be a section just for witnesses, for official records and for business records. Then note the three above sections in the procedures requested section.

Last, along with the draft MLAT, please send the subpoena for the CBSA agent.

Thanks,
Roman



---

**From:** Roe, Susan (USAWAW) [mailto:Susan.Roe@usdoj.gov]
**Sent:** Wednesday, December 21, 2011 11:42 AM
**To:** Chaban, Roman
**Subject:** RE: MLAT for Canada in US v. Rosenau


Hi Roman,
   Tell me when you'll call and I'll be standing at the ready.
Thanks
Susie Roe
206-553-1077

---

**From:** Chaban, Roman [mailto:Roman.Chaban@usdoj.gov]
**Sent:** Tuesday, December 20, 2011 10:59 AM
**To:** Roe, Susan (USAWAW)
**Subject:** FW: MLAT for Canada in US v. Rosenau


Hi Susan,

Hi there – this is Roman. I started looking at you request and have a couple of questions – you around either later today or tomorrow for a quick chat?

---

**From:** Olson, Jeffrey

1

**Sent:** Tuesday, December 20, 2011 11:42 AM
**To:** Graham, Marketha
**Cc:** Chaban, Roman; Oldham, Anastasia
**Subject:** FW: MLAT for Canada in US v. Rosenau

Hi Marketha,

Please open a file for this new MLAT request to Canada. Roman, please handle and let me know if you have questions. There's some background to this.

Thanks,
Jeff

Jeffrey Olson
DOJ/OIA
(202) 616-0714

---

**From:** Roe, Susan (USAWAW) [mailto:Susan.Roe@usdoj.gov]
**Sent:** Monday, December 19, 2011 8:13 PM
**To:** Olson, Jeffrey
**Subject:** MLAT for Canada in US v. Rosenau

Hi Jeff ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
   We have been waiting on Whelpley's request for legal representation so that I could put it in the MLAT request. It's finally on its way and I am unclear as to why it has taken so long. Anyway here is my working MLAT. We have tons of witnesses, as you can see, since we had to include all of the RCMP members.
   Return it with your many corrections and suggestions – ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Thanks
Susie Roe  << File: MLAT Dec 19  Working Version.wpd >>

2

**Roe, Susan (USAWAW)**

**From:** Chaban, Roman [Roman.Chaban@usdoj.gov]
**Sent:** Wednesday, December 21, 2011 9:09 AM
**To:** Roe, Susan (USAWAW)
**Cc:** Oldham, Anastasia (CRM)
**Subject:** RE: MLAT for Canada in US v. Rosenau

Attached please find two samples that together encompass a request for witnesses, official records and business records. Please play with your draft (but take your time). Besides the sourcing issue in the facts, and making sure all the witnesses are noted somewhere therein, under documents needed, there should be a section just for witnesses, for official records and for business records. Then note the three above sections in the procedures requested section.

Last, along with the draft MLAT, please send the subpoena for the CBSA agent.

Thanks,
Roman

**From:** Roe, Susan (USAWAW) [mailto:Susan.Roe@usdoj.gov]
**Sent:** Wednesday, December 21, 2011 11:42 AM
**To:** Chaban, Roman
**Subject:** RE: MLAT for Canada in US v. Rosenau


Hi Roman,
   Tell me when you'll call and I'll be standing at the ready.
Thanks
Susie Roe
206-553-1077


**From:** Chaban, Roman [mailto:Roman.Chaban@usdoj.gov]
**Sent:** Tuesday, December 20, 2011 10:59 AM
**To:** Roe, Susan (USAWAW)
**Subject:** FW: MLAT for Canada in US v. Rosenau


Hi Susan,

Hi there – this is Roman. I started looking at you request and have a couple of questions – you around either later today or tomorrow for a quick chat?



**From:** Olson, Jeffrey

1

# Roe, Susan (USAWAW)

| | |
|---|---|
| **From:** | Chaban, Roman [Roman.Chaban@usdoj.gov] |
| **Sent:** | Monday, January 30, 2012 12:17 PM |
| **To:** | Roe, Susan (USAWAW) |
| **Cc:** | Oldham, Anastasia (CRM) |
| **Subject:** | RE: how about noon my time? I'll call |

As we talked about – add in the beginning why there is a delay and why we are doing this MLAT (explain what happened with the TRO...).

Facts are fine, then divide the "Need for Assistance" into three sections: Testimony, Depositions and Official records. Take the sample I am sending for Depositions and insert into our MLAT for Whelply and Miraback. Then for the "Procedures Requested, again for the depo section, add from the sample. PLEASE USE THE ATTACHED ROSENAU VERSION.

FYI – we can omit SWANSON from this MLAT – Canada confirmed that since he is cooperating and a non-party to the civil judgment, he does not need to be included here.

When ready, please send also send me all the subpoenas – for RCMP, CBSA and Transport Canada.

Call with any questions

Thank you as always!
Roman

   

Sample MLAT for Taking Depos.w...   Proposed Order - Rule 15 Depos...   MLAT - Rule 15 Deposition - Im...   Rosenau MLAT (DRAFT3).wpd

---

**From:** Roe, Susan (USAWAW) [mailto:Susan.Roe@usdoj.gov]
**Sent:** Monday, January 30, 2012 1:47 PM
**To:** Chaban, Roman
**Subject:** how about noon my time? I'll call

1