UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>HENRY C. ROSENAU,<br><br>                    Defendant. | CASE NO. CR06-157MJP<br><br>SUPPLEMENTAL INSTRUCTION TO JURY |

Dated: May 4, 2012.

*[signature]*

Marsha J. Pechman
United States District Judge

SUPPLEMENTAL INSTRUCTION TO JURY- 1

1  Members of the jury, you have advised that you have been unable to agree upon a verdict 2 in this case. I have decided to suggest a few thoughts to you.

3  As jurors, you have a duty to discuss the case with one another and to deliberate in an 4 effort to reach a unanimous verdict if each of you can do so without violating your individual 5 judgment and conscience. Each of you must decide the case for yourself, but only after you 6 consider the evidence impartially with your fellow jurors. During your deliberations, you should 7 not hesitate to reexamine your own views and change your opinion if you become persuaded that 8 it is wrong. However, you should not change an honest belief as to the weight or effect of the 9 evidence solely because of the opinions of your fellow jurors or for the mere purpose of 10 returning a verdict.

11  All of you are equally honest and conscientious jurors who have heard the same 12 evidence. All of you share an equal desire to arrive at a verdict. Each of you should ask yourself 13 whether you should question the correctness of your present position.

14  I remind you that in your deliberations you are to consider the instructions I have given 15 you as a whole. You should not single out any part of any instruction, including this one, and 16 ignore others. They are all equally important.

17  You may now retire and continue your deliberations.

SUPPLEMENTAL INSTRUCTION TO JURY- 2