Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )   NO. CR06-157MJP
                           )
              Plaintiff,   )
                           )   GOVERNMENT'S AMENDED
     v.                    )   WITNESS LIST
                           )
HENRY ROSENAU,             )
                           )
              Defendant.   )

The United States of America, by Jenny A. Durkan, United States Attorney for the Western District of Washington, and Marc A. Perez and Susan M. Roe, Assistant United States Attorneys for said District, hereby submits the following list of persons the government may call to testify as witnesses in its case-in-chief:

**Agents of Homeland Security Investigations**

1. Special Agent Jennifer Hinckley    5-1-12
2. Special Agent Jesse Miller         4-24-12
3. Special Agent Peter Ostrovsky      4-30-12
4. Special Agent Chad Boucher         4-23-12
5. Special Agent Kevin Martin         4-25-12
6. Special Agent Benjamin Luedke
7. Special Agent Steve Cagen
8. Special Agent Mark Albedyll        4-25-12

Amended Witness List/ROSENAU- 1
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1. 9.  Special Agent Anne Harkonen
2. 10. Special Agent Jay Ingersoll
3. 11. Special Agent Shannon Hanson
4. 12. Kelly Horton

**Air Interdiction Personnel - Customs and Border Protection**

6. 13. Brian Webb      4-24-12
7. 14. Brian Shawler   4-25-12
8. 15. Jeffrey Sternberg   4-25-12
9. 16. Lew Grey
10. 17. Mike Corcoran
11. 18. Eric Hausner
12. 19. Darrell Feller   4-25-12
13. 20. Jim Dotson
14. 21. Josue Moreno    4-30-12

**United States Forest Service**

16. 22. Anne Minden
17. 23. David F. Graves    4-25-12

**Washington State Patrol (current and retired)**

19. 24. David Anderson    4-24-12
20. 25. Paul Woodside
21. 26. Scott Douglas
22. 27. Eric Seim

**Chemists - Drug Enforcement Administration, Western Regional Laboratory**

24. 28. Paul Eyerly       4-26-12
25. 29. John Chappell     4-30-12
26. 30. William Moriwaki  4-26-12
27. 31. William Chin
28. 32. J.W. Robinson     4-30-12

Amended Witness List/ROSENAU- 2
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | **Royal Canadian Mounted Police (Members and Pilots, active and retired)** |
| 2 | 33. Kim Bloy  4-30-12 |
| 3 | 34. Luc Quenneville |
| 4 | 35. Dennis Piper  4-30-12 |
| 5 | 36. Peter Maw  4-30-12 |
| 6 | 37. Gerry Friell |
| 7 | 38. Robert Young |
| 8 | 39. Craig George |
| 9 | 40. Rob Jones  4-25-12 |
| 10 | 41. Al Small |
| 11 | 42. Brent Dooks |
| 12 | 43. Peter Chapman |
| 13 | 44. Ryan Routley |
| 14 | 45. Greg Burgis |
| 15 | 46. Ken Kachur |
| 16 | 47. Rick Poulson  5-1-12  Donald Richard Poulson |
| 17 | 48. David Miyashita  4-25-12 |
| 18 | 49. Therese Cochlin |
| 19 | **Canadian Border Services Agency** |
| 20 | 50. Diana Harty |
| 21 | **Transport Canada** |
| 22 | 51. David Bryant |
| 23 | 52. Ross Betram  4-30-12 |
| 24 | 53. Gordon Marshall |
| 25 | **Civilian Witness** |
| 26 | 54. Glen Stewart |
| 27 | 55. Kip John Whelpley  4-26-12 |
| 28 | 56. Dustin Haugen  4-24-12 |

Amended Witness List/ROSENAU- 3
CR06-157MJP
UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 | **Records Custodians, if needed.**

2 | The government reserves the right to call additional witnesses in its case-in-chief as
3 | those witnesses become known. The government also reserves the right to call as witnesses
4 | in its case-in-chief any witness identified in the defendant's proposed witness list, other than
5 | the defendant.

6 | DATED this 20th day of April, 2012.

7 | Respectfully submitted,

8 | JENNY A. DURKAN
9 | United States Attorney

10 | *s/Susan M. Roe*
    | SUSAN M. ROE
11 | Assistant United States Attorney
    | United States Attorney's Office
12 | 700 Stewart Street, Suite 5220
    | Seattle, WA 98101-1271
13 | Telephone: (206) 553-1077
    | Fax: (206) 553-0755
14 | E-mail: Susan.Roe@usdoj.gov

15 | 
    | */s/ Marc A. Perez*
16 | MARC A. PEREZ
    | Assistant United States Attorney
17 | United States Attorney's Office
    | 1201 Pacific Avenue, Suite 700
18 | Tacoma, Washington 98402
    | Telephone: (253) 428-3800
19 | Fax: (253) 428-3826
    | E-mail: Marc.Perez@usdoj.gov
20
21
22
23
24
25
26
27
28

Amended Witness List/ROSENAU- 4
CR06-157MJP

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) who are non-participants of CM/ECF via telefax.

*/s/ Rachel McDowell*
RACHEL MCDOWELL
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Rachel.McDowell@usdoj.gov

Amended Witness List/ROSENAU- 5
CR06-157MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970