# United States of America v. Henry Rosenau

# CR06-157MJP

# Jury Trial Admitted Exhibit List

| NO. | DATE AND DESCRIPTION | REFERENCE | ADMITTED | COMMENTS |
|---|---|---|---|---|
| 1 | Area Map | | 4/23/2012 | Illustrative |
| 2 | Winthrop Area Map | | 4/23/2012 | Illustrative |
| 3 | Photographs of Seizure (June 9, 2005) | | 4/23/2012 | |
| 4 | Whelpley's Washington Driver's License | | 4/24/2012 | |
| 5 | Hockey Bags | | 4/23/2012 | |
| 5a | Marijuana Samples | | 4/25/2012 | |
| 6 | Registration From Whelpley's Truck | | 4/23/2012 | |
| 7 | Temporary License on Whelpley's Camper | | 4/23/2012 | |
| 8 | Handwritten Download of Whelpley's cellular phones | | 4/23/2012 | |
| 9 | Download of GPS | | 4/23/2012 | |

| NO. | DATE AND DESCRIPTION | REFERENCE | ADMITTED | COMMENTS |
|---|---|---|---|---|
| 10 | GPS Map | | 5/1/2012 | |
| 11 | Surveillance Video (excerpts) (June 9, 2005) | | 4/24/2012 | |
| 11A | Surveillance Video (part 1 of full video) (June 9, 2005) | | 4/24/2012 | |
| 11B | Surveillance Video (part 2 of full video) (June 9, 2005) | | 4/24/2012 | |
| 11C | Surveillance Video (part 3 of full video) (June 9, 2005) | | 4/24/2012 | |
| 12 | Whelpley's Enterprise Rental Agreements 2004-2005 | | 4/26/2012 | |
| 13 | Washington Registration A09099 | | 4/23/2012 | |
| 14 | Choice Auto Records – Dodge Durango | | 4/23/2012 | |
| 15 | Department of Licensing Records - Dodge Durango | | 4/23/2012 | |
| 16 | Whelpley's TECS Records | | 5/2/2012 | |
| 17 | Rosenau's TECS Records | | 5/2/2012 | |
| 18 | BC HSK-744 TECS Records | | 5/2/2012 | |
| 19 | Senecal TECS Records | | 5/2/2012 | |

| NO. | DATE AND DESCRIPTION | REFERENCE | ADMITTED | COMMENTS |
|---|---|---|---|---|
| 20 | Mendoza TECS Records | | 5/2/2012 | |
| 24 | U.S. Forest Service Incident Report | | 4/25/2012 | |
| 25 | WSP Business Records RE: Whelpley | | 5/1/2012 | 25.05 and 25.06 previously admitted on 4/26/2012. |
| 27 | HSI Record RE: CBSA Inspection of Senecal | | 4/23/2012 | |
| 28 | Harbor Steps Business Records | | 5/1/2012 | |
| 29 | Harbor Steps Business Records – Senecal | | 5/1/2012 | |
| 30 | Senecal's Enterprise Rental Agreements | | 5/1/2012 | |
| 31 | Mendoza Drivers License & Photograph | | 4/24/2012 | |
| 35 | U.S. Forest Service Map | | 4/23/2012 | |
| 35A | U.S. Forest Service Map – Full View on Poster Board (Large version of Exhibit 35) | | 4/30/2012 | Illustrative |
| 36 | Surveillance Video of Landing Zone (excerpts) (July 2005) | | 4/24/2012 | |
| 36a | Surveillance Video of Landing Zone (full video) (July 21, 2005) | | 4/24/2012 | |

| NO. | DATE AND DESCRIPTION | REFERENCE | ADMITTED | COMMENTS |
|---|---|---|---|---|
| 36b | Surveillance Video of Landing Zone (full video) (July 26, 2005) | | 4/24/2012 | |
| 36c | Surveillance Video of Landing Zone (full video) (July 27, 2005) | | 4/24/2012 | |
| 37 | Photographs of Mendoza and Truck (August 4, 2005) | | 4/25/2012 | |
| 39 | Photographs of Marijuana Load (August 4, 2005) | | 4/24/2012 | |
| 40 | Photographs of Landing Site (August 4, 2005) | | 4/30/2012 | |
| 41a | Surveillance Video of Helicopter (full video) (August 4, 2005) | | 4/25/2012 | |
| 42 | Surveillance Video of Helicopter and Vehicles (excerpts) (August 4, 2005) | | 4/25/2012 | |
| 42a | Surveillance Video of Helicopter and Vehicles (part 1 of full video) (August 4, 2005) | | 4/25/2012 | |
| 42b | Surveillance Video of Helicopter and Vehicles (part 2 of full video) (August 4, 2005) | | 4/25/2012 | |
| 43 | Photographs of Shop (August 4, 2005) | | 4/25/2012 | |
| 44 | Photographs of Helicopter C-FNMM (August 11 and 12, 2005) | | 5/1/2012 | 44.03 previously admitted 4/24/2012 as Illustrative |
| 45 | RCMP Surveillance Video (August 12, 2005) | | 4/25/2012 | |

