UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENRY ROSENAU ) <br> ) <br> Defendant. ) <br> ) | NO. CR06-157MJP <br><br> ORDER |

It is the ORDER of the Court that the jury in this case be committed to the custody of a duly sworn bailiff or bailiffs; and

It is FURTHER ORDERED that the Clerk, U.S. District Court, pay for the meals of said jurors at the expense of the United States Courts.

DATED this 3rd day of May, 2012.

Marsha J. Pechman
United States District Judge

ORDER