Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>HENRY C. ROSENAU<br><br>                Defendant. | NO. CR06-157MJP<br><br>MOTION FOR RELEASE OF DEFENDANT PENDING TRIAL<br><br>Note On Motion Calendar: 6/1/2012 |

The DEFENDANT, by and through his counsel of record, Craig A. Platt, hereby files this Motion for Release of Defendant Pending Trial pursuant to 18 U.S.C. §3142 and respectfully requests that this Court issue an order releasing Mr. Rosenau pending his second trial.

18 U.S.C. 3142(g) provides several factors that the Court must take into consideration when determining whether to release the accused. Such factors include the weight of the evidence against the person; the history and characteristics of the person including the person's character, physical and mental condition, family ties, financial resources, criminal history, and record concerning appearance at court proceedings, and other factors. 18 U.S.C. 3142(g).

**A. Weight of the Evidence Against Mr. Rosenau**

"Nothing in [18 U.S.C. §3142] shall be construed as modifying or limiting the presumption of innocence." 18 U.S.C. 3142(j). As the Court is well aware, Mr. Rosenau stood

MOTION FOR RELEASE/ ROSENAU- 1
CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323

trial for approximately two weeks. Despite the government's evidence, the jury was unable to reach a verdict. This reveals that a reasonable mind, when presented with all of the evidence, can come to the conclusion that the government cannot prove its case against Mr. Rosenau. The court should carefully consider this factor upon determining whether Mr. Rosenau should be released pending trial.

### B. Physical and Mental Condition

Mr. Rosenau suffers from diabetes and requires special care for this disease. Moreover, Mr. Rosenau has lost a substantial amount of weight during his detention and has aged significantly. Mr. Rosenau's physical and mental health will be further protected if Mr. Rosenau is released pending his second trial.

### C. Family Ties

Mr. Rosenau maintains a close relationship with his daughter Jaclyn Gagnon and his son-in-law Jonathan Gagnon. Mr. Rosenau also has grandchildren. Mr. Rosenau is also married to Judi Rosenau.

### D. Financial Resources

As a result of Mr. Rosenau's detention, his family has endured a substantial amount of physical, mental, and financial stress. Moreover, Mr. Rosenau's daughter and son-in-law, Jonathon Gagnon, have had to handle a substantial amount of Mr. Rosenau's financial and personal responsibilities. This is in part due to the fact that Mr. Rosenau's wife, Judi, suffers from arthritis and is oftentimes ill.

Since Mr. Rosenau's detention, the Gagnons have been required to cover most of the costs of Mr. Rosenau's land taxes and property insurance. Judi Rosenau cannot afford to cover these expenses without Mr. Rosenau. Mr. Rosenau's property in Quesnel, British Columbia is also in jeopardy of being repossessed by a bank this summer. If this occurs, Mr. Rosenau's son-in-law will be required to take a substantial amount of time off of work in order to remove the Rosenaus' belongings from the property. This will result in the Gagnon's losing approximately four-hundred dollars a day and additional costs associated with hiring a moving company, renting moving trucks, and other machinery necessary for the removal of the Rosenaus' belongings. These expenses and costs will result in further financial hardship on Judi Rosenau as well as the Gagnons.

MOTION FOR RELEASE/ ROSENAU- 2
CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323

Additionally, Mr. Rosenau currently has a variety of bills and loans that must be paid. Judi Rosenau may be forced into bankruptcy if she is required to make payments on such bills and loans as it is not possible for the Gagnons to cover such expenses.

The expenses and financial hardships endured by the Gagnons and Judi Rosenau as a result of Mr. Rosenau's detention has had a substantial impact on Judi Rosenau and the Gagnon's financial well-being, marriage, family life, and work. Overall, the release of Mr. Rosenau pending his second trial will serve to alleviate his family from such financial and social hardship.

**E.  Criminal History**

Mr. Rosenau has never been convicted of a crime.

**F.  Record Concerning Appearance at Court Proceedings**

Mr. Rosenau has faithfully appeared at all court proceedings since 2005. Mr. Rosenau travelled from Canada to be at all court proceedings in this matter and will remain fully compliant.

For the reasons stated above, the Defense respectfully requests that Mr. Rosenau be released pending his second trial.

DATED this 21st day of May, 2012.

                                                  Respectfully submitted,
                                                  PLATT & BUESCHER

                                                  *s/Craig Platt*
                                                  Craig Platt
                                                  Attorney for Defendant
                                                  WSBA #12396
                                                  P.O. Box 727
                                                  Coupeville, Washington 98239-0727
                                                  Telephone: (360) 678-6777
                                                  Fax: (360) 678-0323
                                                  Email: craig@plattbuescher.com

MOTION FOR RELEASE/ ROSENAU- 3
CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323

# CERTIFICATE OF SERVICE

I hereby certify that on 5/21/2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the Government.

*s/Jill Ogren*_____
Jill Ogren
Legal Assistant
Platt & Buescher
P.O. Box 727
Coupeville, Washington 98239-0727
Telephone: (360) 678-6777
Fax: (360) 678-0323
Email: craig@plattbuescher.com

MOTION FOR RELEASE/ ROSENAU- 4
CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323