# ATTACHMENT 2

1            UNITED STATES DISTRICT COURT

2           WESTERN DISTRICT OF WASHINGTON

3   THE UNITED STATES OF AMERICA, )
                                  ) No. CR 06-157 MJP
4        Plaintiff,               )
                                  )
5            vs.                  )
                                  )
6   HENRY ROSENEAU,               )
                                  )
7        Defendant.               )
                                  )
8   _____)

9

10

11

12       VERBATIM TRANSCRIPT OF PROCEEDINGS

13                     OF

14   RECORDED TELEPHONE CONVERSATIONS FROM FDC SEA-TAC

15     4/22/2012, 4/26/2012, 4/28/2012 & 5/2/2012

16

17      Transcribed from electronic sound recording

18     Transcript produced by transcription service

19

20   Transcribed at the Request of the US Attorney's Office

21          Requested by Katie McElroy

22

23          Transcribed by Brian Killgore

24

25

1

**ACE Transcripts, Inc. (206) 467-6188**

1    (Proceedings of 4/22/2012)

2    (Start of telephone call #1 @ 8:39 to Paddy Roberts)

3    (Sound of telephone ringing)

4    UNIDENTIFIED WOMAN:  Hello?

5    DEFENDANT ROSENAU:  Oh, hi, is Paddy in?

6    UNIDENTIFIED WOMAN:  Can you hold on for a second?

7    Can I ask who is calling?

8    DEFENDANT ROSENAU:  Henry.

9    UNIDENTIFIED WOMAN:  Henry?

10    DEFENDANT ROSENAU:  Henry.

11    UNIDENTIFIED WOMAN:  Okay, hang on.

12    (Brief pause in proceedings)

13    DEFENDANT ROSENAU:  Hello?

14    MR. ROBERTS:  Oh, hello.

15    DEFENDANT ROSENAU:  How is she going?

16    MR. ROBERTS:  Oh, good.

17    Hey, they have recorded every single conversation --

18    DEFENDANT ROSENAU:  Yeah, so?

19    MR. ROBERTS:  Anyways, I don't know -- I got a

20    message but nobody really said what anything was about.  It

21    just said that you might be able to help me with something.

22    DEFENDANT ROSENAU:  Yeah, I have to file a

23    document in court tomorrow.

24    MR. ROBERTS:  Well, anything legal is totally

25    legal.

2

*ACE Transcripts, Inc. (206) 467-6188*

1          DEFENDANT ROSENAU:  It is perfectly legal, yeah.

2          MR. ROBERTS:  Because this has come up in court

3   here about this ironclad thing that has been done against

4   what's his face?  It is totally legal, and it has come up in

5   court several times.

6          DEFENDANT ROSENAU:  It is perfectly legal.

7          MR. ROBERTS:  Okay.

8      And I guess you know there is a video (phonetic) next

9   Thursday?

10          DEFENDANT ROSENAU:  Yes.  Yeah.

11          MR. ROBERTS:  You know about that?  Okay.

12          DEFENDANT ROSENAU:  Well, I am going to stay away

13   from that, so --

14          MR. ROBERTS:  Okay.  Yeah, I just need to be able

15   to attach your signature to this thing.

16          MR. ROBERTS:  Well you have signing authority.

17          DEFENDANT ROSENAU:  Hey?

18          MR. ROBERTS:  You have signing authority and if it

19   is totally legal, yeah.

20          DEFENDANT ROSENAU:  Yeah, it is, yeah, perfectly

21   legal.

22          MR. ROBERTS:  Okay.

23      Yeah.

24          DEFENDANT ROSENAU:  And I talked to Gary about it,

25   as well.

3

**ACE Transcripts, Inc. (206) 467-6188**

1    MR. ROBERTS:  Okay.

2    DEFENDANT ROSENAU:  Yeah.

3    MR. ROBERTS:  Yeah, I would like to have called

4  you more, but I just can't, and -- because I -- but anyways,

5  I am here now.

6    DEFENDANT ROSENAU:  I would think this will make

7  quite a difference.

8    MR. ROBERTS:  Oh, okay.  Well I am -- yeah.  Well,

9  that's good, because boy, they are just going -- they are

10  just doing everything in their power here.

11    DEFENDANT ROSENAU:  Is anything going good?

12    MR. ROBERTS:  I don't know.  I guess so.

13    DEFENDANT ROSENAU:  Yeah.

14    MR. ROBERTS:  They still didn't have Karcher

15  (phonetic) -- they still didn't have the go-ahead on him

16  yet, but I don't know, that was Friday --

17    DEFENDANT ROSENAU:  Well, they are not going to,

18  because this paper is going to involve him.

19    MR. ROBERTS:  Oh.

20    DEFENDANT ROSENAU:  Yeah.

21    In this other guy can't legally appear at this hearing,

22  because the hearing is in the United States.  The courtroom

23  is temporarily deemed to be in the United States, even

24  though it is in Canada.

25    MR. ROBERTS:  I know, that was brought up here,

4

**ACE Transcripts, Inc. (206) 467-6188**

1    but the judge just kind of ignored it.

2           DEFENDANT ROSENAU:  Yeah.

3           MR. ROBERTS:  But anyways -- yeah.

4           DEFENDANT ROSENAU:  Yeah, okay.  No, I didn't want

5    to -- I know I had authority in the other case with Welpley,

6    but this is a different thing.

7           MR. ROBERTS:  Okay, well that's good.

8           DEFENDANT ROSENAU:  So I am not signing on your

9    behalf.  I have got that scanned signature.  I am going to

10   put it on.

