Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR06-157MJP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ERRATA TO GOVERNMENT'S RESPONSE TO MOTION FOR RELEASE PENDING RETRIAL |
| HENRY CARL ROSENAU, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 29, 2012, the Government filed its Response to Defendant's Motion for Release Pending Retrial (Dkt. 157) in the above-captioned case.  Attached hereto is the Corrected Transcript for April 22, 2012, correctly identifying the speakers.  A disk with the audio of the pertinent conversations will be filed with the Court and sent to counsel for Mr. Rosenau.

DATED this 8th day of June, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

SUSAN M. ROE
Assistant United States Attorney

*s/ Susan M. Roe*
_____
SUSAN M. ROE
Assistant United States Attorney
WSBA 13000
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206.553.1077; Fax: 206.553.0755
Email: Susan.Roe@usdoj.gov

ERRATA - CORRECTED TRANSCRIPT — 1
CR06-157MJP; HENRY CARL ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

CERTIFICATE OF SERVICE

2      I hereby certify that on June 8, 2012, I electronically filed the foregoing with the

3   Clerk of Court using the CM/ECF system which will send notification of such filing to

4   the attorney of record for the defendant.

5

6                                          *s/ Kathleen M. McElroy*
                                           KATHLEEN M. McELROY
                                           Paralegal Specialist
7                                          United States Attorney's Office
                                           700 Stewart, Suite 5220
8                                          Seattle, Washington 98101-1271
                                           Phone:        206-553-7970
9                                          Fax:          206-553-0755
                                           E-mail:       Katie.McElroy@usdoj.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ERRATA - CORRECTED TRANSCRIPT — 2
CR06-157MJP; HENRY CARL ROSENAU