Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENRY CARL ROSENAU, ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  CR06-157MJP <br><br> NOTICE OF FILING PHYSICAL MATERIAL - AUDIO DISK |

Notice is given that the government is filing an audio disk containing defendant's telephone calls as referenced in the Government's Response to Defendant's Motion for Release Pending Retrial (Dkt. 157) and Errata to Government's Response to Defendant's Motion for Release Pending Retrial (Dkt. 159) attaching Corrected Transcript.

DATED this 8th day of June, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

SUSAN M. ROE
Assistant United States Attorney

*s/ Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney
WSBA 13000
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206.553.1077; Fax: 206.553.0755
Email: Susan.Roe@usdoj.gov

NOTICE OF FILING PHYSICAL MATERIAL — 1
CR06-157MJP; HENRY CARL ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/ Kathleen M. McElroy*
KATHLEEN M. McELROY
Paralegal Specialist
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington 98101-1271
Phone:       206-553-7970
Fax:          206-553-0755
E-mail:      Katie.McElroy@usdoj.gov

NOTICE OF FILING PHYSICAL MATERIAL — 2
CR06-157MJP; HENRY CARL ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970