Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>HENRY C. ROSENAU,<br><br>               Defendant. | NO. CR06-157MJP<br><br>PRAECIPE TO ATTACH DOCUMENT TO DEFENDANT'S MOTION FOR RELEASE |

      The DEFENDANT, by and through his counsel of record, Craig Platt, hereby files this praecipe to attach document to the above-referenced case.

      Please take note that the attached document is Exhibit 1 to Defendant's Motion for Release (Dkt. No. 156).

      DATED this 11th day of June, 2012.

                                       Respectfully submitted,
                                       PLATT & BUESCHER

                                       *s/Craig Platt*_____
                                       Craig Platt
                                       Attorney for Defendant
                                       WSBA #12396
                                       P.O. Box 727
                                       Coupeville, Washington 98239-0727
                                       Telephone: (360) 678-6777
                                       Fax: (360) 678-0323
                                       Email: craig@plattbuescher.com

PRAECIPE TO ATTACH DOCUMENT- 1
CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323

CERTIFICATE OF SERVICE

I hereby certify that on 6/11/2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the Government.

*s/Connor Tasoff*_____
Connor Tasoff
Legal Assistant
P.O. Box 727
Coupeville, Washington 98239-0727
Telephone: (360) 678-6777
Fax: (360) 678-0323
Email: reception@plattbuescher.com

PRAECIPE TO ATTACH DOCUMENT- 2
CR06-157MJP

**PLATT & BUESCHER**
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239-0727
Phone: (360) 678-6777
Fax: (360) 678-0323