Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-157MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S AMENDED |
| v. | ) | WITNESS LIST |
| | ) | |
| HENRY ROSENAU, | ) | Trial: July 11, 2012 |
| | ) | |
| Defendant. | ) | |

The United States of America, by Jenny A. Durkan, United States Attorney for the Western District of Washington, and Marc A. Perez and Susan M. Roe, Assistant United States Attorneys for said District, hereby submits the following list of persons the government may call to testify as witnesses in its case-in-chief:

**Agents of Homeland Security Investigations**

1.      Special Agent Jennifer Hinckley

2.      Special Agent Jesse Miller

3.      Special Agent Peter Ostrovsky

4.      Special Agent Chad Boucher

5.      Special Agent Kevin Martin

6.      Special Agent Benjamin Luedke

7.      Special Agent Steve Cagen

8.      Special Agent Mark Albedyll

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

9.      Special Agent Anne Harkonen

10.     Special Agent Jay Ingersoll

11.     Special Agent Shannon Hanson

12.     Kelly Horton

**Air Interdiction Personnel  - Customs and Border Protection**

13.     Brian Webb

14.     Brian Shawler

15.     Jeffrey Sternberg

16.     Lew Grey

17.     Mike Corcoran

18.     Eric Hausner

19.     Darrell Feller

20.     Jim Dotson

21.     Josue Moreno

**United States Forest Service**

22.      Anne Minden

23.      David F. Graves

**Washington State Patrol (current and retired)**

24.     David Anderson

25.     Paul Woodside

26.     Scott Douglas

27.     Eric Seim

28.     Cameron Birman

**Chemists - Drug Enforcement Administration, Western Regional Laboratory**

29.     Paul Eyerly

30.     John Chappell

31.     William Moriwaki

32.     William Chin

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

33.   J.W. Robinson

**Royal Canadian Mounted Police (Members and Pilots, active and retired)**

34.   Kim Bloy

35.   Luc Quenneville

36.   Dennis Piper

37.   Peter Maw

38.   Gerry Friell

39.   Robert Young

40.   Craig George

41.   Rob Jones

42.   Al Small

43.   Brent Dooks

44.   Peter Chapman

45.   Ryan Routley

46.   Greg Burgis

47.   Ken Kachur

48.   Rick Poulson

49.   David Miyashita

50.   Therese Cochlin

51.   Mary Colladel

**Canadian Border Services Agency**

52.   Diana Harty

**Transport Canada**

53.   David Bryant

54.   Ross Betram

55.   Gordon Marshall

**Civilian Witness**

56.   Glen Stewart

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  57.    Kip John Whelpley

2  58.    Dustin Haugen

3  **Records Custodians, if needed.**

4        The government reserves the right to call additional witnesses in its case-in-chief

5  as those witnesses become known.  The government also reserves the right to call as

6  witnesses in its case-in-chief any witness identified in the defendant's proposed witness

7  list, other than the defendant.

8        DATED this 2nd day of July, 2012.

9                                        Respectfully submitted,

10                                       JENNY A. DURKAN
                                         United States Attorney
11

                                         *s/Susan M. Roe*
12                                       SUSAN M. ROE
                                         Assistant United States Attorney
13                                       United States Attorney's Office
                                         700 Stewart Street, Suite 5220
14                                       Seattle, WA 98101-1271
                                         Telephone: (206) 553-1077
15                                       Fax: (206) 553-0755
                                         E-mail: Susan.Roe@usdoj.gov
16

17                                       *s/ Marc A. Perez*
                                         MARC A. PEREZ
18                                       Assistant United States Attorney
                                         United States Attorney's Office
19                                       1201 Pacific Avenue, Suite 700
                                         Tacoma, Washington 98402
20                                       Telephone: (253) 428-3800
                                         Fax: (253) 428-3826
21                                       E-mail: Marc.Perez@usdoj.gov

22

23

24

25

26

27

28

GOVERNMENT'S WITNESS/JULY 2012 TRIAL - 4
CR06-157MJP; HENRY ROSENAU

1

## CERTIFICATE OF SERVICE

2

3        I hereby certify that on July 2, 2012, I electronically filed the foregoing with the

4    Clerk of Court using the CM/ECF system which will send notification of such filing to

5    the attorney of record for the defendant.

6                                            s/ Kathleen M. McElroy
7                                            KATHLEEN M. McELROY
                                             Paralegal Specialist
8                                            United States Attorney's Office
                                             700 Stewart, Suite 5220
9                                            Seattle, Washington 98101-1271
                                             Phone:  206-553-7970
10                                           Fax:     206-553-0755
                                             E-mail: Katie.McElroy@usdoj.gov
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28