1                                        Chief Judge Marsha J. Pechman

2

3

4

5

6                     UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
7                               AT SEATTLE

8

9    UNITED STATES OF AMERICA,      )        NO. CR06-157MJP
                                    )
10                     Plaintiff,   )
                                    )
11         v.                       )        GOVERNMENT'S EXHIBIT LIST
                                    )        Trial:  July 11, 2012
12   HENRY ROSENAU,                 )
                                    )
13                     Defendant.   )

14

15         COMES NOW the United States of America, by and through Jenny A. Durkan,

16   United States Attorney for the Western District of Washington, and Marc A. Perez and

17   Susan M. Roe, Assistant United States Attorneys for said District, and files this list of

18   exhibits the government intends to offer at trial.

19   1.     General Area Map

20   1.A.   General Area Map with Locations

21   1.B.   Detailed Map of North Cascades (Washington State Area)

22   1.C.   Detailed Map of Yale - Hope (British Columbia Area)

23   1.D.   Detailed Map of North Okanagan (British Columbia Area)

24   2.     Forest Service Map

25   3.     Photographs of Seizure (June 9, 2005)

26   4.     Whelpley's Washington Driver's License

27   5.     Hockey Bags

28   5.A.   Marijuana Samples (June 9, 2005)

GOVERNMENT'S EXHIBIT LIST/JULY 2012 TRIAL - 1
CR06-157MJP; HENRY ROSENAU

6.      Registration From Whelpley's Truck

7.      Temporary License on Whelpley's Camper

8.      Handwritten Download of Whelpley's cellular phones

9.      Download of GPS

10.     GPS Map

11.     Surveillance Video (excerpts) (June 9, 2005)

11.A.   Surveillance Video (part 1 of full video) (June 9, 2005)

11.B.   Surveillance Video (part 2 of full video) (June 9, 2005)

11.C.   Surveillance Video (part 3 of full video) (June 9, 2005)

12.     Whelpley's Enterprise Rental Agreements 2004-2005

13.     Washington Registration A09099W

14.     Choice Auto Records (Dodge Durango)

15.     Department of Licensing Records (Dodge Durango)

16.     Whelpley's TECS Records

17.     Rosenau's TECS Records

18.     BC HSK-744 TECS Records

19.     Senecal TECS Records

20.     Mendoza TECS Records

21.     Swanson TECS Records

22.     B. Miraback TECS Records

23.     Z. Miraback TECS Records

24.     U.S. Forest Service Incident Report

25.     WSP Business Records RE: Whelpley

26.     CBSA Records

27.     HSI Record RE: CBSA Inspection of Senecal

28.     Harbor Steps Business Records

29.     Harbor Steps Business Records (Senecal)

30.     Senecal's Enterprise Rental Agreements

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

31.　　Mendoza Driver's License and Photograph

32.　　Surveillance Video of Lake Creek Landing Zone (excerpts) (May 12-June 2, 2005)

32.A.　Surveillance Video of Lake Creek Landing Zone (full video)
　　　　(May 12-June 2, 2005)

33.　　Photographs of Shouten's Marijuana Load and Green Truck (June 16, 2005)

34.　　Schouten's Driver's License and Photograph

35.　　Photograph of Helicopter G-CZAR

36.　　Surveillance Video of Landing Zone (excerpts) (July 2005)

36.A.　Surveillance Video of Landing Zone (full video) (July 21, 2005)

36.B.　Surveillance Video of Landing Zone (full video) (July 26, 2005)

36.C.　Surveillance Video of Landing Zone (full video) (July 27, 2005)

37.　　Photographs of Mendoza and Truck (August 4, 2005)

38.　　Winthrop Motors Tow Receipt

39.　　Photographs of Marijuana Load (August 4, 2005)

40.　　Photographs of Landing Site (August 4, 2005)

41.　　Surveillance Video of Helicopter (excerpts) (August 4, 2005)

41.A.　Surveillance Video of Helicopter (full video) (August 4, 2005)

42.　　Surveillance Video of Helicopter and Vehicles (excerpts) (August 4, 2005)

42.A.　Surveillance Video of Helicopter and Vehicles (part 1 of full video)
　　　　(August 4, 2005)

42.B.　Surveillance Video of Helicopter and Vehicles (part 2 of full video)
　　　　(August 4, 2005)

43.　　Photographs of Shop (August 4, 2005)

44.　　Photographs of Helicopter C-FNMM (August 11 and 12, 2005)

45.　　RCMP Surveillance Video (August 12, 2005)

45.A.　RCMP Surveillance Video (full video) (August 12, 2005)

