Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-157MJP |
| Plaintiff, | ) | |
| v. | ) | GOVERNMENT'S AMENDED EXHIBIT LIST |
| HENRY ROSENAU, | ) | Trial: July 11, 2012 |
| Defendant. | ) | |

COMES NOW the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Marc A. Perez and Susan M. Roe, Assistant United States Attorneys for said District, and files this list of exhibits the government intends to offer at trial.

1.  General Area Map
1.A. General Area Map with Locations
1.B. Detailed Map of North Cascades (Washington State Area)
1.C. Detailed Map of Yale - Hope (British Columbia Area)
1.D. Detailed Map of North Okanagan (British Columbia Area)
1.E. Detailed Map of Border with Landing Zones in the U.S.
2.  Forest Service Map
3.  Photographs of Seizure (June 9, 2005)
4.  Whelpley's Washington Driver's License
5.  Hockey Bags

GOVERNMENT'S AMENDED EXHIBIT LIST - 1
CR06-157MJP; U.S. v. HENRY ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | 5.A. | Marijuana Samples (June 9, 2005) |
| 2 | 6. | Registration From Whelpley's Truck |
| 3 | 7. | Temporary License on Whelpley's Camper |
| 4 | 8. | Handwritten Download of Whelpley's cellular phones |
| 5 | 9. | Download of GPS |
| 6 | 10. | GPS Map |
| 7 | 11. | Surveillance Video (excerpts) (June 9, 2005) |
| 8 | 11.A. | Surveillance Video (part 1 of full video) (June 9, 2005) |
| 9 | 11.B. | Surveillance Video (part 2 of full video) (June 9, 2005) |
| 10 | 11.C. | Surveillance Video (part 3 of full video) (June 9, 2005) |
| 11 | 12. | Whelpley's Enterprise Rental Agreements 2004-2005 |
| 12 | 13. | Washington Registration A09099W |
| 13 | 14. | Choice Auto Records (Dodge Durango) |
| 14 | 15. | Department of Licensing Records (Dodge Durango) |
| 15 | 16. | Whelpley's TECS Records |
| 16 | 17. | Rosenau's TECS Records |
| 17 | 18. | BC HSK-744 TECS Records |
| 18 | 19. | Senecal TECS Records |
| 19 | 20. | Mendoza TECS Records |
| 20 | 21. | Swanson TECS Records |
| 21 | 22. | B. Miraback TECS Records |
| 22 | 23. | Z. Miraback TECS Records |
| 23 | 24. | U.S. Forest Service Incident Report |
| 24 | 25. | WSP Business Records RE: Whelpley |
| 25 | 26. | CBSA Records |
| 26 | 27. | HSI Record RE: CBSA Inspection of Senecal |
| 27 | 28. | Harbor Steps Business Records |
| 28 | 29. | Harbor Steps Business Records (Senecal) |

GOVERNMENT'S AMENDED EXHIBIT LIST - 2
CR06-157MJP; U.S. v. HENRY ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | 30. | Senecal's Enterprise Rental Agreements |
| 2 | 31. | Mendoza Driver's License and Photograph |
| 3 | 32. | Surveillance Video of Lake Creek Landing Zone (excerpts) (May 12-June 3, 2005) |
| 4 | 32.A. | Surveillance Video of Lake Creek Landing Zone (full video) |
| 5 | | (May 12-June 3, 2005) |
| 6 | 33. | Photographs of Shouten's Marijuana Load and Green Truck (June 16, 2005) |
| 7 | 34. | Schouten's Driver's License and Photograph |
| 8 | 35. | Photograph of Helicopter C-GZAR |
| 9 | 36. | Surveillance Video of Landing Zone (excerpts) (July 2005) |
| 10 | 36.A. | Surveillance Video of Landing Zone (full video) (July 21, 2005) |
| 11 | 36.B. | Surveillance Video of Landing Zone (full video) (July 26, 2005) |
| 12 | 36.C. | Surveillance Video of Landing Zone (full video) (July 27, 2005) |
| 13 | 37. | Photographs of Mendoza and Truck (August 4, 2005) |
| 14 | 38. | Winthrop Motors Tow Receipt |
| 15 | 39. | Photographs of Marijuana Load (August 4, 2005) |
| 16 | 40. | Photographs of Landing Site (August 4, 2005) |
| 17 | 41. | Surveillance Video of Helicopter (excerpts) (August 4, 2005) |
| 18 | 41.A. | Surveillance Video of Helicopter (full video) (August 4, 2005) |
| 19 | 42. | Surveillance Video of Helicopter and Vehicles (excerpts) (August 4, 2005) |
| 20 | 42.A. | Surveillance Video of Helicopter and Vehicles (part 1 of full video) |
| 21 | | (August 4, 2005) |
| 22 | 42.B. | Surveillance Video of Helicopter and Vehicles (part 2 of full video) |
| 23 | | (August 4, 2005) |
| 24 | 43. | Photographs of Shop (August 4, 2005) |
| 25 | 44. | Photographs of Helicopter C-FNMM (August 11 and 12, 2005) |
| 26 | 45. | RCMP Surveillance Video (August 12, 2005) |
| 27 | 45.A. | RCMP Surveillance Video (full video) (August 12, 2005) |
| 28 | 46. | Seizure Photographs (August 12, 2005) |

