Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-157MJP |
| Plaintiff, ) | NOTICE OF WITNESS' UNAVAILABILITY |
| v. ) | |
| HENRY ROSENAU, ) | |
| Defendant. ) | |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Susan M. Roe and Marc Perez, Assistant United States Attorneys for said District, hereby files this Notice of Witness' Unavailability. This Notice is based on the accompanying affidavit and its attachments as well as the law contained in the Second Supplemental Trial Brief filed July 5, 2012.

DATED this 10th day of July, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/Susan M. Roe*
SUSAN M. ROE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-1077
Fax: (206) 553-0755
E-mail: susan.roe@usdoj.gov

NOTICE OF WITNESS'
UNAVAILABILITY/ ROSENAU- 1
CR06-157MJP

700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant.

*s/ Kathleen M. McElroy*
KATHLEEN M. McELROY
Paralegal Specialist
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington 98101-1271
Phone:      206-553-7970
Fax:         206-553-0755
E-mail:     Katie.McElroy@usdoj.gov

NOTICE OF WITNESS'
UNAVAILABILITY/ ROSENAU- 2
CR06-157MJP

700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970