Chief Judge Marsha J. Pechman

1

2

3

4

5

6               UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
7                     AT SEATTLE

8

9  UNITED STATES OF AMERICA,        )        NO. CR06-157MJP
                                    )
10                    Plaintiff,    )
                                    )
11            v.                    )        GOVERNMENT'S AMENDED
                                    )        EXHIBIT LIST (SECOND)
12  HENRY ROSENAU,                  )        Trial:  July 11, 2012
                                    )
13                    Defendant.    )

14

15        COMES NOW the United States of America, by and through Jenny A. Durkan,

16  United States Attorney for the Western District of Washington, and Marc A. Perez and

17  Susan M. Roe, Assistant United States Attorneys for said District, and files this list of

18  exhibits the government intends to offer at trial.

19  1.    General Area Map

20  1.A.  General Area Map with Locations

21  1.B.  Detailed Map of North Cascades (Washington State Area)

22  1.C.  Detailed Map of Yale - Hope (British Columbia Area)

23  1.D.  Detailed Map of North Okanagan (British Columbia Area)

24  1.E.  Detailed Map of Border with Landing Zones in the U.S.

25  2.    Forest Service Map

26  3.    Photographs of Seizure (June 9, 2005)

27  4.    Whelpley's Washington Driver's License

28  5.    Hockey Bags

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

5.A.   Marijuana Samples (June 9, 2005)

6.   Registration From Whelpley's Truck

7.   Temporary License on Whelpley's Camper

8.   Handwritten Download of Whelpley's cellular phones

9.   Download of GPS

10.   GPS Map

11.   Surveillance Video (excerpts) (June 9, 2005)

11.A.   Surveillance Video (part 1 of full video) (June 9, 2005)

11.B.   Surveillance Video (part 2 of full video) (June 9, 2005)

11.C.   Surveillance Video (part 3 of full video) (June 9, 2005)

12.   Whelpley's Enterprise Rental Agreements 2004-2005

13.   Washington Registration A09099W

14.   Choice Auto Records (Dodge Durango)

15.   Department of Licensing Records (Dodge Durango)

16.   Whelpley's TECS Records

17.   Rosenau's TECS Records

18.   BC HSK-744 TECS Records

19.   Senecal TECS Records

20.   Mendoza TECS Records

21.   Swanson TECS Records

22.   B. Miraback TECS Records

23.   Z. Miraback TECS Records

24.   U.S. Forest Service Incident Report

25.   WSP Business Records RE: Whelpley

26.   CBSA Records

27.   HSI Record RE: CBSA Inspection of Senecal

28.   Harbor Steps Business Records

29.   Harbor Steps Business Records (Senecal)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

30.     Senecal's Enterprise Rental Agreements

31.     Mendoza Driver's License and Photograph

32.     Surveillance Video of Lake Creek Landing Zone (excerpts) (May 12-June 3, 2005)

32.A.1 Surveillance Video of Lake Creek Landing Zone (full video) (May 12-19, 2005)

32.B.1 Surveillance Video of Lake Creek Landing Zone (full video) (May 19-26, 2005)

32.C.1 Surveillance Video of Lake Creek Landing Zone (full video)
        (May 27-June 3, 2005)

33.     Photographs of Shouten's Marijuana Load and Green Truck (June 16, 2005)

34.     Schouten's Driver's License and Photograph

35.     Photograph of Helicopter C-GZAR

36.     Surveillance Video of Landing Zone (excerpts) (July 2005)

36.A.   Surveillance Video of Landing Zone (full video) (July 21, 2005)

36.B.   Surveillance Video of Landing Zone (full video) (July 26, 2005)

36.C.   Surveillance Video of Landing Zone (full video) (July 27, 2005)

37.     Photographs of Mendoza and Truck (August 4, 2005)

38.     Winthrop Motors Tow Receipt

39.     Photographs of Marijuana Load (August 4, 2005)

40.     Photographs of Landing Site (August 4, 2005)

41.     Surveillance Video of Helicopter (excerpts) (August 4, 2005)

41.A.   Surveillance Video of Helicopter (full video) (August 4, 2005)

42.     Surveillance Video of Helicopter and Vehicles (excerpts) (August 4, 2005)

42.A.   Surveillance Video of Helicopter and Vehicles (part 1 of full video)
        (August 4, 2005)

42.B.   Surveillance Video of Helicopter and Vehicles (part 2 of full video)
        (August 4, 2005)

43.     Photographs of Shop (August 4, 2005)

44.     Photographs of Helicopter C-FNMM (August 11 and 12, 2005)

45.     RCMP Surveillance Video (August 12, 2005)

1  45.A.  RCMP Surveillance Video (full video) (August 12, 2005)

