# ATTACHMENT 1

P. 1

\* \* \* Communication Result Report ( Jul. 20. 2012  4:44PM ) \* \* \*

1) Platt & Buescher
2)

Date/Time: Jul. 20. 2012  4:43PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1422 | Memory TX<br>Henry Rosenau | 16046602420 | P. 4 | OK | |

Reason for error
 E. 1) Hang up or line fail         E. 2) Busy
 E. 3) No answer                     E. 4) No facsimile connection
 E. 5) Exceeded max. E-mail size

---

**FORM 118**
**( RULE 23-2 (3) )**

No. 1240804
Prince George Registry

In the Supreme Court of British Columbia

**FAX COVER SHEET**

*(Rule 22-3 of the Supreme Court Civil Rules applies to all forms.)*

This form must be used when transmitting documents to the court registry by fax for filing. This Form is not to be emailed.

The ability to transmit documents by fax to a court registry for filing is subject to the limitations set out in the Supreme Court Civil Rules and Practice Directives. Additional information on this filing service is available on the Court Services Branch website at www.ag.gov.bc.ca/courts/fax/index.htm.

It is the responsibility of the person transmitting a document by fax to ensure that the document is filed in the court registry within the required filing time. The registry takes no responsibility for difficulty experienced when transmitting a document by fax to the registry. The registry cannot guarantee that any document will be filed on the day it is received by fax in the registry.

Documents transmitted to the court registry by fax will be processed in the order they are received. Confirmation of acceptance or refusal will be forwarded as soon as possible to you at the return fax number set out below or by mail if indicated.

| To: | Supreme Court of British Columbia<br>Vancouver, BC<br><br>604 660 2420 | Fax numbers for transmitting documents to court registries are available through the Court Services Branch website at www.ag.gov.bc.ca/courts/fax/index.htm or through Enquiry BC at 1-800-663-7867 |
|---|---|---|
| From: | Platt & Buescher Attorneys at Law<br><br>Craig Platt<br><br>360 678 6777 | PO Box 727<br><br>Coupeville<br><br>Washington    98239 |

Confirmation of acceptance or refusal of this filing will be sent as follows:

☒ by fax to 360 678 0323         ;or

☐ by mail to the address provided above.

1July2012

No. 1240884

*Prince George Registry*

# IN THE SUPREME COURT OF BRITISH COLUMBIA

Between

**HENRY CARL ROSENAU**

Plaintiff

and

**SUSAN M. ROE**
**ROBERT NICHOLSON, MINISTER OF JUSTICE FOR CANADA**
**THE ATTORNEY GENERAL OF BRITISH COLUMBIA**
**DIBA MAJUB**
**KENNETH KACHUR**

Defendant

## NOTICE OF DISCONTINUANCE

*[Rule 22-3 of the Supreme Court Civil Rules applies to all forms.]*

**Filed by:** Henry Carl Rosenau

TAKE NOTICE that: Henry Carl Rosenau

[X]   discontinue(s) this proceeding against ALL DEFENDANTS, TO WIT:

SUSAN M. ROE, ROBERT NICHOLSON, MINISTER OF JUSTICE FOR CANADA,

THE ATTORNEY GENERAL OF BRITISH COLUMBIA, DIBA MAJUB, KENNETH KACHUR

[ ]   discontinues the following claim(s) in this proceeding against....(party(ies))

    (a)

    (b)

    (c)

[Check the correct box(es)]

[X]   Notice of trial has not been filed

[ ]   Notice of trial has been filed and this discontinuance is

    [ ]   With the consent of all parties of record

    [ ]   by leave of the court

Date: JULY 20, 2012

_____
Signature of: Henry Carl Rosenau
[X] Filing party [ ] lawyer for filing party(ies)

2