# ATTACHMENT 3



| Transport Canada | Transports Canada |
|---|---|
| Pacific Region | Région du Pacifique |
| Suite 620<br>800 Burrard Street<br>Vancouver, B.C.<br>V6Z 2J8 | 800, rue Burrard<br>Bureau 620<br>Vancouver, C.-B.<br>V6Z 2J8 |

Your file   Votre référence

Our file   Notre référence

# Affidavit of Ross William BERTRAM

## in the case No. CR06-157MJP

# United States of America
# V.
# Henry Carl ROSENAU

I, Ross William BERTRAM, of the City of Vancouver, in the Province of British Columbia, Canada, MAKE OATH AND SAY:

I am the Superintendent of Enforcement Investigations for the Civil Aviation Enforcement branch of Transport Canada in the Pacific Region.

I have examined the Transport Canada, Distributed Air Personnel Licencing System database, and I can attest that:

Richard Douglas LONG, born,           1950, of Abbotsford British Colombia, is the only person in Canada, with that name, or similar name, who is licensed as a helicopter pilot.

_____
Ross William BERTRAM

Sworn before me at the City of Vancouver
on DATE. October 10, 2012

_____
ROBERTO CHIATTO
**Commissioner for Taking Affidavits
for British Columbia**

