# ATTACHMENT 5

# AFFIDAVIT

County of Whatcom         }
                          } §§
State of Washington       }

I, Brennan C. Long, being first duly sworn on oath, say

I am the adult son of Richard Long, a Canadian pilot who perished in a helicopter crash on September 26, 2005. My father was a helicopter pilot and he worked with Bel Aire Helicopter in Abbotsford, B.C. at the time of his death. (Attachment 1). I make this affidavit based on my personal knowledge, my recollection of our activities shortly before my father's death, and I am aided by the financial records and receipts my mother kept which I have reviewed.

I have learned that a man named Henry Rosenau said that my father flew a helicopter, a Robinson 44 CFRKM, on the morning of September 21, 2005. I have learned that Henry Rosenau said that my father leased that helicopter from Mr. Rosneau that summer, that my father paid him $20,000 cash, and that my father was returning the helicopter to him on the morning of September 21, 2005, around 9:00 a.m. This is not true. My father did not lease a helicopter from Henry Rosenau that summer, he did not pay Mr. Rosenau $20,000 in cash, and he was not flying a helicopter on the morning of September 21, 2005. My father, Richard Long, did not possess the helicopter Robinson 44 CFRKM in the weeks leading up to his death.

During the several weeks preceding my father's death, I was helping my father build a home site at 68451 Othello Road, in Hope, British Columbia, Canada. My parents owned the property and my father and I were building out the site for a residential trailer. They were going to live there and operate a rock quarry on the site.

In the days before my father's death, we were in the process of installing a well pump on the site. My mother has kept the records of our expenses on the property and I have reviewed the receipts for Wednesday, September 21, 2005, and I recall the day we bought the supplies noted.

As I often did during this time, I drove to my father's home in Abbotsford, British Columbia, arriving around 7:30 a.m. We usually drove in my father's black Ford 350 truck to get supplies and go to the work site. I know that we drove his truck that day because we went shopping for plumbing supplies. I know that because my mother has pulled the receipts from September 21, 2005 and this conforms to my memory of what we were doing in the week before my father's accident. The receipts are signed and dated by my mother. At some stores, my father received a contractor's discount through Bel Aire Helicopters.

From the receipts, I see that we first went to the Rona Hardware Store, 45656 Yale Road, Chilliwack. We checked out at 9:26 a.m., having bought wire for $45.25. (Attachment 2; left column). We also went to the Southern Drip Irrigation store which is down the Yale Road, a few minutes away. We made two purchases there, one at 9:31 a.m. and another at 10:24 a..m. (Attachments 3 & 4).

Bartle and Gibson is a nearby Plumbing store at which we made a purchase that day, and then made a partial return that same day. (Attachments 5 & 6). I don't know what time we made the return at Bartle and Gibson that day. The Chilliwack stores, Rona Hardware, Southern Drip Irrigation and Bartle and Gibson, are close to each other and are all located on a stretch of the Yale Road in Chilliwack, British Columbia.

We had to buy additional plumbing supplies that afternoon. We have a 2:11 p.m. receipt for several plumbing items (Attachment 7 which reads Time: 14:11:56) and another receipt for just one item at 2:19 p.m. These are both from Rona Hardward but this Rona Hardware Store is in Hope, nearer the property, and is not the same one as the morning purchases. (Attachment 2, right column). These receipts show that my father and I were working on plumbing on September 21, 2005.

My father and I were doing the work on the property ourselves and one reason is that he could not afford to hire others to do it. My father did not have significant amounts of money in 2005 and certainly did not have $20,000 in cash. I remember that, during this time, he had to borrow money from my grandfather (his father) to purchase a drill for the rock quarry.

Chilliwack is about 45 miles away from Hope, B.C. On the morning of September 21,

2005, between 9:30 a.m. and 11:00 a.m., my father and I were together in Chilliwack buying supplies for our work that day. He was not flying a helicopter full across the United States-Canadian border.

BRENNAN C. LONG

SUBSCRIBED and SWORN to before me this 11 day of September, 2012, by Brennan C. Long.

