# EXHIBIT A

October 2012

To Whom it May Concern,
Regarding: Henry Rosenau

Dear Madam:
Henry and I grew up together, our parents were friends, and we have remained friends. What Henry has done is totally wrong, how and why he got himself involved, is sad to think about. But he did, and we fully understand his sentence.

The Henry we know, is a man who would stop and help you on the side of a road, or take the time to fix your car to get you on your way…or roll up his sleeves, and crawl under a machine in the middle of winter.
He played a big part in our local airport, getting it off the ground, encouraging young people to learn to fly. Taking part in community airshows, and cooking over the barbeque. Always happy and friendly to everyone.

We also know that Henry must be hurting so bad, because he has always been a family man. He was very close to his mom, and missing her funeral must of been devastating for him, we can only imagine the regret and shame we know he would have been feeling.

He is a grandfather to 3 grandchildren, and a father to a daughter, who would do anything to have her father back, she truly loves him.

If there is anything we could do to help Henry, we wouldn't hesitate, we know his true spirit. We ask that you consider the love of Henry's family, and the willingness of his friends to help him, when sentencing Henry.

Sincerely,

*Wayne Plautz*
*Carol Plautz*

Wayne Plautz
Carol Plautz

100 Mile House, BC

250-395-3416

To Whom this may concern

Thank you for giving us this opportunity to send this letter on behalf of Henry Roseau.

It is a very hard letter to write from the heart. We are devastated and shocked that Henry could have been so led astray by the thought of easy money, to do this crime.

We have known Henry, his late mother Beck ( who died while he was incarcerated ), his wife Judy, and daughter Jaclyn for the past 30 years. We met Henry in 100 Mile House, while in the logging trade. We all became fast and forever friends. We have always known Henry to be an upstanding person.

Henry has always been a hard worker, being a very talented equipment operator, truck driver and welder. Henry is a very easy going guy, very helpful to just people in general. Henry has a uplifting personality, always joking, fun to be around.

We will be there for him when he re-enters the community, helping him in any way possible , with a job, or housing , or whatever, we will be there for him.

We beg of you to be understanding of the person Henry really is, and how much he is remorseful and regretting the decisions he's made.  We know that Henry would not re-offend , and that is why we will be 100% there for him. This has affected us so much to see Henry in jail, knowing Henry as we do. We love Henry.

Thank you

*[signatures]*

Richard & Shirley Slater

100 Mile House,
B.C. Canada

(250) 395-4304

DOUG & ANGELINE
HOGAN

MERRITT BC

250 378-4508

To whom this concerns,

I have known Henry for 47 years and my wife Angeline for 35 years, as a good friend. We have worked played and volunteer together throughout the years. We have always known Henry as a personable, loving, exemplary, upstanding, man. Whenever he could he has donated his time, money, his equipment to various schools, community's and service clubs. We have known Henry to give his time, friendship and financial help, A person didn't need to ask, if he heard about someone or something he was there, just like when we were in need when we started our business, as he has been for so many people. In all of our years of knowing Henry we are very surprised of this whole thing for Henry to be led astray for the so called easy money. We know in our hearts Henry would be there for us as of course we would be there for Henry to help him reenter into the community and society.

DOUG HOGAN
*[signature]*

250-
378-4508

ANGELINE HOGAN
*[signature]*

*To the Honorable Marsha J Pechman.*

Hello. My name is Jaclyn Gagnon. I am Henry Rosenau's only child. I am writing to give you some insight on my life with my dad and his role in our family.

My first memories of my dad are all great ones. I remember sitting on his lap at the dinner table playing games/ reading books/ talking about what we had done during the day while mom cooked. I remember my dad taking me for long trips in his logging truck at a time when it was still acceptable to bring your kids to work with you.

When I was about 6 years old we moved to a remote logging camp where my dad had bought a log sorting yard; where they brought logs to be graded, sorted and sold. He had a number of employees who he kept busy and well paid. The logging industry was "booming" at that time and there was more work than workers. I had what I consider the best childhood a kid could ask for. Everyone in camp had 4-wheelers, dirt bikes, snowmobiles, and boats so our free time was spent doing one of these activities together, usually along with other families. The more the merrier. My dad was friends with everyone. He could sit down and strike up a conversation with anyone he met, and usually would become great friends with them. He was just a personable man and people found him a pleasure to talk to. I always admired his outgoing personality. During the time we lived in camp my dad was always around. He worked just around the corner in a large shop; whenever I needed him he was only a short walk away. It was reassuring to have him so close. My mom worked from home doing the accounting, so she was always there for me too. I couldn't have asked for a better life during those years. Every January my dad would take me and my mom on a family trip. We went to Hawaii, Dinseyland, Disneyworld, Mazatlan, etc. Even later, when business was not doing as well he tried to make it a priority to take a family vacation each year. Eventually my dad lost the sort yard business after the major company that worked with him went bankrupt.

