# EXHIBIT B

Judge Marsha Peckman
Ninth Circut Court
Seattle, Washington

Your Honor,

Thank you for this opportunity to communicate with you directly!

First let me say I have been humbled by this whole experience and how deeply sorry I am for the burden I placed upon this court.

Judge, I am a man of deep convictions, who made a mistake. I made decisions and took actions that I knew where wrong. At times the shame has been over welming for me as well as my family. Here I am a man in his sixties. Each day of my life now more precious than the one before. I am tired of the fighting. I need this to be over for everyones sake. I have come to recognize that I am no longer physicaly or emotionally able to endure the demands of another trial

I would like your honor to understand that it was I who made a last minute call to my attorney and demand that we seek a settlement with the prosecutors office. It took must of

Tuesday night to get it done. So it was my fault that everything backed up in the court that following morning. I am sorry your Honor, in as much as I am a first time offender, without criminal history or violence, I hope and pray this court will grant me mercy with the minimum sentence required. This is the final request of a man who simply wishes to bring this matter to a close, so that he may return to those he loves, to live out the remaining years of his life.

    Thank you again your Honor for this opportunity to communicate, as well as all the court's time and effort on my behalf.

    Sincerely  Henry C Rosen