UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HENRY CARL ROSENAU, <br><br> Defendant. | CR06-157 MJP <br><br> NOTICE OF INTENT TO RETURN NON-CASH COLLATERAL MATERIAL TO DEFENDANT'S COUNSEL OF   RECORD |

The above named defendant was ordered to surrender his Canadian pilot's license to the Court pursuant to a special condition of the appearance bond, and posted the material with the Clerk on May 16, 2011.  Judgment was entered in this matter on November 8, 2012 (dkt # 180).

Absence any objections, the Clerk will forward –without additional notice—the defendant's Canadian pilot's license to the defendant's counsel of record thirty (30) days from the date of the filing of this notice.  Objections to forwarding the material to the defendant's counsel of record should be directed to the Court in the form of a motion, and should include the alternative action requested, as well as a proposed order.

NOTICE OF INTENT TO RETURN    NON-CASH
COLLATERAL MATERIAL TO DEFENDANT'S
COUNSEL OF   RECORD- 1

| | |
|---|---|
| 1 | Dated this 4th day of April 2013. |
| 2 | |
| 3 | /s/ WILLIAM M. McCOOL<br>William M. McCool<br>District Court Executive/Clerk of Court |
| 4 | |
| 5 | /s/ PETER H. VOELKER<br>Deputy Clerk |

NOTICE OF INTENT TO RETURN    NON-CASH
COLLATERAL MATERIAL TO DEFENDANT'S
COUNSEL OF   RECORD- 2