| NO. | DATE AND DESCRIPTION | REFERENCE | ADMITTED | COMMENTS |
|---|---|---|---|---|
| 45a | RCMP Surveillance Video (full video) (August 12, 2005) | | 4/25/2012 | |
| 46 | Seizure Photographs (August 12, 2005) | | 4/24/2012 | |
| 47 | Blackberry | | 4/25/2012 | |
| 48 | GPS Devices | | 4/25/2012 | |
| 49 | Straps | | 4/25/2012 | |
| 51 | Camouflage | | 4/25/2012 | |
| 52 | Customer List | | 4/25/2012 | |
| 53 | Photograph of Toyota Tundra and Note Paper | | 4/25/2012 | |
| 54 | Download of GPS | | 4/30/2012 | |
| 55 | GPS Map | | 5/1/2012 | |
| 56 | Photographs of Onload from Trail Camera | | 4/30/2012 | |
| 57 | C-FRKM outside shop (August 4, 2005) | | 4/25/2012 | |

| NO. | DATE AND DESCRIPTION | REFERENCE | ADMITTED | COMMENTS |
|---|---|---|---|---|
| 60 | Surveillance Photographs of Henry Rosenau's House (September 14, 2005) | | 4/30/2012 | |
| 61 | Surveillance Photographs of Helicopter C-FALQ Landing at Rosenau's House   (September 14, 2005) | | 4/26/2012 | |
| 62 | Surveillance Video from Ashnola Valley (September 21, 2005) | | 4/30/2012 | |
| 64 | Photographs from Ashnola Valley | | 4/30/2012 | |
| 65 | Surveillance Video of Miraback brothers (excerpts) (September 21, 2005) | | 4/25/2012 | |
| 65a | Surveillance Video of Miraback brothers (full video) (September 21, 2005) | | 4/25/2012 | |
| 66 | Photographs of Seizure (September 21, 2005) | | 4/25/2012 | |
| 67 | Photographs of Toyota Tundra and Two Pages of Handwritten Notes | | 4/25/2012 | |
| 68 | Notebook Coordinates Map | | 5/1/2012 | |
| 75 | Photograph of Henry Rosenau (September 21, 2005) | | 4/26/2012 | |
| 76 | Photograph Blackberry | | 5/1/2012 | |
| 77 | Photograph of GPS | | 5/1/2012 | |

| NO. | DATE AND DESCRIPTION | REFERENCE | ADMITTED | COMMENTS |
|---|---|---|---|---|
| 78 | Download of GPS | | 4/30/2012 | |
| 79 | Photograph of Satellite Phone | | 5/1/2012 | |
| 80 | Photograph of Night Vision Goggles | | 5/1/2012 | |
| 81 | Photograph of Firearm and Ammunition | | 5/1/2012 | |
| 82 | Photograph of Holster and Extra Ammunition | | 5/1/2012 | |
| 83 | GPS Map | | 5/1/2012 | |
| 84 | Photograph of Helicopter C-FRKM (September 21, 2005) | | 5/1/2012 | Previously admitted on 4/24/2012 as Ilustrative |
| 85 | Photograph of Helicopter C-FRKM (September 21, 2005) | | 5/1/2012 | |
| 86 | Photographs of Helicopter CFALQ With Rack (November 12 | | 4/26/2012 and 4/30/2012 | Previously admitted on 4/24/2012 as Illustrative. 86.03-86.08 admitted on 4/26/2012. 86.01, 86.02 admitted on 4/30/2012. |
| 87 | Afternoon Surveillance Photographs of Henry Rosenau's House (September 21) | | 4/26/2012 and 5/1/2012 | Page 1,2 admitted on 4/26/2012. Remaining pages admitted on 5/1/2012. |

| NO. | DATE AND DESCRIPTION | REFERENCE | ADMITTED | COMMENTS |
|---|---|---|---|---|
| 88 | Surveillance Photographs of Henry Rosenau's House (September 22) | | 4/26/2012 | |
| 89 | Transport Canada Business Records | | 4/30/2012 | In redacted form |
| 90 | Comprehensive GPS Map | | 5/1/2012 | |
| 91 | GPS Map with Labels | | 5/2/2012 | |
| 92 | GPS Map with Labels | | 5/2/2012 | |
| 93 | GPS Map of Coordinates in Common | | 5/2/2012 | |
| 94 | Summary Timeline | | 5/1/2012 | Illustrative in redacted form |
| 96 | Whelpley Plea Agreement | | 4/26/2012 | |
| 103 | Haugen TECS Records | | 5/2/2012 | |
| 105 | Aeronautical Chart | | 4/25/2012 | |