11          MR. ROBERTS:  Oh.  Okay.

12          DEFENDANT ROSENAU:  Okay?

13          MR. ROBERTS:  Yeah.

14          DEFENDANT ROSENAU:  Well you sound good, anyways.

15          MR. ROBERTS:  Jury selection here come Monday.

16          DEFENDANT ROSENAU:  Yeah.

17     Okay, well, I think that will work out fine, so.

18          MR. ROBERTS:  I don't know if they have got

19   anything or not.  I think they are -- I think --

20          DEFENDANT ROSENAU:  Well, you know, you have to

21   remember that Welpley isn't going there voluntarily.

22          MR. ROBERTS:  Well I think they must be dragging

23   him down there.

24          DEFENDANT ROSENAU:  Well, it is.  They have got an

25   order that he has to go.

                                                                        5

1        MR. ROBERTS:  But we have a court order --

2   anyways, yeah, okay.

3        DEFENDANT ROSENAU:  Yeah.  Yep.

4     Well if Craig is wise --

5        MR. ROBERTS:  Oh, yeah, he --

6        DEFENDANT ROSENAU:  -- he will bring it up in

7   front of the Court, that the courtroom is being used for a

8   purpose that is forbidden by that very court.

9        MR. ROBERTS:  Yeah.  Yeah.  No, he knows all about

10  that.

11       DEFENDANT ROSENAU:  All right.

12    Okay, sounds good.  I wish I could go down there, but

13  it is best if I don't.

14       MR. ROBERTS:  Oh, I wouldn't come near the place.

15       DEFENDANT ROSENAU:  Yeah, no, I am not, no.

16       MR. ROBERTS:  (Laughter).

17       DEFENDANT ROSENAU:  Okay, well, you sound great.

18       MR. ROBERTS:  Well, they would have put me away

19  for life here, and that is not a very nice feeling.

20       DEFENDANT ROSENAU:  Yeah.

21       MR. ROBERTS:  They haven't offered me anything

22  that is decent at all.

23       DEFENDANT ROSENAU:  Oh, yeah.  No, don't worry.

24  This thing here is going to make a difference in the long

25  run, so --

6

**ACE Transcripts, Inc. (206) 467-6188**

1          MR. ROBERTS:  Okay.

2          DEFENDANT ROSENAU:  -- and in the short run, too.

3          MR. ROBERTS:  Okay.

4          DEFENDANT ROSENAU:  Because your woman there, that

5    fucking lying --

6          MR. ROBERTS:  My what?

7          DEFENDANT ROSENAU:  That woman will -- that woman

8    will -- she will be served with it on Wednesday or Thursday

9    when Judy gets down.

10          MR. ROBERTS:  Oh.  Oh, okay, well as long as -- as

11    long as you have got -- because I haven't heard nothing

12    about it.

13          DEFENDANT ROSENAU:  Yeah.

14          MR. ROBERTS:  As long as -- yeah.

15          DEFENDANT ROSENAU:  Yep.

16     Okay.

17          MR. ROBERTS:  Yeah.  Well she will be here

18    Thursday.

19          DEFENDANT ROSENAU:  Yes, she will, yeah.

20          MR. ROBERTS:  But Craig won't be here.

21          DEFENDANT ROSENAU:  No, I know.  That's fine.

22          MR. ROBERTS:  Yeah.

23          DEFENDANT ROSENAU:  Well, neither will she,

24    because your woman is going to be up here.

25          MR. ROBERTS:  Oh.

                                                         7

1            DEFENDANT ROSENAU:  Yeah, they are at the hearing

2    up here, eh?

3            MR. ROBERTS:  Who is?

4            DEFENDANT ROSENAU:  Both lawyers.

5            MR. ROBERTS:  Oh, in Canada?

6            DEFENDANT ROSENAU:  Yeah.

7            MR. ROBERTS:  Oh, yeah.

8            DEFENDANT ROSENAU:  Yep.

9            MR. ROBERTS:  Well, as long as you get -- as long

10    as you know -- as long as you get cooperation there, yeah.

11            DEFENDANT ROSENAU:  Yeah.

12            MR. ROBERTS:  Okay.

13       Okay, well I have already --

14            DEFENDANT ROSENAU:  And Karcher will be served on

15    Tuesday.

16            MR. ROBERTS:  Okay.

17            DEFENDANT ROSENAU:  Okay.

18            MR. ROBERTS:  Okay, well nice talking to you, man.

19            DEFENDANT ROSENAU:  Nice talking to you, Paddy.

20            MR. ROBERTS:  And I sure hope to see you again

21    someday.

22            DEFENDANT ROSENAU:  You will, yeah.  Okay.

23            MR. ROBERTS:  Say hi to your Mrs. I did say hi,

24    but she didn't know who it was.

25            DEFENDANT ROSENAU:  Yeah.

8

1          MR. ROBERTS:  Nice talking to you.

2          DEFENDANT ROSENAU:  Okay.  Bye.

3          MR. ROBERTS:  Bye.

4          (End of telephone call #1)

5    (Start of telephone call #2 @ 12:27 placed to Jaclyn Gagnon)

6          (Sound of telephone ringing)

7          MS. GAGNON:  Hello?

8          DEFENDANT ROSENAU:  Oh, hi -- hi, hi, hi.

9          MS. GAGNON:  Oh, hi.

10         DEFENDANT ROSENAU:  Yeah.

11    What's he want to do?  You don't have to --

12         MS. GAGNON:  Oh, I shouldn't say it over here.  I

13  thought you talked to him last night?

14         DEFENDANT ROSENAU:  Well, I did, but you know, it

15  is all -- if it is legal, it's no -- I guess they pretty

16  much what to charge him with something, or do something?  Is

17  that what he wants to do?

18         MS. GAGNON:  Not him.

19         DEFENDANT ROSENAU:  No, I know, it is somebody

20  else, yeah.

21         MS. GAGNON:  Somebody else.

22         DEFENDANT ROSENAU:  Yeah.

23         MS. GAGNON:  Sue.

24         DEFENDANT ROSENAU:  Yeah?

25         MS. GAGNON:  Wants to sue.

9

1        DEFENDANT ROSENAU:  Yeah.  Well, what is wrong

2  with that?