46.　　Seizure Photographs (August 12, 2005)

47.　　Blackberry

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | 48. | GPS Devices |
| 2 | 49. | Straps |
| 3 | 50. | O-Ring |
| 4 | 51. | Camouflage |
| 5 | 52. | Customer List |
| 6 | 53. | Photograph of Toyota Tundra and Note Paper |
| 7 | 54. | Download of GPS |
| 8 | 55. | GPS Map |
| 9 | 56. | Photographs of Onload from Trail Camera |
| 10 | 57. | Photograph of Helicopter C-FRKM outside the Shop (August 4, 2005) |
| 11 | 58. | Sketch of Henry Rosenau's Residence on September 14, 2005 |
| 12 | | (RCMP Member Robert Young) |
| 13 | 59. | Sketch of Henry Rosenau's Residence on September 20, 2005 |
| 14 | | (RCMP Member Mary Colladel) |
| 15 | 60. | Surveillance Photographs of Henry Rosenau's Residence (September 14, 2005) |
| 16 | 61. | Surveillance Photographs of Helicopter C-FALQ Landing at Rosenau's Residence |
| 17 | | (September 14, 2005) |
| 18 | 62. | Surveillance Video from Ashnola Valley (September 21, 2005) |
| 19 | 63. | Photograph of Lamb Butte |
| 20 | 64. | Photographs from Ashnola Valley |
| 21 | 65. | Surveillance Video of Miraback brothers (excerpts) (September 21, 2005) |
| 22 | 65.A. | Surveillance Video of Miraback brothers (full video) (September 21, 2005) |
| 23 | 66. | Photographs of Seizure (September 21, 2005) |
| 24 | 67. | Photographs of Toyota Tundra and Two Pages of Handwritten Notes |
| 25 | 68. | Notebook Coordinates Map |
| 26 | 69. | Marijuana Samples (September 21, 2005) |
| 27 | 70. | DEA 7 and Lab Report (June 16, 2005) |
| 28 | 71. | DEA 7 and Lab Report (June 9, 2005) |

GOVERNMENT'S EXHIBIT LIST/JULY 2012 TRIAL - 4
CR06-157MJP; HENRY ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

72.  DEA 7 and Lab Report (August 4, 2005)

73.  DEA 7 and Lab Report (August 12, 2005)

74.  DEA 7 and Lab Report (September 21, 2005)

75.  Photograph of Henry Rosenau (September 21, 2005)

76.  Photograph Blackberry

77.  Photograph of GPS

78.  Download of GPS

79.  Photographs of Satellite Phones

80.  Photograph of Night Vision Goggles

81.  Photograph of Firearm and Ammunition

82.  Photograph of Holster and Extra Ammunition

83.  GPS Map

84.  Photograph of Helicopter C-FRKM (September 21, 2005)

85.  Photographs of Inside of Shop (September 21, 2005)

86.  Photographs of Helicopter CFALQ with Rack (November 12, 2004)

87.  Surveillance Photographs of Henry Rosenau's Residence

(Afternoon of September 21, 2005)

88.  Surveillance Photographs of Henry Rosenau's Residence (September 22, 2005)

89.  Transport Canada Business Records

90.  Comprehensive GPS Map

91.  GPS Map with Labels

92.  GPS Map with Labels

93.  GPS Map of Coordinates in Common

94.  Time-line

95.  Whelpley's Grand Jury Testimony

96.  Whelpley's Plea Agreement

97.  Whelpley's Pre-Sentence Report (redacted)

98.  Whelpley's Criminal History

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    99.    Government Sentencing Memorandum (Whelpley)

2    100.    Haugen's Plea Agreement

3    101.    Haugen's Criminal History

4    102.    Government Sentencing Memorandum (Haugen)

5    103.    Haugen TECS Records

6    104.    Haugen's Pre-Sentence Report (redacted)

7    105.    Aeronautical Chart

8    106.    Photograph of Tyrell Owen

9    107.    Reserved

10    108.    Reserved

11    109.    Reserved

12    110.    Reserved

13    DATED this 2nd day of July, 2012.

14            Respectfully submitted,

15            JENNY A. DURKAN
              United States Attorney

16

17            *s/Susan M. Roe*
              SUSAN M. ROE

18            Assistant United States Attorney
              United States Attorney's Office

19            700 Stewart Street, Suite 5220
              Seattle, WA 98101-1271

20            Telephone: (206) 553-1077
              Fax: (206) 553-0755

21            E-mail: Susan.Roe@usdoj.gov

22            *s/ Marc A. Perez*
              MARC A. PEREZ

23            Assistant United States Attorney

24            United States Attorney's Office
              1201 Pacific Avenue, Suite 700

25            Tacoma, Washington 98402
              Telephone: (253) 428-3800

26            Fax: (253) 428-3826
              E-mail: Marc.Perez@usdoj.gov

27

28

GOVERNMENT'S EXHIBIT LIST/JULY 2012 TRIAL - 6
CR06-157MJP; HENRY ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1                 <u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on July 2, 2012, I electronically filed the foregoing with the

3   Clerk of Court using the CM/ECF system which will send notification of such filing to

4   the attorney of record for the defendant.

5

6                           *s/ Kathleen M. McElroy*
                            KATHLEEN M. McELROY

7                          Paralegal Specialist
                          United States Attorney's Office

8                          700 Stewart, Suite 5220
                          Seattle, Washington 98101-1271

9                          Phone:  206-553-7970
                          Fax:     206-553-0755

10                       E-mail: Katie.McElroy@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28