GOVERNMENT'S AMENDED EXHIBIT LIST - 3
CR06-157MJP; U.S. v. HENRY ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | 47. | Blackberry |
| 2 | 48. | GPS Devices |
| 3 | 49. | Straps |
| 4 | 50. | O-Ring |
| 5 | 51. | Camouflage |
| 6 | 52. | Customer List |
| 7 | 53. | Photograph of Toyota Tundra and Note Paper |
| 8 | 54. | Download of GPS |
| 9 | 55. | GPS Map |
| 10 | 56. | Photographs of Onload from Trail Camera |
| 11 | 57. | Photograph of Helicopter C-FRKM outside the Shop (August 4, 2005) |
| 12 | 58. | Sketch of Henry Rosenau's Residence on September 14, 2005 |
| 13 | | (RCMP Member Robert Young) |
| 14 | 59. | Sketch of Henry Rosenau's Residence on September 20, 2005 |
| 15 | | (RCMP Member Mary Collodel) |
| 16 | 60. | Surveillance Photographs of Henry Rosenau's Residence (September 14, 2005) |
| 17 | 61. | Surveillance Photographs of Helicopter C-FALQ Landing at Rosenau's Residence |
| 18 | | (September 14, 2005) |
| 19 | 62. | Surveillance Video from Ashnola Valley (September 21, 2005) |
| 20 | 63. | Photograph of Lamb Butte |
| 21 | 64. | Photographs from Ashnola Valley |
| 22 | 65. | Surveillance Video of Miraback brothers (excerpts) (September 21, 2005) |
| 23 | 65.A. | Surveillance Video of Miraback brothers (full video) (September 21, 2005) |
| 24 | 66. | Photographs of Seizure (September 21, 2005) |
| 25 | 67. | Photographs of Toyota Tundra and Two Pages of Handwritten Notes |
| 26 | 68. | Notebook Coordinates Map |
| 27 | 69. | Marijuana Samples (September 21, 2005) |
| 28 | 70. | DEA 7 and Lab Report (June 16, 2005) |

GOVERNMENT'S AMENDED EXHIBIT LIST - 4
CR06-157MJP; U.S. v. HENRY ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | 71. | DEA 7 and Lab Report (June 9, 2005) |
| 2 | 72. | DEA 7 and Lab Report (August 4, 2005) |
| 3 | 73. | DEA 7 and Lab Report (August 12, 2005) |
| 4 | 74. | DEA 7 and Lab Report (September 21, 2005) |
| 5 | 75. | Photograph of Henry Rosenau (September 21, 2005) |
| 6 | 76. | Photograph Blackberry |
| 7 | 77. | Photograph of GPS |
| 8 | 78. | Download of GPS |
| 9 | 79. | Photographs of Satellite Phones |
| 10 | 80. | Photograph of Night Vision Goggles |
| 11 | 81. | Photograph of Firearm and Ammunition |
| 12 | 82. | Photograph of Holster and Extra Ammunition |
| 13 | 83. | GPS Map |
| 14 | 84. | Photograph of Helicopter C-FRKM (September 21, 2005) |
| 15 | 85. | Photographs of Inside of Shop (September 21, 2005) |
| 16 | 86. | Photographs of Helicopter CFALQ with Rack (November 12, 2004) |
| 17 | 87. | Surveillance Photographs of Henry Rosenau's Residence |
| 18 | | (Afternoon of September 21, 2005) |
| 19 | 88. | Surveillance Photographs of Henry Rosenau's Residence (September 22, 2005) |
| 20 | 89. | Transport Canada Business Records |
| 21 | 90. | Comprehensive GPS Map |
| 22 | 91. | GPS Map with Labels |
| 23 | 92. | GPS Map with Labels |
| 24 | 93. | GPS Map of Coordinates in Common |
| 25 | 94. | Time-line |
| 26 | 95. | Whelpley's Grand Jury Testimony |
| 27 | 96. | Whelpley's Plea Agreement |
| 28 | 97. | Whelpley's Pre-Sentence Report (redacted) |

GOVERNMENT'S AMENDED EXHIBIT LIST - 5
CR06-157MJP; U.S. v. HENRY ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | 98. | Whelpley's Criminal History |
| 2 | 99. | Government Sentencing Memorandum (Whelpley) |
| 3 | 100. | Haugen's Plea Agreement |
| 4 | 101. | Haugen's Criminal History |
| 5 | 102. | Government Sentencing Memorandum (Haugen) |
| 6 | 103. | Haugen TECS Records |
| 7 | 104. | Haugen's Pre-sentence Report (redacted) |
| 8 | 105. | Aeronautical Chart |
| 9 | 106. | Photograph of Tyrell Owens |
| 10 | 107. | Reserved |
| 11 | 108. | Reserved |
| 12 | 109. | Reserved |
| 13 | 110. | Reserved |

DATED this 9th day of July, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-1077
Fax: (206) 553-0755
E-mail: Susan.Roe@usdoj.gov

*s/ Marc A. Perez*
MARC A. PEREZ
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Marc.Perez@usdoj.gov

GOVERNMENT'S AMENDED EXHIBIT LIST - 6
CR06-157MJP; U.S. v. HENRY ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970


CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of record for the defendant(s) who are non-participants of CM/ECF via telefax.

/s/ Rachel McDowell
RACHEL MCDOWELL
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Rachel.McDowell@usdoj.gov

GOVERNMENT'S AMENDED EXHIBIT LIST - 7
CR06-157MJP; U.S. v. HENRY ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970