2  46.  Seizure Photographs (August 12, 2005)

3  47.  Blackberry

4  48.  GPS Devices

5  49.  Straps

6  50.  O-Ring

7  51.  Camouflage

8  52.  Customer List

9  53.  Photograph of Toyota Tundra and Note Paper

10  54.  Download of GPS

11  55.  GPS Map

12  56.  Photographs of Onload from Trail Camera

13  57.  Photograph of Helicopter C-FRKM outside the Shop (August 4, 2005)

14  58.  Sketch of Henry Rosenau's Residence on September 14, 2005

15    (RCMP Member Robert Young)

16  59.  Sketch of Henry Rosenau's Residence on September 20, 2005

17    (RCMP Member Mary Collodel)

18  60.  Surveillance Photographs of Henry Rosenau's Residence (September 14, 2005)

19  61.  Surveillance Photographs of Helicopter C-FALQ Landing at Rosenau's Residence

20    (September 15, 2005)

21  62.  Surveillance Video from Ashnola Valley (September 21, 2005)

22  63.  Photograph of Lamb Butte

23  64.  Photographs from Ashnola Valley

24  65.  Surveillance Video of Miraback brothers (excerpts) (September 21, 2005)

25  65.A.  Surveillance Video of Miraback brothers (full video) (September 21, 2005)

26  66.  Photographs of Seizure (September 21, 2005)

27  67.  Photographs of Toyota Tundra and Two Pages of Handwritten Notes

28  68.  Notebook Coordinates Map

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   69.   Marijuana Samples (September 21, 2005)

2   70.   DEA 7 and Lab Report (June 16, 2005)

3   71.   DEA 7 and Lab Report (June 9, 2005)

4   72.   DEA 7 and Lab Report (August 4, 2005)

5   73.   DEA 7 and Lab Report (August 12, 2005)

6   74.   DEA 7 and Lab Report (September 21, 2005)

7   75.   Photograph of Henry Rosenau (September 21, 2005)

8   76.   Photograph Blackberry

9   77.   Photograph of GPS

10  78.   Download of GPS

11  79.   Photographs of Satellite Phones

12  80.   Photograph of Night Vision Goggles

13  81.   Photograph of Firearm and Ammunition

14  82.   Photograph of Holster and Extra Ammunition

15  83.   GPS Map

16  84.   Photograph of Helicopter C-FRKM (September 21, 2005)

17  85.   Photographs of Inside of Shop (September 21, 2005)

18  86.   Photographs of Helicopter CFALQ with Rack (November 12, 2004)

19  87.   Surveillance Photographs of Henry Rosenau's Residence

20        (Afternoon of September 21, 2005)

21  88.   Surveillance Photographs of Henry Rosenau's Residence (September 22, 2005)

22  89.   Transport Canada Business Records

23  90.   Comprehensive GPS Map

24  91.   GPS Map with Labels

25  92.   GPS Map with Labels

26  93.   GPS Map of Coordinates in Common

27  94.   Time-line

28  95.   Whelpley's Grand Jury Testimony

GOVERNMENT'S AMENDED EXHIBIT LIST (SECOND) - 5
CR06-157MJP; U.S. v. HENRY ROSENAU

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

96.    Whelpley's Plea Agreement

97.    Whelpley's Pre-Sentence Report (redacted)

98.    Whelpley's Criminal History

99.    Government Sentencing Memorandum (Whelpley)

100.   Haugen's Plea Agreement

101.   Haugen's Criminal History

102.   Government Sentencing Memorandum (Haugen)

103.   Haugen TECS Records

104.   Haugen's Pre-sentence Report (redacted)

105.   Aeronautical Chart

106.   Photographs of Tyrell Owens and Jonathan Senecal

107.   WSP Citation for Trevor Schouten

108.   Reserved

//

//

//

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

109.    Reserved

110.    Reserved

DATED this 10th day of July, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

_s/Susan M. Roe_
SUSAN M. ROE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-1077
Fax: (206) 553-0755
E-mail: Susan.Roe@usdoj.gov

_s/ Marc A. Perez_
MARC A. PEREZ
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Marc.Perez@usdoj.gov

GOVERNMENT'S AMENDED EXHIBIT LIST (SECOND) - 7
CR06-157MJP; U.S. v. HENRY ROSENAU

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of record for the defendant(s) who are non-participants of CM/ECF via telefax.

*/s/ Rachel McDowell*
RACHEL MCDOWELL
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Rachel.McDowell@usdoj.gov

GOVERNMENT'S AMENDED EXHIBIT LIST (SECOND) - 8
CR06-157MJP; U.S. v. HENRY ROSENAU