Notary Public in and for the ~~State of Washington~~ Province of B.C, residing at Mission BC
My appointment expires Life Appointment

YVONNE M. GEIB, NOTARY PUBLIC
Unit B- 32757 Logan Ave.
Mission, BC V2V 6K7
604-826-5755

# ATTACHMENT 1

Transport Canada
Safety and Security

Transports Canada
Sécurité et sûreté

Canada

(III) NO. N° CH323135

COMMERCIAL PILOT - HELICOPTER
PILOTE PROFESSIONNEL - HELICOPTERE

(IX)
This Licence is valid only for the period specified in the Medical Certificate (Form 26-0055) which must accompany this licence.
This licence is invalid if mutilated, altered or rendered illegible.
The temporary privileges granted by certification on the reverse side will expire in three months or upon issue of a new licence containing those privileges, whichever is earlier.

La présente licence n'est valide que pour la période précisée sur le certificat médical (formule 26-0055) qui doit accompagner la présente licence.
La présente licence est nulle si elle est mutilée, falsifiée ou illisible.
Les privilèges temporaires qu'accorde l'attestation de la compétence inscrite au verso arriveront à échéance dans trois mois ou à la délivrance de la nouvelle licence qui inclut ces privilèges, selon la première éventualité.

(VI) Citizen of - Citoyenneté
CANADA

(VII) Signature of Holder - Signature du titulaire

(IV-V) Name and Address - Nom et adresse
RICHARD DOUGLAS LONG
BOX 331
ABBOTSFORD BC
V2S 4N9

26-0266 (1998-06)

(XII) This Licence is Valid for - Cette licence est valide pour

BH06, BH47, EH28, HL12, RH22, S350
CLASS 3 INSTRUCTOR RATING TO 2003/11/01
DAYLIGHT FLYING ONLY

BH06, BH47, EH28, HL12, RH22, S350
QUALIFICATION D'INSTRUCTEUR CLASSE 3 JUSQU'AU
2003/11/01
VOL DE JOUR SEULEMENT

(X) Issued - Délivrance le

(XI)
2001/10/15
Y-A M D-J

Art LaFlamme
For Minister of Transport - Pour le ministre des Transports

July 02 2012

# ATTACHMENT 2

```
***************************************
        RONA 139 CHILLIWACK
       45656 YALE ROAD WEST
            CHILLIWACK
             V2P 2N3
        FAX: 604-792-8450
        TEL: 604-792-1351
     GST NO: 888769312RT0001
***************************************
              014283
    BEL AIRE HELICOPTER, *
             PO BOX 331
          ABBOTSFORD BC
        TEL: 604-551-0140
INVOICE    CASH: 038     DATE: 21/09/05
1719563   CLERK: 975     TIME: 09:26:07
           TERM: TAD
---------------------------------------
14/4 SUBM PUMP WIRE-LF (030003593)
    70.00  LF  @    $0.63     $39.69 PF
           DISC:    10.00%
                             ----------
SUB-TOTAL:                    $39.69

GST   :7%                      $2.78  F
PROV.T:7%                      $2.78 P
                             ----------
TOTAL:                        $45.25
CURRENCY: CA

PRETAX SAVINGS:        $4.41
CASH                          $46.00
CHANGE                         $0.75
***************************************
***************************************
```

```
***************************************
          RONA 135 HOPE
        840 - 5TH AVENUE
            HOPE, BC
             V0X 1L0
        FAX: 604-869-3255
        TEL: 604-869-5692
     GST NO: 888769312RT0001
***************************************
              014283
    BEL AIRE HELICOPTER, *
             PO BOX 331
          ABBOTSFORD BC
        TEL: 604-551-0140
INVOICE    CASH: 020     DATE: 21/09/05
1211619   CLERK: 148     TIME: 14:19:39
           TERM: TAB
---------------------------------------
3/8T01/2" CABLE CONNECTOR CAST
(030300032)
     2.00  EA  @    $0.53      $0.95 PF
           DISC:    10.00%
                             ----------
SUB-TOTAL:                     $0.95

GST   :7%                      $0.07  F
PROV.T:7%                      $0.07 P
                             ----------
TOTAL:                         $1.09
CURRENCY: CA

PRETAX SAVINGS:        $0.11
CASH                           $5.00
CHANGE                         $3.91
***************************************
***************************************
```