In 1991, as my parents were building a house in Terrace and had begun to transport our first load of belongings to our new home, our home in camp burnt to the ground and we lost almost everything. It was devastating. I was 12 at the time and remember it well. My parents and I lost a lot of valuable things and it was very hard on them. After the fire my dad started to spend more and more time away from home. The logging economy crashed and he had to go out of town to look for work. He was away more than he was home, which was a strain on our whole family. Having just built a new home, the financial burden was large. My dad started a business that my mom could run in hopes that he could stay home more often and help with it rather than leave town for work, but it turned out to be all work and no money. That business was sold after only a few years. At that point my dad thought it would be best if he and mom moved to a new city which wasn't a dependent on logging. They moved to Salmon Arm, BC.

By this time I was 18 and finished school. I had met the man who is now my husband and we moved into a house near my parents. I worked for my parents at their Mini Storage business for that year before he and I moved back to Terrace, where we have been ever since. Shortly afterward my mom moved back to Terrace to be near us...without my dad. My parents had decided that their relationship was not working anymore.

My parents were two very different people, with different ideas of how they wanted to spend their time. I knew right away that it was mutually agreed upon and could understand why they did it.

My dad met a woman after my mom left. Her name was Veronica. She and my dad were both very social and loved to travel all over the place. I could tell my dad was very happy with her. He deserved happiness. He and Veronica lived in the Salmon Arm area for the next few years and we only visited occasionally because it was a 15 hour drive between Terrace and Salmon Arm.

When grandchildren started to come into the picture, my dad made extra efforts to come and visit us and he so enjoyed his grandkids while he could. Eventually he and Veronica moved to Quesnel, which is only an 8 hour drive away. Now we were able to visit more often, and he was also nearer to his mom, who also lived in Terrace. He had a very good relationship with his mom and she eventually moved to Quesnel also. He was very happy that he could take better care of her since she was 90 years old. He phoned her every day and visited her almost as often. If he came to visit us in Terrace my gramma would phone him here each night to make sure he was ok. My gramma was the sweetest lady you'd ever meet and my dad took good care of her his whole life.

Right before my third child was born we got a call telling us that my dad had been thrown in jail. We were all shocked and horrified. From there our lives took a turn we had never anticipated. My dad was in and out of court, spent time in and out of jail being held before court times, and was constantly travelling back and forth from Quesnel to Vancouver. It was an incredible burden for everyone. He had to remortgage his home to pay for the legal fees.

Then, his girlfriend Veronica was diagnosed with cancer, and he was diagnosed with diabetes. My gramma's husband needed surgery for prostate cancer, and often times my gramma was left alone. She was still capable, but at over 90 years old we were all very worried about her. My dad's biggest fear was that she would die while he was away. On November 4th 2011 that fear became reality. Gramma had talked to dad a couple weeks before and had told him not to worry about her and not to feel bad if they never saw one another again. He wasn't able to phone her again after that and she died from a massive heart attack. It crushed us all, my dad the worst, that he never got to say goodbye. He wasn't able to be at her funeral or spread her ashes. He still has no closure about it and I'm sure it has been the hardest part of his whole 9 months spent in prison. My dad took care of my gramma for years and not be there for her at the end was and continues to be devastating for him.

Now my mom works full time trying to keep up with bills and property maintenance costs. She needs my dad to be here for her and take some of the financial burden off of her. At 61 years old she should be hoping to retire, not looking for a better paying career. My husband and I work very hard to try and keep our family farm running smoothly, but we truly need my dad here to help us with everything we do. My children miss their grampa, and need him in their lives. Despite my parents separation they have always remained good friends, and if he were to come home now, we could still live harmoniously as family on our large property. My husband owns a construction company that my dad could drive a truck for. There are plenty of opportunities in Terrace for my dad and because this is where he spent a great deal of his professional life, he has made many successful friends throughout the years and he would have no problem being integrated back into society. My dad is getting older and we are all here to take care of him. He is my father and I will make sure he is safe, protected, cared for, fed, clothed and housed. And most importantly spends the rest of his days near us, his family. He will be an asset to our family, our farm, my children, husband and mom.