3        MS. GAGNON:  It's a really bad time.  It will stop

4  your trial.

5        DEFENDANT ROSENAU:  No, it won't.

6        MS. GAGNON:  It sure will.

7        DEFENDANT ROSENAU:  No, it won't.  No, it won't.

8  It has got nothing to do with it.

9        MS. GAGNON:  It does.

10       DEFENDANT ROSENAU:  It won't -- No, I don't even

11  know if he has got permission to come down here, anyway.

12       MS. GAGNON:  That has nothing to do with him, what

13  Paddy is trying to do.  Paddy is -- that is not what he is

14  trying to do.  He is not trying to sue him.

15       DEFENDANT ROSENAU:  Oh, well the whole outfit?

16  What is wrong with that?

17       MS. GAGNON:  Because then --

18       DEFENDANT ROSENAU:  No, it doesn't make any

19  difference.

20       MS. GAGNON:  Then you will need then --

21       DEFENDANT ROSENAU:  No, it doesn't.  It won't make

22  no difference.

23       MS. GAGNON:  Anyway, Gary Bodding (phonetic) did

24  not give the okay to do all of that.

25       DEFENDANT ROSENAU:  Oh, did you talk to him?

                10

1          MS. GAGNON:  No, but when Paddy first phoned me,

2     he said that "Gary doesn't want me to go after everyone, but

3     I think we should."  That is exactly what Paddy told me.

4     And then --

5          DEFENDANT ROSENAU:  Why shouldn't we sue them,

6     they did me wrong?

7          MS. GAGNON:  I know they did, but now is not the

8     time, because your trial will stall.

9          DEFENDANT ROSENAU:  You know what?

10          MS. GAGNON:  What?

11          DEFENDANT ROSENAU:  If they win, I will be gone

12     for 20 years.

13          MS. GAGNON:  Yeah, I know, but don't you think I

14     should talk to Craig about this?  Or you should talk to

15     Craig about --

16          DEFENDANT ROSENAU:  He can't get involved with

17     anything in Canada.  Because --

18          MS. GAGNON:  No?

19          DEFENDANT ROSENAU:  No, he can't, because he is

20     not allowed to.

21          MS. GAGNON:  Well I wish Gary was available, but

22     apparently he is in the Canary Islands or something --

23     because Gary didn't think what Paddy was -- yeah.

24          DEFENDANT ROSENAU:  Everything Paddy has done so

25     far has worked.

                                                              11

1      MS. GAGNON:  Well, I don't know about that.

2      DEFENDANT ROSENAU:  Yeah.

3      MS. GAGNON:  You got locked up in there a week

4  early because of what Paddy did.

5      DEFENDANT ROSENAU:  Well, yeah --

6      MS. GAGNON:  And it didn't help any.  All it did

7  was alert everybody to other things.

8      So I don't know.  I don't think that now is the right

9  time, but --

10      DEFENDANT ROSENAU:  Well, if I lose this, you will

11  never see me again.

12      MS. GAGNON:  Yes, but I don't think -- it will

13  stall your trial.

14      DEFENDANT ROSENAU:  No, it won't.  It won't stall

15  my trial.  It will not.

16      MS. GAGNON:  Hmmm.  I don't know.  Paddy -- you

17  know, I asked Paddy if he thought that, you know, it

18  would -- they wouldn't be able to proceed on Monday if he

19  did this, and he said he wasn't sure.  He didn't think so,

20  but he wasn't sure.

21      DEFENDANT ROSENAU:  No, they probably won't.  They

22  will have to let me go.

23      MS. GAGNON:  They won't let you go.

24      DEFENDANT ROSENAU:  They have to let me go if they

25  can't proceed.

**ACE Transcripts, Inc. (206) 467-6188**

1      MS. GAGNON:  No, they will just get somebody else

2   to.

3      DEFENDANT ROSENAU:  Well, there is nobody else.

4      MS. GAGNON:  No, I don't mean to testify -- no,

5   no, no, I am not -- no.  No, I know there is nobody else to

6   do that.  I realize that.

7      If you really think that that is -- did you give him

8   the okay or?

9      DEFENDANT ROSENAU:  Well, yeah, but I think --

10   don't you got to do the filing --

11      ELECTRONIC VOICE:  This call is from a federal

12   prison.

13      DEFENDANT ROSENAU:  Don't you have to file it on

14   the way down for him?

15      MS. GAGNON:  I don't know.  All he wanted me to do

16   was give him the 200 bucks so he could file it.  I thought

17   that's what --

18      DEFENDANT ROSENAU:  Oh, yeah.

19      MS. GAGNON:  I --

20      DEFENDANT ROSENAU:  No, he probably wants you guys

21   to file it on the way down.

22      MS. GAGNON:  Yeah.  No, I hadn't -- I hadn't

23   gotten a yes or a no from you, so I just told Paddy that you

24   didn't mention it, which you hadn't at that point, so -- so

25   if you gave him -- if you told --

                                                           13

1        DEFENDANT ROSENAU:  Well, in court the other day

2  they were talking about legal stuff, and I have every right

3  to do anything legal, like that's not a -- that is not a

4  problem.  They were talking about legal stuff, and it is not

5  a problem for me to do anything that I can do legally.  It

6  is not a problem.

7        MS. GAGNON:  I know, but the reason they are so

8  pissed off at you is because you fought --

9        DEFENDANT ROSENAU:  Who is pissed off?

10       MS. GAGNON:  Well, the -- no, no, no, the

11  prosecution.

12    The reason everybody thinks you are so guilty is

13  because you fought the extradition, which you were totally

14  within your rights to do, but they still view that as, "Oh,

15  gee, he must be guilty if he fought this.  That is just how

16  they are looking at it.