July 09 2012

Adrienne Lay
July 02 2012

# ATTACHMENT 3

SOUTHERN DRIP IRRIGATION LTD.
44130 YALE ROAD WEST
CHILLIWACK, B.C. V2R 3Z9
Phone: (604) 792-0041
Fax: (604) 792-9515

SOLD TO: RECEIPT REQUIRED FOR RETURN

SHIP TO: CASH-00 46328-00 PST

| DATE | LOCATION | INVOICE NUMBER |
|---|---|---|
| 09/21/05 | 01 | 36145 |

| TIME | CUSTOMER P.O. | SALES PERSON |
|---|---|---|
| 9:31 | | WIL |

| DATE DELIVERED | TIME DELIVERED | LOADED BY | CHECKED BY | DELIVERED BY |
|---|---|---|---|---|
| | | | | |

*** CASH SALE ***

| ORDERED | SHIPPED | U/M | ITEM NUMBER | DESCRIPTION | QUANTITIES | PRICE | PRICE | U/M | AMOUNT | TAX | LOC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | EA | 857-012 | PVC UNION SS 1-1/4" | 2 | 24.797 | 25.00% | EA d | 37.20 | T | 1 |
| 1 | | EA | 2622-012 | UTILITY BALL VLV 1-1/4" | 1 | 21.020 | 25.00% | EA d | 15.77 | T | 1 |
| 1 | | EA | LFG-160 | PRESSURE GAUGE 0-160PSI | 1 | 28.750 | 25.00% | EA d | 21.56 | T | 1 |
| 1 | | EA | 438-166 | PVC RED BUSH ST 1-1/4X1 | 1 | 2.061 | 24.99% | EA d | 1.55 | T | 1 |
| 1 | | EA | 402-167 | PVC TEE SST 1-1/4"X3/4" | 1 | 3.976 | 25.00% | EA d | 2.98 | T | 1 |
| 1 | | EA | 401-166 | PVC TEE SSS 1-1/4"X1/2" | 1 | 2.296 | 25.00% | EA d | 1.72 | T | 1 |
| 1 | | EA | BD-007 | BRASS BOILER DRAIN 3/4" | 1 | 7.800 | 25.00% | EA d | 5.85 | T | 1 |
| 40 | | FT | P-40-012BE | PVC PIPE SCH40 1-1/4" B | 40 | .850 | 10.00% | FT d | 30.60 | T | 1 |

CASH 133.65

July 09 2012

| | |
|---|---|
| Sub Total | 117.23 |
| G.S.T. | 8.21 |
| P.S.T. | 8.21 |
| TOTAL | 133.65 |

GST Reg No R104941406

TERMS:
AN INTEREST CHARGE WILL BE ADDED TO YOUR ACCOUNT IF NOT PAID BY 30 DAYS AFTER STATEMENT DATE.

X ______________________

MERCHANDISE RECEIVED COMPLETE AND IN GOOD CONDITION.