Oct. 2012

Dear Sir:

We are writing on behalf of Henry Rosenau, who we have known + been good friends with since 1968! We have seen him work at many trades while raising + caring for his family. To our knowledge he has always lived on the right side of the law + how he's made this slip up we'll never know. We are hoping you will show compassion on this man who has always been there for others. If we had a chance to help him in any way we would.

Morris Clark, Retired
Collette Clark - retired

Eagle Creek, B.C. Canada

To whom it may concern;

I have known Henry Rosenau since 1988 and consider him to be a close and loyal friend. From 1988 to 1998 I worked with Henry Rosenau at Meziadin lake B.C. I was the manager of a large log sorting yard and Henry supplied the equipment and the crew to run the operation. Henry was an excellent contractor and was very well respected by his crew. Meziadin Lake is a small community, where everybody knows each other and Henry was very well respected in the community. He was known as a hard working family man. Myself and many others who know Henry would find it very hard to believe that he would be involved in anything that would have an adverse effect on his family. That is just not the Henry that we know. His family and his grandchildren need him in there lives. There is a big hole in that family at the present time.
If you have any questions please feel free to phone me at 250-849-5379 or 778-631-2134.

                              Brian Mould
                              Owner/manager
                              Tidi Timber Consulting

                              Kitwanga B.C.

                              Signed Aug 24, 2012

August 15, 2012

To Whom it May Concern,

Around 20 years ago or so, I met Henry Rosenau in Elsworth Camp near Meziadin Lake, BC. What began as a mere acknowledgement or friendly wave, developed into an exchange of a daily joke or anecdote. Henry was then, as I am sure he is now, a man of great humour and kindness. He was a family man who spoke lovingly of his wife and daughter.

Rosenau was an employer with a good reputation in the area. People never had to wonder or worry when they would be paid by his company, and workers were treated with fairness and respect. His company employed me for a summer before I moved from the area, Henry hired me to do a job for which I had little experience. This was more about him helping me out than what I had to offer him as a worker.

He is the kind of person who does those things for others with no regard for what they have to offer in return.


Kris Stanley

Terrace BC

TO WHOM IT MAY CONCERN:—

I'M HOPING THAT THIS LETTER WILL HELP HENRY IN ANY WAY POSSIBLE. I'M A CLOSE FRIEND OF HENRY'S SINCE WE GREW" AS KIDS, I CAN'T REMEMBER AT ANY TIME WHERE HE'S HARMED ANY ONE OR HAS GOTTEN IN ANY SERIOUS TROUBLE, I WOULD HELP HENRY ANY TIME HE NEEDED IT. THANKS FOR READING THIS AND THE HELP THAT THIS MIGHT BRING HENRY.

TEL:— 250-395-6101

GARY PLAUTZ

*Gary Plautz*

100 MILE HOUSE B.C.

A little background info on Henry Rosenau

Henry was born on            1950 to Otto and Bessie Rosenau. He lived in the Cariboo area, schooled in 100 Mile House then started working at 16yrs old for the highway Dept, and drove truck for the mines for a few years. Married his childhood friend in 1969. In 1974 he bought his own truck and went hauling logs in Houston BC and Cariboo area. In 1982 his first and only child, a daughter was born. In 1988 he bought a log sort yard and ran it for the next 10 years. When the company he worked for went bankrupt he sold the eqiuipment to pay his employees and paid his bills in order to make sure  everyone was paid up in full, even though his company was not paid out by the bankruptcy company.

From there he went to Atlin in search of gold for a summer. After returning to BC he spent time clearing land and construction work to get by. Then bought a mini storage in the Okanogan. 2 years later he sold it and went back to construction work and buying and selling equipment. Between 2003 and 2007 his 3 grandchildren were born, each of which he made sure to come and meet as soon as they arrived.

He always made time for fishing trips, holidays, special occasions and family gatherings to celebrate birthdays, Christmas etc. The biggest one was to celebrate his mothers 90th birthday party, where people from all over BC came to celebrate.