17       DEFENDANT ROSENAU:  You have no idea what they

18  think down here.

19       MS. GAGNON:  Well --

20       DEFENDANT ROSENAU:  Their whole thing is just a

21  big game to them.

22       MS. GAGNON:  No, I know.

23       DEFENDANT ROSENAU:  It is just a big game to them.

24  It has got nothing to do with that.

25       MS. GAGNON:  Yeah.

1    DEFENDANT ROSENAU:  If they don't have the tools

2  to work with, they can't proceed.  It is that simple.

3    MS. GAGNON:  No, I know.

4    So what --

5    DEFENDANT ROSENAU:  So you take the tools away

6  that they have to work with.

7    MS. GAGNON:  Okay, well if you think that is what

8  we should do, but what do we have to do?  Where do we have

9  to file it?  What do you mean, like?

10    DEFENDANT ROSENAU:  Well, he will tell you.

11    MS. GAGNON:  Oh, okay.

12    DEFENDANT ROSENAU:  You have to do it on your way

13  down.

14    MS. GAGNON:  Okay.

15    Okay, well, we will do that, then, if that is what you

16  figure.

17    DEFENDANT ROSENAU:  Well, yeah, because look what

18  they have done to me?

19    MS. GAGNON:  No, I know.  They shouldn't have been

20  able to go this far, but --

21    DEFENDANT ROSENAU:  Well they did it.  I mean they

22  did it up there.  It has all been done up there.

23    MS. GAGNON:  Hmmm.

24    DEFENDANT ROSENAU:  Yes.  That is why I am here is

25  because some shit that was done there.

15

1          MS. GAGNON:  No, I know.

2          DEFENDANT ROSENAU:  And that's where the problem

3     is.

4          MS. GAGNON:  But he is not just going after --

5          DEFENDANT ROSENAU:  I know.  It doesn't matter.

6     You can go after the whole damned bunch of them.

7          MS. GAGNON:  Yeah.

8          DEFENDANT ROSENAU:  And don't worry about making

9     anybody upset, because they don't care about stuff like

10    that.  All they want to do is fill their jails down here.

11         MS. GAGNON:  Yeah.  No, I agree with that.

12         DEFENDANT ROSENAU:  Oh, no, you wouldn't believe

13    it.

14         MS. GAGNON:  Yeah, I do not -- not half the people

15    that you are stuck in there with have done anything wrong.

16         DEFENDANT ROSENAU:  I have no idea about that.

17         MS. GAGNON:  No, but my personal opinion.

18         DEFENDANT ROSENAU:  No, I am in a battle here, and

19    we have got to fight it, and hardly anybody wins, and I

20    would like to win.

21         MS. GAGNON:  Yeah.

22         DEFENDANT ROSENAU:  Yeah.  And I would do it --

23    what he wants -- and when you get there and they say, "Oh,

24    well, you can't file it because the paperwork isn't right,"

25    you just tell them to file it.  Get his cell number so you

16

1  can phone him, because you make sure -- because -- yeah,

2  yeah.

3           MS. GAGNON:  Okay.

4           DEFENDANT ROSENAU:  That other stuff he did was

5  100 percent.

6           MS. GAGNON:  Okay.  I just didn't like that he had

7  said that Gary didn't want him to do everything all at once.

8           DEFENDANT ROSENAU:  Well --

9           MS. GAGNON:  But he did it anyway.

10          DEFENDANT ROSENAU:  Yeah.  Well, that's fine.

11          MS. GAGNON:  Okay.  All righty.

12          DEFENDANT ROSENAU:  I won't be able to talk to you

13  much.  I don't have many minutes left.  I have used them all

14  up trying to phone Paddy and --

15          MS. GAGNON:  Okay, well I will do what you want.

16          DEFENDANT ROSENAU:  Yeah.

17          MS. GAGNON:  And boy do I hope it is the right

18  thing.

19          DEFENDANT ROSENAU:  Well, I don't mind if you

20  phone whoever you mentioned and talk to him about it, but

21  you have got to realize, you can't get involved, but you go

22  ahead and phone if you want.  You know, you can talk about

23  whatever.  Okay?

24          MS. GAGNON:  Okay, well I know he is really busy.

25  He said he was --

                                                          17

1    DEFENDANT ROSENAU:  Well, I know, but it is

2  important.  Okay?

3    MS. GAGNON:  Yeah, okay.  Well, I will just phone

4  Paddy and talk to him, I guess.

5    DEFENDANT ROSENAU:  Okay.

6  Love you very much.

7    MS. GAGNON:  Love you, too.

8  All right, don't worry too much, then.

9    DEFENDANT ROSENAU:  Well, I know.

10    MS. GAGNON:  I know.  Okay, love you.

11    (End of telephone call #2)

12    (Start of telephone call #3 to Paddy Roberts @ 19:46)

13    (Sound of telephone ringing)

14    UNIDENTIFIED WOMAN:  Hello?

15    DEFENDANT ROSENAU:  Oh, hi, is Paddy in?

16    UNIDENTIFIED WOMAN:  Hello?

17    DEFENDANT ROSENAU:  Hi.  Hi, is Paddy in?

18    UNIDENTIFIED WOMAN:  Yes, just a second, I will

19  get him for you.

20    DEFENDANT ROSENAU:  Thank you.

21    UNIDENTIFIED WOMAN:  Hang on.  I just have to say

22  goodbye to someone on the other line.

23    DEFENDANT ROSENAU:  Oh, I have only got five and I

24  am done, okay?

25    UNIDENTIFIED WOMAN:  Okay, hang on.

18

**ACE Transcripts, Inc. (206) 467-6188**

1          (Brief pause)

2          UNIDENTIFIED WOMAN:  I will get him for you.

3          MR. ROBERTS:  Hello?

4          DEFENDANT ROSENAU:  Oh, hi.

5          MR. ROBERTS:  Hi.

6          DEFENDANT ROSENAU:  I have only got about four

7  minutes and I am out of time for the month.