Thank You

CUSTOMER COPY

# ATTACHMENT 4

**SOUTHERN DRIP IRRIGATION LTD.**
CHILLIWACK, B.C. V2R 3Z9
Phone: (604) 792-0041
Fax: (604) 792-9515

SOLD TO: RECEIPT REQUIRED FOR RETURN

SHIP TO: CASH-00 46333-00 PST

| DATE | LOCATION | INVOICE NUMBER |
|---|---|---|
| 09/21/05 | 01 | 36152 |

| TIME | CUSTOMER P.O. | SALES PERSON |
|---|---|---|
| 10:24 | | WIL |

| DATE DELIVERED | TIME DELIVERED | LOADED BY | CHECKED BY | DELIVERED BY |
|---|---|---|---|---|
| | | | | |

*** CASH SALE ***

| ORDERED | SHIPPED | U/M | ITEM NUMBER | DESCRIPTION | QUANTITIES | PRICE | PRICE | U/M | AMOUNT | TAX | LOC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | EA | A35-012 | PVC FEMALE ADPT 1-1/4" | 1 | 1.277 | 24.98% | EA d | .96 | T | 1 |
| 1 | | EA | A39-168 | PVC RED BUSH TT 1-1/4"X | 1 | 3.080 | 25.00% | EA d | 2.31 | T | 1 |
| 1 | | EA | A36-168 | PVC MALE ADPT 1-1/4"X1" | 1 | 3.382 | 24.99% | EA d | 2.54 | T | 1 |
| 1 | | EA | TEFLON TAPE | TEFLON TAPE | 1 | 1.155 | 25.02% | EA d | .87 | T | 1 |
| 1 | | EA | B85-020 | PVC NIPPLE 1-1/4"X2" | 1 | 2.262 | 24.98% | EA d | 1.70 | T | 1 |
| 1 | | EA | 36-105-01 | PRES REG BR 1" 25-75PSI | 1 | 139.000 | 50.36% | EA d | 69.00 | T | 1 |

CASH 88.22

July 09 2012

| | |
|---|---|
| Sub Total | 77.38 |
| G.S.T. | 5.42 |
| P.S.T. | 5.42 |
| TOTAL → | 88.22 |

July 02 2012

X ______________________

MERCHANDISE RECEIVED COMPLETE AND IN GOOD CONDITION.

GST Reg No R104941406

TERMS:
AN INTEREST CHARGE WILL BE ADDED TO YOUR ACCOUNT IF NOT PAID BY 30 DAYS AFTER STATEMENT DATE.

Thank You

CUSTOMER COPY

# ATTACHMENT 5

**bartle & gibson co. ltd.**
*Plumbing, Heating & Electrical Supplies*

1 of 1

44653 Yale Road West
Phone Number 604-792-0866

Chilliwack BC V2R 4H3

CWK CASH LEVEL "CONTRACTOR"

CWK CASH LEVEL "CONTRACTO
omich
604-556-0393

CASHCWKCONTR

3035939

| ORDER DATE | SHIPPING DATE | OPERATOR | CONTRACT | CARRIER | TERMS OF SALE |
|---|---|---|---|---|---|
| 21/09/05 | 21/09/05 | | | Call | Cash On Delivery |

| ITEM | DESCRIPTION | PROD.CODE | ORDERED | SHIPPED | BACK/OR | LIST PRICE | UNIT | DISC. | NET EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | COP PRESS.RED.VALVE WILKINS 700 | 1005011 | 1 | 1 | 0 | 122.40 | ea | 43.5% | 69.16 |
| | 1-1/4 WHITE X 20 FT PVC SCH 40 PIPE | 0160130 | 20 | 20 | 0 | 1.51 | ft | 43.5% | 17.09 |
| | 1-1/4 PVC SCH 40 ADAPTER S/FIP | 0161315 | 2 | 2 | 0 | 0.98 | ea | 43.5% | 1.11 |
| | 1-1/4 PVC SCH 40 TEE | 0161003 | 1 | 1 | 0 | 1.59 | ea | 43.5% | 0.90 |

Paid Cash

Ship Method: Prepaid & Charge

GST#R100410232

| | |
|---|---|
| Subtotal | 88.26 |
| Freight Charge: | 0.00 |
| Handling Charge: | 0.00 |
| PST: | 6.18 |
| GST: | 6.18 |
| Total | 100.62 |

RESPONSIBILITY CEASES WHEN GOODS ARE RECEIPTED FOR TRANSPORTATION COMPANY. CLAIMS FOR SHORTAGES BE MADE WITHIN FIVE DAYS OF RECEIPT OF GOODS.
(A406)