Henry works lots, but comes to visit his daughter and 3 grandkids when time permitts the travelling between Quesnel and Terrace BC, an 8 hour drive. He works 2 jobs in the Quesnel area currently. His mom is nearly 95 now and in very poor health (updated, his mother passed away Nov 3rd from a massive heart attack while he was in prison awaiting trial) His stepdad is sick with cancer and heart problems and relied heavily on help, which he will now have none of now that Bessie is gone. Henry's common law partner is also fighting cancer and can not work. She relies on Henry to pay the bills and support her during these hard times, having just lost her mother last year, her brother just last month, and now also being sick herself.

If and when permitted, Henry will return to Canada, continue to work full time to provide for his family, care for the ones who need it and spend as much time with his grandkids and daughter in Terrace as he can. Please give him that chance.

Thank you

Henry's family.

August 29, 2012

To Whom It May Concern:

I am writing a character letter for our friend and business acquaintance, Henry Rosenau. I worked for Henry for over 10 years in the Meziadin Lake area. I have remained friends with him over the years, though we don't see much of him since we moved from Meziadin.

Henry was always a go to guy if you needed anything. He was generous with his funding and time when it came to helping the community. He participated in the building and maintenance of the Meziadin Community Hall, he sponsored the junior softball teams with uniforms etc, and he sponsored my daughter when she became a Junior Member of Parliament and had to go to Victoria through winter break from high school. Every winter Henry donated his equipment for snow removal, and believe me there was a lot of it. He donated for Christmas parties. He was always generous with his crew and helped them whenever there was a need. We enjoyed his company and even took a couple of family vacations with him and his family.

One of the things that we always admired about Henry was that he was always looking ahead to the next business project that would make him money. I have to say that the predicament that he finds himself in is a shock to us as we are having a hard time believing he would be involved in something like this. He has always preached honesty to the young people of Meziadin, and I have never known him to be anything but honest.

Respectfully yours

Clifford Jones.

To whom it may concern, Aug.15,2012

I am writing this letter on behalf on Henry Rosenau. I have know Henry since I was in elementary school. I was best friends with his daughter and grew up at their house. Henry always worked hard to provide for his family and strove to give them a comfortable life. Jaclyn was always encouraged in her interests and supported both emotionally and financially. I was always included in family holiday and Henry often found ways for Jaclyn and I to work to make money, looking back I know he paid us far too well [:)] Their home was always open to me and I ate more meals there than at my own home. Henry was often away working, he would go where the work was and rarely grumbled or complained about it. He was always kind to me and is still the same old Henry whenever I do get to see him.

Henry's grandchildren are now the pride of his life and to have had to spend so much time away from them has surely taken a tole on him. I know there are so many events that he has missed that he would have been present for otherwise. I hope that this whole thing is over soon for their family.

Sarena Wiebe

Terrace B.C.

250-635-6055

May 15, 2012

To whom it may concern:

In regards to the matter of Henry Rosenau having a job when he is released.

I know that Henry is a qualified truck driver, equipment operator and welder.

With all the trades that Henry Rosenau has, i would be glad to give him a job.

I always need the help, and i do need a truck driver when he could be available,

hopefully in the near future.

Yours truly

Richard Slater

Slater Industries Ltd.

The Honorable Marsha J. Pechman

My name is Judi Rosenau, and I am married to Henry Rosenau. We have known each other since we were about 7 years old. We went through high school together, and married in 1969. We lived and worked in the 100 Mile House area for a few years. Henry worked at the moly. mine, and I worked in town. We bought a house, and Henry bought his first logging truck. When work became scarce, we went North and hauled logs there for about 6 or 7 years. Each spring break-up we would go back to 100 Mile House, where he would work construction jobs driving heavy equipment. In 1988 we bought a log sorting yard. Henry worked the yard, and I did the payroll and bookwork. While there, the mobile home park expanded, so the ball field was gone, so Henry and some other contractors built a new ball field and track for the kids to ride their bikes and ATVs. He also built an airstrip so supplies could be brought in even if the roads were closed due to avalanche or landslides. We did a lot of snowmobiling and camping and fishing trips when possible with our daughter and friends. We built a house on our property in Terrace, and in 1994 we were moving there for our daughter,s schooling. That week-end our home in camp burned to the ground, and nearly all we owned went with it. It was devastating to all of us. Henry put a trailer up in camp to keep working, while Jaclyn & I stayed in Terrace. When the Company we worked for went bankrupt, Henry paid all the employees and creditors, even though we only were paid 5%. He refused to cheat his workers out of their pay. that is who he was. While in Terrace, Henry loaned his loader to the Golf Club to do some upgrading and expansion of the course. He did not golf himself, but a couple friends did, and they had no money to rent equipment. So, Henry helped out how he could.
When the economy here died, he went North to work construction and Jaclyn & I stayed in Terrace to work at our store. Due to the downturn, I had to sell it, and we all moved to Salmon Arm to buy a mini storage. All the years working apart took its toll on our marraige, and after two and a half years I moved back to Terrace alone. Henry met Veronica later on and they stayed in the area.
Although we were living separate lives, we remained friends and when his Mom moved to Quesnel to be closer to him, he brought her up to visit us quite often. Once the grandchildren came along, he tried to visit more often. He was and is an important part of our lives. Henry had never been in trouble with the law, so we were totally in shock when we were told of his arrest, and couldnt understand what had happened. He was always such a hard worker, and honest and family-oriented. But, no matter the reason, we will support him when he comes home. We miss him very much, and are anxious for him to return here. He will have no trouble getting work, as he is well-known as a good worker, and excellent equipment operator. He is well-liked and friendly. We can also keep him busy on the farm, keeping machinery running smoothly, as he is a good mechanic also. I really miss him and hope he comes home soon.