8          MR. ROBERTS:  Okay.

9          DEFENDANT ROSENAU:  But anyways, this is --

10  whatever is going on is going to be good, is it?  I don't

11  know.

12          MR. ROBERTS:  Well, the main thing is we don't

13  want to do any harm, so --

14          DEFENDANT ROSENAU:  Yeah.  We don't think so.

15  Gary doesn't think that it will.

16          DEFENDANT ROSENAU:  Okay.

17          MR. ROBERTS:  Basically -- well, I won't tell you

18  what it is, because they are listening, so --

19          DEFENDANT ROSENAU:  Yeah.

20          MR. ROBERTS:  But you can imagine what it is, so.

21          DEFENDANT ROSENAU:  Oh, yeah, okay.

22          MR. ROBERTS:  Yeah.

23          DEFENDANT ROSENAU:  Yeah.

24     Well, yeah, because gee, they haven't been playing fair

25  at all of up there, have they?

                    19

1        MR. ROBERTS:  Well, we don't know -- see, the

2  trouble with Craig and all of this trouble and this

3  animosity and everything is nobody knows what is going on.

4        DEFENDANT ROSENAU:  Yeah, you can't talk about

5  Craig, either, because he is not allowed to have any -- any

6  influence in what goes on in Canada, either, you know?

7        MR. ROBERTS:  Well, yeah, he doesn't, though.

8        DEFENDANT ROSENAU:  No, I know.  Yeah.

9        MR. ROBERTS:  Yeah.

10       DEFENDANT ROSENAU:  So what are they going -- like

11  I don't know how they even get away with this video.  It is

12  unconstitutional, but they are --

13       MR. ROBERTS:  Get away with what?

14       DEFENDANT ROSENAU:  Video in Canada is

15  unconstitutional down here.

16       MR. ROBERTS:  Is it?

17       DEFENDANT ROSENAU:  Oh, yeah, it is against the

18  law.  It has got Supreme Court written all over it.

19       MR. ROBERTS:  Really?

20       DEFENDANT ROSENAU:  Yeah.

21       MR. ROBERTS:  Wow.

22       DEFENDANT ROSENAU:  Yeah, it does.

23       MR. ROBERTS:  Wow.

24    What do you hear about Karcher?

25       DEFENDANT ROSENAU:  The last thing I heard on

**ACE Transcripts, Inc. (206) 467-6188**

1    Friday there at five o'clock, we were supposed to -- she was

2    supposed to know whether he was coming, and she said it was

3    in some kind of a sealed deal, and she didn't know if he was

4    coming or not, because Craig asked if he would come and --

5         MR. ROBERTS:  Um-hum.

6    What else was Friday about?

7         DEFENDANT ROSENAU:  Well, getting ready for jury,

8    and everything, and they said they don't really have any

9    evidence, just pictures of evidence, so far.  So --

10        MR. ROBERTS:  They don't have any evidence, just

11   pictures?

12        DEFENDANT ROSENAU:  Yeah.

13        MR. ROBERTS:  Really?

14        DEFENDANT ROSENAU:  Just pictures, yeah.  Well, I

15   mean like, you know, of all that shit they took out of the

16   helicopter, you know?

17        MR. ROBERTS:  You see, what -- these documents we

18   are filing, I am going to send them down with Judy and

19   Jackie.

20        DEFENDANT ROSENAU:  Yeah, but they're not going to

21   [UNINTELLIGIBLE].

22        MR. ROBERTS:  No, they are going to Seattle.

23        DEFENDANT ROSENAU:  Yeah.

24        MR. ROBERTS:  So even though I am going to serve

25   the RCMP guy, Karcher --

                                                              21

1          DEFENDANT ROSENAU:  Yeah?

2          MR. ROBERTS:  -- on Tuesday, I am not going to

3  serve Susan Roe.

4          DEFENDANT ROSENAU:  Okay.

5          MR. ROBERTS:  Until maybe Craig has a look at it.

6          DEFENDANT ROSENAU:  Okay.

7          MR. ROBERTS:  The difficulty with that is if Craig

8  is playing for the other side, then he is going to say, "Oh,

9  no, no, no, don't serve that, don't serve that.

10          ELECTRONIC VOICE:  This call is from a federal

11  prison.

12          DEFENDANT ROSENAU:  Yeah, if I get cut off, it is

13  because I can't help it.

14          MR. ROBERTS:  Yeah.

15          DEFENDANT ROSENAU:  Okay.

16     I think I might play it that way, because she will

17  know -- on the other hand, I might have her served in

18  Kelowna.

19          DEFENDANT ROSENAU:  Yeah.  Well, she is going to

20  know now anyway.

21          MR. ROBERTS:  Well, it is nothing -- I mean there

22  is nothing wrong with it.

23          DEFENDANT ROSENAU:  Yeah.

24          MR. ROBERTS:  What did they say about the order

25  against Welpley?  Did the judge rule that was a legal order?

        22

1        DEFENDANT ROSENAU:  Oh, it is totally legal.

2        MR. ROBERTS:  Yeah.

3        DEFENDANT ROSENAU:  The only thing is it said --

4  it never said that he wasn't allowed to testify in Canada,

5  so that is why they let him do it there.  But if it would

6  have said he wasn't allowed to testify in Canada, they

7  wouldn't even be doing that.

8        MR. ROBERTS:  No, but the law is that he is

9  testifying in the United States.

10       DEFENDANT ROSENAU:  No, he is not allowed to, no.

11  They know that is illegal.  He can't come here.

12       MR. ROBERTS:  Yeah, but the thing is, the act --

13  the act which puts that into place says that --

14       DEFENDANT ROSENAU:  Oh, yeah, yeah, yeah.  Oh,

15  yeah, well that's because he is going into an American

16  courtroom.  Yeah, he's --

17       MR. ROBERTS:  Even though he is in Canada, he is

18  in an American courtroom.