ORIGINAL INVOICE

RECEIVED IN GOOD ORDER

July 09 2012

July 02 2012

# ATTACHMENT 6

**bartle & gibson co. ltd.**
Plumbing, Heating & Electrical Supplies

44653 Yale Road West
Phone Number 604-792-0866

Chilliwack BC V2R 4H3

1 of 1

CWK CASH LEVEL "CONTRACTOR"

REFUND

CWK CASH LEVEL "CONTRACTO

CASHCWKCONTR

70384

| ORDER DATE | SHIPPING DATE | OPERATOR | CONTRACT | CARRIER | TERMS OF SALE |
|---|---|---|---|---|---|
| 21/09/05 | 21/09/05 | | | Call | Cash On Delivery |

| ITEM | DESCRIPTION | PROD.CODE | ORDERED | SHIPPED | BACK/OR | LIST PRICE | UNIT | DISC. | NET EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 1 70C | COP PRESS.RED.VALVE WILKINS | 100504 | | -1 | | 69.1560 | | | 69.16- |

Refunded ecyl

Sub Total: 69.16-
PST: 4.84-
GST: 4.84-
REFUND: 78.84

RESPONSIBILITY CEASES WHEN GOODS ARE RECEIPTED FOR TRANSPORTATION COMPANY. CLAIMS FOR SHORTAGES MADE WITHIN FIVE DAYS OF RECEIPT OF GOODS. (A406)

ORIGINAL INVOICE

RECEIVED IN GOOD ORDER

July 09 2012

July 02 2012

# ATTACHMENT 7

BEL AIRE HELICOPTER, *
PO BOX 331
ABBOTSFORD BC
TEL: 604-551-0140

INVOICE 1211612
CASH: 010
CLERK: 724
TERM: TAA
DATE: 21/09/05
TIME: 14:11:56

---

OATEY 236ML PURPLE PVC PRIMER (029043133)
1.00 EA @ $4.69 $4.22 PF
DISC: 10.00%

ECO FEES $0.06 PF

OATEY 236ML M/D GREY PVC CMNT (029043104)
1.00 EA @ $4.98 $4.48 PF
DISC: 10.00%

ECO FEES $0.10 PF

SCH40 PVC 1-1/4" TEE SXSXS (029050074)
1.00 EA @ $1.63 $1.47 PF
DISC: 10.00%

PIPE 3/4"X10' STRAIGHT/LGT (051010716)
2.00 EA @ $6.52 $11.74 PF
DISC: 10.00%

SCH40 PVC 1-1/4" CAP S (029050043)
1.00 EA @ $0.94 $0.85 PF
DISC: 10.00%

OATEY 3/4" HALF CLMP W/NL 12BG (029080256)
1.00 EA @ $4.56 $4.10 PF
DISC: 10.00%

PEX 3/4" COUPLING (029011857)
1.00 EA @ $0.74 $0.67 PF
DISC: 10.00%

PEX 3/4" BRASS MALE ADAPTER (029011863)
1.00 EA @ $2.36 $2.12 PF
DISC: 10.00%

PEX 3/4" CRIMP RINGS (5) (029011906)
1.00 EA @ $1.62 $1.46 PF
DISC: 10.00%

PEX 3/4" 90* ELBOW (029011846)
[illegible] EA @ $1.18 $1.06 PF
DISC: 10.00%

PEX 3/4" 90* ELBOW (029011846)
1.00 EA @ $1.18 $1.06 PF
DISC: 10.00%

PEX 3/4" CRIMP RINGS (5) (029011906)
1.00 EA @ $1.62 $1.46 PF
DISC: 10.00%

SCH40 PVC 1-1/4X3/4 BSH SPXFIP (029050185)
2.00 EA @ $1.98 $3.56 PF
DISC: 10.00%

---

SUB-[illegible] $38.41

GST :7% $2.69 F
PROV.T:7% $2.69 P

---

TOTAL: $43.79
CURRENCY: CA

DDETAY SAVINGS: $4.25

July 09 2012