Thank you.

Judi Rosenau.

October 15, 2012

To Whom It May Concern:

RE: Henry Rosenau

I have known Henry for the last 18 years, within those years I have witnessed a family man, committed to his community and to his friends. Henry has always been the person whom people would call if they were ever in a bind. He has always been willing to help out.

Henry's philosophy was always to help someone in need. When Henry worked in the forestry industry I remember him always saying "don't judge a book by its cover." Henry gave everyone a chance to work; he didn't judge on rumors, if they were willing to work he'd hire them. Sometimes it worked out and sometimes it didn't however he always felt everyone needed a chance.

Henry spent much of his time volunteering whether it was lending a hand with pulling a trailer or if he was helping a broke down vehicle on the side of the highway. I remember a time when I personally got a flat tire; Henry was the first person I called because I knew I could depend on him.

Henry loves children especially his own grandchildren. He spends a great deal of time volunteering with children. I am the president of the Terrace Peaks Gymnastics Club whenever we needed help with equipment repairs, gym maintenance, or clean up Henry has always there volunteering his time. He feels children need a safe environment.

In conclusion, I know Henry has pleaded guilty to his charges however; Henry is a great asset to his family, friends and community. He is always willing to help no matter the situation and it's with great sadness that the community will lose such a great man. I understand he's made mistakes, and has taken ownership for his poor judgment. With Henry's background and contributions to the community, I, a member of the community would recommend a sentence that both have him serve his time for his crime and still serve his community.

Sincerely,

Holly Monsen
President Terrace Peaks Gymnastics Club

Request for release of Henry Rosenau due to financial and physical hardships

I (Judi Rosenau) currently am working full time for $12 an hour. I make just enough to cover basic expenses.

I suffer from arthritis in my back, feet and hands so I am losing ability to work full time. If I lose my job and Henry isn't here to help I may lose my home and my property and my independence.

My daughter and I own 90 acres of what should be family run farm land, but without Henry it is becoming too much for only 1 small family to maintain. He owns and operates large machinery that is used to build and maintain many things on the property (roads, fencing, buildings etc) and also to make an honest living off the farm.

Lands taxes, Insurance and maintenance costs are proving to be too much to handle without the second person income that Henry could and has in the past helped provide. A second income is necessary.

Within the month (normally beginning of June)the property will likely be underwater from high river water and with that comes a huge amount of preparation before-hand as well as clean up afterwords.

Along with this property in Terrace, there is a second property in Quesnel, an 8 hour drive away, which we are trying to cover payments for while Henry is away. The lady currently living in that home has cancer and is also unable to work as she is too ill. She can not cover payments either.

Henry has a great deal of tools and machinery and other personal things that need to be hauled away from the Quesnel home before the property is repossessed. I don't know how we can do that without Henry here to sort it and haul it back to Terrace. I don't know that we can.

Please consider our plea to release Henry. His past record with showing up to any and all hearings, his otherwise clear criminal record and his outstanding behavior while being detained in the Federal Detention Centre proves he is trustworthy and willing to please the court. I assure you he will return to the US should he be required to for a second trial.

Thanks you for taking the time to read my plea.

Judi Rosenau.