19       DEFENDANT ROSENAU:  No, he can't do that, either.

20    They talked about that, but the judge kind of just

21  didn't say much.

22    That was -- all that was brought up.

23       MR. ROBERTS:  Yeah.

24    (Beep sound)

25       DEFENDANT ROSENAU:  Oh, they are going to cut me

23

**ACE Transcripts, Inc. (206) 467-6188**

1    off.

2              MR. ROBERTS:  Okay.

3              DEFENDANT ROSENAU:  Anyways, but -- yeah.

4              MR. ROBERTS:  Okay.  I think it is going to work

5    out fine.

6              DEFENDANT ROSENAU:  Okay.

7              MR. ROBERTS:  All right, Henry.

8              DEFENDANT ROSENAU:  Okay.

9              MR. ROBERTS:  All the best, bud.  Bye.

10             (End of telephone call #3)

11             (End of calls for 4/22/2012 )

12

13

14

15

16

17

18

19

20

21

22

23

24

25

24

1           (Telephone call placed on 4/26/2012)

2           (Call placed to Paddy Roberts @ 17:46)

3           (Sound of telephone ringing)

4           MR. ROBERTS:  Hello?

5           DEFENDANT ROSENAU:  Oh, hi, how are you?  Hi?

6           MR. ROBERTS:  Hi.

7           DEFENDANT ROSENAU:  El Ratto testified, did he?

8           MR. ROBERTS:  I heard that.

9           DEFENDANT ROSENAU:  I am thinking -- I guess -- I

10 guess now that he has testified, we can -- we can go ahead

11 with the lawsuit, then?

12          MR. ROBERTS:  Yeah.  Oh, yes -- yeah.

13          DEFENDANT ROSENAU:  So --

14          MR. ROBERTS:  The other thing is, from what I

15 understood, he never identified you in the courtroom.

16          DEFENDANT ROSENAU:  Well yeah, no, he didn't.

17          MR. ROBERTS:  Well that is the end of the case.

18          DEFENDANT ROSENAU:  Well, he said he recognized my

19 voice.

20          MR. ROBERTS:  Your voice?  When did you talk?

21          DEFENDANT ROSENAU:  Oh, I guess I coughed or

22 something, but anyway, he said, "I don't -- I don't

23 recognize him, but I recognize his voice."

24          MR. ROBERTS:  And what did Craig say about that?

25          DEFENDANT ROSENAU:  I don't know.

*ACE Transcripts, Inc. (206) 467-6188*

1       Anyways, this is all being recorded, anyway.

2          MR. ROBERTS:  Yeah, that's fine, but -- I mean he

3  has to say you are the person.

4          DEFENDANT ROSENAU:  Yeah, well he didn't.

5       Anyways, I don't know what -- I guess -- I will just --

6  I will just split this down the middle with you, whatever we

7  get -- off anybody.

8          MR. ROBERTS:  Oh, well, no, no, I can't take

9  anything out of that, because then I would be -- end up

10  practicing law illegally.

11         DEFENDANT ROSENAU:  Oh, I see.  Okay.

12         MR. ROBERTS:  Yeah.  No, no, that is not -- and

13  there was nothing said about Susan Roe's fault.

14      What were these documents that caused such a furor

15  yesterday?

16         DEFENDANT ROSENAU:  Well she got served -- she was

17  going to be -- she got what she was going to be served.  She

18  wasn't served, but she got --

19         MR. ROBERTS:  Yeah, no, I didn't serve her.  I

20  wasn't going to serve her until after the case was over.

21         DEFENDANT ROSENAU:  Yeah, well, she got -- she got

22  information ahead of time that she was going to be served.

23         MR. ROBERTS:  And what did she say, and did she

24  say something in court, or?

25         DEFENDANT ROSENAU:  Oh, yeah, she did.

                  26

1        MR. ROBERTS:  What did she say?

2        DEFENDANT ROSENAU:  She tried to blame it on my

3 lawyer, but my lawyer knows absolutely nothing about it.

4        MR. ROBERTS:  And what did he say?

5        DEFENDANT ROSENAU:  Well he said that he didn't

6 know nothing about it.

7        MR. ROBERTS:  Well, he didn't.

8        DEFENDANT ROSENAU:  No, I know.

9        MR. ROBERTS:  And what did the judge say?

10        DEFENDANT ROSENAU:  Well it caused quite a

11 commotion there for a while.  The judge asked me if I was

12 trying to stop the case, and I said, "No, no, I wasn't," and

13 she also asked what I was going to sue Ms. Roe, and I said,

14 "Well, yeah, I was planning to, but not for a couple of

15 days," and she asked me if I was trying to stop the court

16 case, and I said no, I wasn't.

17        MR. ROBERTS:  Well she has no right to ask you

18 that, the judge.

19        DEFENDANT ROSENAU:  Well she didn't ask me under

20 oath.

21    She was going to put me up under oath, and then Craig

22 put a stop to it.

23        MR. ROBERTS:  Was this in front of the jury, too?

24        DEFENDANT ROSENAU:  No.  No.  No.

25        MR. ROBERTS:  And did you see -- have you seen the

1    court case itself, the papers?

2              DEFENDANT ROSENAU:  I managed to kind of read

3    through them, but they rushed us so fast that it was hard,

4    but yeah, it looked very impressive, and -- yeah.

5              MR. ROBERTS:  Oh, so she's got [UNINTELLIGIBLE]?

6              DEFENDANT ROSENAU:  Oh, yeah, and then everything

7    he witnessed today, or not everything he has witnessed, but

8    everything he said today had absolutely -- you know, she's

9    probably worse off now than what she was.

10             MR. ROBERTS:  Well the -- if he didn't say -- you

11   know, you can talk about someone named Henry Rosenau and all

12   of that --

13             DEFENDANT ROSENAU:  No, he didn't say anything.

14             MR. ROBERTS:  -- but if he does not say "that

15   person sitting in the courtroom next to that man is the

16   person who brought me this marijuana," they can't convict

17   you.

18             DEFENDANT ROSENAU:  Oh, no, he never did say that.

19             MR. ROBERTS:  Really?  So he just talked about

20   some guy who he thought his name was -- but I don't

21   understand how he could know your voice?

22             DEFENDANT ROSENAU:  Well I guess the -- I don't

23   know.

24             MR. ROBERTS:  Did Craig say anything about the

25   voice identification?

                                                              28

**ACE Transcripts, Inc. (206) 467-6188**

1    DEFENDANT ROSENAU:  No.

2         It's not over yet, so I guess I probably shouldn't be

3    talking about it, I guess, too much.

4         MR. ROBERTS:  Oh, no, it is fine to talk about it.

5    No, they can't convict you if he didn't identify you.

6         DEFENDANT ROSENAU:  Well, he said he didn't

7    recognize me.

8         But anyways, it is against the Constitution down here,

9    the sixth amendment, to have video court, because you have a

10   right to face your accuser.

11        MR. ROBERTS:  Yes.

12        DEFENDANT ROSENAU:  And that was protested like,

13   oh, time and time --

14        MR. ROBERTS:  And what did this judge say about --

15   what did this judge say about that?

16        DEFENDANT ROSENAU:  Well, she just kind of ignored

17   it.  She just kind of went ahead with it, anyway.

18        MR. ROBERTS:  Yeah.

19        DEFENDANT ROSENAU:  But it is grounds for appeal,

20   but how long do I got to sit here?

21        MR. ROBERTS:  And Craig and Susan Roe were both

22   breaking the law in British Columbia, because they are not

23   allowed to practice law in British Columbia.

24        DEFENDANT ROSENAU:  Apparently there were locked

25   doors.  Nobody could get in.  I guess once they were in,

                                                          29

1    they couldn't even get out.

2              MR. ROBERTS:  Yeah.  Yeah.  Yeah, I know the

3    Kelowna newspaper was trying to get in and they have got a

4    copy of the lawsuit now.

5              DEFENDANT ROSENAU:  Yeah, well, I guess we should

6    be adding to it little more, I guess.

7              MR. ROBERTS:  Yeah.  Yeah.

8         Okay, so when is this all supposed to be over with?

9              DEFENDANT ROSENAU:  Well, I don't know, I have got

10   next week, Monday starting trial again, some more stuff.

11             MR. ROBERTS:  Yeah?  And is anybody testifying

12   from your side?

13             DEFENDANT ROSENAU:  No --

14             MR. ROBERTS:  No, you don't have to testify if he

15   didn't identify you.

16             DEFENDANT ROSENAU:  Oh, yeah, I don't know.

17             MR. ROBERTS:  Yeah.

18        Okay, how did Craig's -- how did the lawyer that was in

19   your courtroom think it went?

20             DEFENDANT ROSENAU:  Oh, I don't know.  I don't

21   know.

22             MR. ROBERTS:  They don't talk to you?

23             DEFENDANT ROSENAU:  Oh, yeah, yeah, but I don't

24   like to talk about it here on it anyway.

25             MR. ROBERTS:  Right, okay.

                                                           30

1    DEFENDANT ROSENAU:  Yeah.  Because this very

2    conversation we are having right now could come out in court

3    before the end of my court.

4    MR. ROBERTS:  Right, okay.

5    ELECTRONIC VOICE:  This call is from a federal

6    prison.

7    DEFENDANT ROSENAU:  They do this all the time

8    here.

9    MR. ROBERTS:  Okay.

10    Yes, some recording just came on, so --

11    Okay, give me a call on Monday night, then.

12    DEFENDANT ROSENAU:  They have recorded everything

13    I have said --

14    MR. ROBERTS:  Yeah.

15    DEFENDANT ROSENAU:  -- since -- every e-mail,

16    everything has been recorded.

17    MR. ROBERTS:  Okay.

18    DEFENDANT ROSENAU:  But anyways, no, I know they

19    are breaking the law.  It is --

20    MR. ROBERTS:  Craig never said anything about

21    Susan Roe's false paperwork in Canada?

22    DEFENDANT ROSENAU:  Well it is not over yet,

23    though.

24    MR. ROBERTS:  Yeah.

25    DEFENDANT ROSENAU:  It is not over with yet.

31

1          MR. ROBERTS:  Okay.

2          DEFENDANT ROSENAU:  You know, and --

3          MR. ROBERTS:  Call me on Monday night.

4          DEFENDANT ROSENAU:  Yeah.

5      And Judy and Jaclyn are here?

6          MR. ROBERTS:  Yeah, but no, I am talking to them

7  all the time.

8          DEFENDANT ROSENAU:  Oh, you got her cell number?

9          MR. ROBERTS:  I have been in complete contact with

10  them.

11          DEFENDANT ROSENAU:  Yeah, well they know where I

12  am.

13          MR. ROBERTS:  Yeah.

14          DEFENDANT ROSENAU:  I am at the spa.

15          MR. ROBERTS:  Okay.

16          DEFENDANT ROSENAU:  Okay, well thanks, man.

17          MR. ROBERTS:  All right.

18          (End of telephone call  #4)

19          (End of calls for 4/26/2012)

20

21

22

23

24

25

32

1      (Telephone call placed on 4/28/2012)

2   (Call placed to Paddy Roberts.  Two excerpts from call only,

3   0:35 to 0:57, and 1:00 to 1:55)

4      DEFENDANT ROSENAU:  Yeah, I suppose they -- yeah,

5   well, you have that luxury.

6      MR. ROBERTS:  Yeah.

7      DEFENDANT ROSENAU:  Okay, so yeah, I don't know, I

8   haven't -- I just wanted to know everything okay?

9   Everything is okay?  Everybody been served?

10      MR. ROBERTS:  Well, Catcher wasn't there  -- yeah,

11   no, just a second.

12      (Mr. Roberts speaks someone sitting next to him)

13      MR. ROBERTS:  Catcher I can't serve until Monday.

14      DEFENDANT ROSENAU:  Oh, yeah.

15      MR. ROBERTS:  And Susan Roe, I think now that your

16   daughter, what is her name?  Jackie is not going to be

17   testifying?

18      DEFENDANT ROSENAU:  Yeah?

19      MR. ROBERTS:  I guess I am going to get her to

20   serve Susan Roe, probably on Monday, as well.

21      DEFENDANT ROSENAU:  Oh, okay.

22      MR. ROBERTS:  I wasn't going to serve -- anyways,

23   yeah, I wasn't going to serve Susan Roe until after this was

24   over?

25      DEFENDANT ROSENAU:  Yeah?

33

1          MR. ROBERTS:  But --

2          DEFENDANT ROSENAU:  Well, she has already made a

3    big stink about it, anyways.

4          MR. ROBERTS:  Well, down there she is a

5    prosecutor; up here she is a criminal.

6          DEFENDANT ROSENAU:  Yeah.

7          MR. ROBERTS:  You know?  That is really what the

8    truth of it is.  She is someone who has obstructed our

9    courts.

10          DEFENDANT ROSENAU:  Yeah.

11          MR. ROBERTS:  And you know, I mean to see, as a

12    Canadian, that she comes to justice in Canada.

13          DEFENDANT ROSENAU:  Um-hum.

14          (End of requested excerpt)

15          (End of calls for 4/28/2012)

16

17

18

19

20

21

22

23

24

25

                                                          34

1          (Telephone call placed on 5/2/2012 @ 18:46)

2          (Call to Jaclyn Gagnon.  One excerpt only, 4:30

3     through 5:50)

4          DEFENDANT ROSENAU:  Oh, yeah.  He never phoned the

5     loose cannon, eh?

6          MS. GAGNON:  He phoned.  He phoned, but I was in

7     the bathtub, so Mum talked to him a bit.

8          DEFENDANT ROSENAU:  Oh, yeah.

9          MS. GAGNON:  He was just asking about this and

10    that, and this and that, and I don't know, just -- whatever.

11         DEFENDANT ROSENAU:  Yeah.

12         MS. GAGNON:  Whatever.  It doesn't really matter.

13    I am sure glad I didn't file those papers, though.

14         DEFENDANT ROSENAU:  Why?

15         MS. GAGNON:  Because that wouldn't have helped.

16         DEFENDANT ROSENAU:  Oh, probably not.

17         MS. GAGNON:  Wouldn't have helped, it would have,

18    if anything, it would have made it worse.

19         DEFENDANT ROSENAU:  Yeah.  Well I guess she knows

20    she is not getting them now, eh?

21         MS. GAGNON:  Yeah.  Well, you know, Gary didn't --

22    no, Gary -- Gary did not want -- he said, "Don't touch it

23    with a 10 foot pole."

24         DEFENDANT ROSENAU:  Oh, yeah.

25         MS. GAGNON:  He also said, "Don't let Paddy know

                                                              35

**ACE Transcripts, Inc. (206) 467-6188**

1    that I don't like the idea.  I am just being unbiased.  I

2    can't offer opinions."

3              DEFENDANT ROSENAU:  Okay.  Yeah, okay.

4              MS. GAGNON:  So don't tell Paddy that Gary

5    doesn't -- you know?

6              DEFENDANT ROSENAU:  Yeah, I sort of tried --

7              MS. GAGNON:  Just don't phone Paddy.  Screw Paddy.

8    Leave Paddy out of the loop.  Okay?

9              DEFENDANT ROSENAU:  I sure hope you are taking me

10   home tomorrow sometime.

11             MS. GAGNON:  Oh, boy, I sure hope so, too.  That

12   is my plan.

13             DEFENDANT ROSENAU:  God.

14       Well, I should try and phone Veronica, I guess.

15             MS. GAGNON:  You want to talk to Mum for a minute?

16             DEFENDANT ROSENAU:  Yeah.

17             MS. GAGNON:  This phone is going to die soon,

18   so --

19             DEFENDANT ROSENAU:  Okay, well --

20             MS. GAGNON:  -- from now -- I am going to -- you

21   can talk to Mum now.  You will probably get like 10 more

22   minutes out of it, but --

23             DEFENDANT ROSENAU:  Oh, I won't have that much,

24   anyway.

25             MS. GAGNON:  No, and then I am going to go -- I am

36

1    going to go plug it in for a couple of hours.

2                    (End of requested excerpt, call #5)

3                    (Start of call #6.  5/2/2012 @ 19:19 to Veronica)

4                    (Begin excerpt at 6:03)

5                    DEFENDANT ROSENAU:  Yeah, and we never -- we never

6    gave that lawsuit to that prosecutor.  We decided against

7    it.

8                    VERONICA.  Good.  We don't want to do that,

9    anyway.

10                    (End of requested excerpt)

11                    (End of calls for 5/2/2012)

12                    (End of transcript)

13                    CERTIFICATE

14        I certify that the foregoing is a correct transcript from the

15    electronic sound recording of the proceedings in the above-

16    entitled matter.

17        /Brian J. Killgore/        May 28, 2012

18        AAERT Certified Electronic Court Reporter & Transcriber
19        License CERT*D-498

20        ACE Transcripts, Inc.
          720 Queen Anne Ave. N. #311
21        Seattle, WA 98109
          (206) 467-6188

22

23

24

25

37

**ACE Transcripts, Inc. (206) 467-6188**